---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number *(if known)*: _____    Chapter **7**

☐ Check if this is an
  amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1.  **Debtor's name** | **Kiromic BioPharma, Inc.** |

| | |
|---|---|
| 2.  **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ |

| | |
|---|---|
| 3.  **Debtor's federal Employer Identification Number** (EIN) | _ _ **46-4762913** _ _ _ _ |

4.  **Debtor's address**

**Principal place of business**

**7707 Fannin Street
Suite 200
Houston, TX 77054**

**Harris County, TX**

**Mailing address, if different from principal place of business**

Number        Street
_____

P.O. Box
_____

City                State        ZIP Code
_____

**Location of principal assets, if different from principal place of business**

Number        Street
_____

City                State        ZIP Code
_____

| | |
|---|---|
| 5.  **Debtor's website** (URL) | **kiromic.com** |

Debtor    **Kiromic BioPharma, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

| | |
|---|---|
| 7. **Describe debtor's business** | A. _Check one:_ |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | |
| | B. _Check all that apply:_ |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | __**5417** __ |

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | _Check one:_ |
| | ☒ Chapter 7 |
| | ☐ Chapter 9 |
| | ☐ Chapter 11. _Check **all** that apply:_ |
| | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
| | ☐ Yes.  District _____  When _____  Case number _____ |
| If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

Debtor   **Kiromic BioPharma, Inc.**
_____ Name

Case number (*if known*) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                                  State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| Debtor | Kiromic BioPharma, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3-20-25**
MM / DD / YYYY

✗ _____          **Mr. Pietro Bersani**
Signature of authorized representative of debtor          Printed name

Title **Chief Executive Officer**

| 18. Signature of attorney | ✗ _____<br>Signature of attorney for debtor | Date **3-21-25**<br>MM / DD / YYYY |
|---|---|---|

**Mark Billion**
**Billion Law**
**20184 Coastal Hwy.**
**Suite 205 Rehoboth Beach, DE 19971**

**302.428.9400**          **markbillion@billionlaw.com**
Contact phone          Email address

**5263 DE**
Bar number          State

# RESOLUTIONS

## OF

# BOARD OF DIRECTORS

## OF

# KIROMIC BIOPHARMA, INC.
# MARCH 20, 2025

The undersigned, being all of the Board of Directors of KIROMIC BIOPHARMA, INC. (the "**Board**"), a Delaware corporation (the "**Company**"), at a meeting held on March 20, 2025, do hereby adopt the following resolutions as of the date hereof.

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company;

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Board, acting on behalf of the Company, has determined that the Company does not have sufficient capital to continue its operations and the Board has therefore determined that it is in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case under the provisions of Chapter 7 of the Bankruptcy Code (the "**Chapter 7 Case**");

**NOW**, **THEREFORE**, **BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file the Chapter 7 Case in the U.S. Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

**RESOLVED FURTHER**, that Pietro Bersani (the "**Authorized Officer**") be and is authorized, in the name and on behalf of the Company, appointed as the Company's authorized representative, and in such capacity, with power of delegation, be, and hereby is, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ the law firm of BILLION LAW as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of BILLION LAW.

**RESOLVED FURTHER** that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that the Authorized Officer be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deem necessary, proper or

desirable in connection with the Chapter 7 Case, with a view to the successful prosecution of such case.

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board of Directors.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, the undersigned Board of Directors have duly executed these Resolutions as of the date first written above.

Signed by:

Pietro Bersani    3/20/2025

Michael Caitlin    3/20/2025

Pam Misajon    3/20/2025

Michael Nagel    3/20/2025

Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration **CONSOLIDATED CORPORATE OWNERSHIP STATEMENT & LIST OF CREDITORS PER RULES 1007(a)(1) AND 7007.1**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3-20-25**          X _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

**Mr. Pietro Bersani**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    :
                                          :
KIROMIC BIOPHARMA, INC.,         :        Case No. 25-_____ (___)
                                          :
          Debtor.                         :

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT &
## LIST OF CREDITORS PER RULES 1007(a)(1) AND 7007.1

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 the captioned debtor in the above-referenced chapter 7 cases hereby states that **NO** corporations, other than governmental units directly or indirectly own 10% or more of any class of interests in the Debtors.

The list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms is attached hereto as **Exhibit 1**.

## **Exhibit 1: List of Creditors**

4139 Bellaire Houston, LLC
5214 68th Street, Suite 201
Lubbock, TX, 79424

Abcam
Abcam, 1 Kendall Square, B2304
Cambridge, MA, 02139

Abclonal
500W Cummings Park, Ste 6500
Woburn, MA, 01801

Abclonal
500W Cummings Park, Ste 6500
Woburn, MA, 01801

Adolfo N Cabello Morillo
1111 Falcon Park Dr.#3204
Katy, TX, 77494

ADP, Inc. (auto debit)
One ADP BlvdOne ADP Blvd
Roseland, NJ, 07068

ADT Commercial
P. O. Box 219044
Kansas City, MO, 64121-9044

ADT Security Services (CC autopay)
P.O.B Box 371878
Pittsburgh, PA, 15250-7878

Advanced Laboratory Solutions
804 Shirleen Drive
Seabrook, TX, 77586

Advarra, Inc
6100 Merriweather Drive, Suite 600
Columbia, MD, 21044

AFCO Credit Corporation
150 N Field Dr, Suite 190
Lake Forest, IL, 60045

AG CONSULTING & SERVICES LIMITED
8 Coulter Rd, RG237GW
City, State, Number

Agile IT

8605 Santa Monica Blvd. #66101
Los Angeles, CA, 90069-4109

Agilent Technologies, Inc.
4187 Collections Center Drive
Chicago, IL, 60693

Airgas USA, LLC (431480)
259 North Radnor-Chester Road, Suite 100, Radnor
PA, PA, 19087-5283

Airgas USA, LLC (2913873)
P.O. Box 676015
Dallas, TX, 75267-6015

Aixial US Inc
7830 Thorndike Road
Greensboro, NC, 27409

Akron Biotechnology, LLC
6353 W Rogers Circle
Boca Raton, FL, 33487

Alamo Key & Lock
5415 Pinemont Dr
Houston, TX, 77092

Alan Guerrero
4350 Foster Gardens Lane
Katy, TX, 77449

Alden Marketing Communications
1495 Pacific Highway, Suite 250
San Diego, CA, 92101

Aldevron LLC
4055 41st Ave S
Fargo, ND, 58104

AllCells LLC
1301 Harbor Bay Parkway, STE 200
Alameda, CA, 94502

Alliance Advisors, LLC
200 Broadacres DriveSuite 3
Bloomfield, NJ, 07003

Allometrics, Inc
1425 Atlantis DriveSTE B
Webster, TX, 77598

Amazon
Address
Houston, TX, 77054

Amazon Web Services
Address
Houston, TX, 77054

Amber Williams
7440 Highway 6Apt 104
Hitchcock, TX, 77563

American Airlines
Address
City, State, Number

American Express — Various
Address
Houston, TX, 77073

American Express DELTA
PO Box 650448
Dallas, TX, 75265-0448

American Express GOLD
American ExpressAmerican ExpressP.O. Box 650448 Texas
Dallas, TX, 75265-0448

American Instrument Exchange
1023 Western Ave
Haverhill, MA, 01832

Americo Cicchetti
7, Misurina St.
Rome, --, 00135

Amorette Barber
311 Second Ave.
Farmville, VA, 23901

Ancare
PO Box 814US
Bellmore, NY, 11710

Andwin Scientific
167 W Cochran St.
Simi Valley, CA, 93065

Angelo  Minotti

Address
City, State, Number

Angelo Mira CPA, PLLC
5750 Dumfries Dr Texas
Houston, TX, 77096

Angstrom Supply LLC
2535 3 Mile Rd NW
Grand Rapids, MI, 49534

Ann Harris Bennett
P.O. Box 4622
Houston, TX, 77210-4622

AT&T Firelines (3948)
PO Box 5019
Carol Stream, IL, 60197-5019

AT&T Internet (5250)
PO Box 5014
Carol Stream, IL, 60197-5014

AT&T Mobility (0306)
PO Box 6463
Carol Stream, IL, 60197-6463

ATCC
5779 Collection Center Dr.
Chicago, IL, 60693

Automated Building Solutions, Inc.
2950 Unity Dr., PO Box 37267
Houston, TX, 77237

Azenta US, Inc
Address
City, State, Number

Baylor College of Medicine
PO Box 301207
Dallas, TX, 75303

Beckman Coulter
PO Box 8000250 S Kraemer Blvd.
Brea, CA, 92822

Becton Dickinson & Co
21588 Network Place
Chicago, IL, 60673-1215

Benihana Catering Highland Village
3908 Westheimer
Houston, TX, 77027

Best Buy
Address
Houston, TX, 77054

Best Vision
Address
City, State, Number

Best Western
Address
Houston, Texas, 77054

Beverly Hills Oncology Medical Group, Inc.
P.O. Box 515593
Los Angeles, CA, 90051-4544

Bianca Smith DBA/ Superior Insulation
2210 John Street
Pasadena, TX, 77502

Bio-Rad Laboratories, Inc
P.O. Box 849740
Los Angeles, CA, 90084-9740

Biodata Inc. (LabGuru)
625 Massachusetts Ave.
Cambridge, MA, 02139

BioData, Inc.
625 Massachusetts Ave
Cambridge, MA, 02139

BioLegend
8999 BioLegend Way
San Diego, CA, 92121

BioLegend
8999 BioLegend Way
San Diego, CA, 92121

BioLife Solutions, Inc.
3303 Monte Villa PkwySuite 310
Bothell, WA, 98021

Biomedical Solutions, INC

3727 Greenbriar Drive3727 Greenbriar DriveSTE 304
Stafford, TX, 77477

BioMerieux, Inc.
1105 N Main Street
Lombard, IL, 60148

BioReliance Corporation
14920 Broschart Road
Rockville, MD, 20850

Biosettia, Inc.
10070 Mesa Rim Road
San Diego, CA, 92121

Bowen/Pierce Clinical Research Consulting, Inc
6631 Whitemarsh Valley Walk
Austin, TX, 78746-6367

Brady123
6555 W. Good Hope Rd6555 W. Good Hope Rd
Milwaukee, WI, 53201

Brandon Ballard
12617 Rio Lindo St
Rosharon, TX, 77583-4077

Brightly Software, Inc.
11000 Regency ParkwaySuite 400
Cary, NC, 27518

Brightscreen
3403 W T C Jester Blvd #450
Houston, TX, 77018

Brittany Tate
448 W 19th St #619
Houston, TX, 77008

Broadridge ICS
PO Box 416423
Boston, MA, 02241

Buffy Ardoin
7707 Fannin Street, Suite 200
Houston, TX, 77054

Business Solutions International
9203 Emmott Road
Houston, TX, 77040

Business Wire, Inc
101 California Street20th Fl
San Francisco, CA, 94111

Cambridge Properties
7505 Fannin St., Suite 304, Cambridge Properties
Houston, TX, 77054

Cambridge Scientific Products
199 Dexter AveUS, Cambridge Scientific Products
Watertown, MA, 02472

Cannae HR Solutions, LLC
1658 Homestead Avenue, Cannae HR Solutions, LLC
Atlanta, GA, 30306

Canopy Biosciences LLC
4340 Duncan AveSuite 220, Canopy Biosciences LLC
St Louis, MO, 63100

Capital City Technical Consulting, Inc.
501 NE 26th Drive
Wilton Manors, FL, 33334

CB2
Address
City, State, Number

CCJ & Associates, LLC
10811 West Fairmont Parkway
La Porte, TX, 77571

Cell Biolabs, Inc.
Address
City, State, Number

Cell Signaling Technology, Inc.
3 Trask Lane
Danvers, MA, 01923

CenterPoint Energy (auto debit)
Attn: Business Process PO Box 2883, CenterPoint Energy (auto debit)
Houston, TX, 77252-2883

Centigrade Service
8560 Freeland St
Houston, TX, 77075

Central Infusion Alliance Inc

7542 St Louis Ave, Central Infusion Alliance Inc
Skokie, IL, 60076

CFGI Holdings, LLC
1 Lincoln Street, Suite 1301
Boston, MA, 02111

CfPA
62 Brunswick Woods Drive, CfPA
East Brunswick, NJ, 08816-5601

Charles River Laboratories, Inc.
251 Ballardvale St, Charles River Laboratories, Inc.
Wilmington, MA, 01887

Charter Medical LLC
3948-A Westpoint Blvd, Charter Medical LLC
Winston-Salem, NC, 27103

Chemglass Life Sciences, LLC
3800 North Mill RdUS, Chemglass Life Sciences, LLC
Vineland, NJ, 08360

ChemoMetec Inc.
PO Box 39774US, ChemoMetec Inc.
Pittsburgh, PA, 15251-9774

Chetu, Inc.
1248 N University Dr Suite 300US, Chetu, Inc.
Plantation, FL, 33322

Chrystelle N Foaleng
Address
City, State, Number

Chubb
P.O. Box 382001
Pittsburgh, PA, 15250

Chubb
P.O. Box 382001
Pittsburgh, PA, 15250

City of Houston
Burglar Alarm Administration PO Box 203887
Houston, TX, 77216

Clarivate Analytics (US) LLC
789 E. Eisenhower Parkway
Ann Arbor, MI, 48108

Cleanroom Consultants & Certifications
1422 Stependale Dr
Katy, TX, 77450

Cleanroom World
6950 South Tucson Way
Centennial, CO, 80112

Clinical Research Advisors LLC
8900 Wilshire Boulevard, Suite 200
Beverly Hills, CA, 90211

Clongen Laboratories, LLC
211 Perry Parkway Suite 6
Gaithersburg, MD, 20877

Cogent Communications, Inc. (01)
P.O. Box 791087
Baltimore, MD, 21279

Cogent Communications, Inc. (02)
P O Box 791087
Baltimore, MD, 21279-1087

Commercial Film Specialists, LLC
126 West Gray
Houston, TX, 77019

Comptroller of Public Accounts
P.O. Box 149348
Austin, TX, 78714-9348

Corning
Address
Tarboro, NC, 27886

Costco
Address
City, State, Number

Courtyard by Marriott (HOU MD)
Address
Houston, TX, 77054

CPA Global Limited
"2318 Mill Road2318 Mill Road 12th Floor
Alexandria, VA, 22314

Cryogene, Inc

9300 Kirby DriveSuite 200
Houston, TX, 77054-2517

Cryoport Systems, Inc
17305 Dailmer Street
Irvine, CA, 92614

CT Corporation(Wolters Kluwer)
Address
CT

CUBE HHF Limited Partnership
5 Old Lancaster Rd
Malvern, PA, 19355

Daniels Health
PO Box 735290
Dallas, TX, 75373-5290

Dark Horse Consulting Group, Inc.
1255 Treat BoulevardSuite 230
Walnut Creek, CA, 94597

Datasite LLC
733 S Marquette AveSTE 600
Minneapolis, MN, 55402

David Christopher Aguilar
5911 San Miguel Road
Bonita, CA, 91902

David Schrader & Associates, P.C
2500 Westchester Ave, Suite 109
Purchase, NY, 10577

Davinci Virtual, LLC ($59.00)
2150 South 1300 EastSuite 200
Salt Lake City, UT, 84106

Delaware Corp Tax NRAI
Address
Binghamton, NY, 13902

Dell
Address
Houston, TX, 77054

Deloitte & Touche LLP
P.O. Box 844708
Dallas, TX, 75284

Deloitte & Touche LLP
P.O. Box 844708
Dallas, TX, 75284

Delta Interior Systems & Install
2403 Naomi StreetUnit 6
Houston, TX, 77054

Dept. Of the Treasury Internal Revenue Service
Address
City, State, Number

Dickson Company
930 S. Westwood Ave
Addison, IL, 60101

Digital Air Control Inc
11251 NW Fwy Suite 200
Houston, Texas, 77092

DigitalSpace
Address
Houston, TX, 77054

Diligent Corporation
1111 19th Street NW 9th Floor
Washington DC, Washington DC, 20036

Discovery Life Sciences
800 Hudson WaySuite 1700
Huntsville, AL, 35806

DocuSign
221 Main St Suite 1550
San Francisco, CA, 94105

Donohoe Advisory Associates LLC
9801 Washingtonian Blvd Suite 340
Gaithersburg, MD, 20878

DPR Construction
3200 Southwest FreewaySuite 1550
Houston, TX, 77027

DropBox
Address
Houston, TX, 77054

DTCC The Depository Trust and Clearing Company

570 Washington Blvd
Jersey City, NJ, 07310

Due Diligence Consulting LLC
305 Fifth Avenue South, Suite 205
Naples, FL, 34102

Dynamic Systems, Inc
3901 S Lamar Blvd, Ste 300
Austin, TX, 78704

Eagles Brothers Constructors, Inc.
7811 N Shepherd Dr, Suite 200
Houston, TX, 77088

East Wind Securities, LLC
810 Seventh AvenueSuite 3500
New York, NY, 10019

Ecolab USA Inc.
1 Ecolab Place
St Paul, MN, 55102

Economic Research Institute, Inc.
P.O. Box 3524
Seattle, WA, 98124

Element 78 Partners, LLC
1301 W 22nd Street, STE 410
Oak Brook, IL, 60523

Element 78, LLC
2211 York Rd, Suite 200
Oak Brook, IL, 60523

Element 78, LLC
2211 York Rd, Suite 200
Oak Brook, IL, 60523

Ellab, Inc
303 E 17th Ave, Ste 10
Denver, CO, 80203

EMD Millipore
400 Summit Drive
Burlington, MA, 01803

Epoch Life Science, Inc.
13310 S. Gessner Road
Missouri City, TX, 77489

Equinix, Inc
One Lagoon Drive
Redwood, CA, 94065

EQY Investments LLC
16192 Coastal Highway,
Lewes, DE, 19958

Escrow
Address
City, State, Number

Essen Bioscience, Inc.
300 W. Morgan Rd.
Ann Arbor, MI, 48108

Eurofins VRL Inc
PO BOX 84900
Chicago, IL, 60689

Eve Technologies Corp
3415 A-3 Ave. N.W.
Calgary, , T2N 0M4

Everon, LLC
P.O. Box 872987
Kansas City, MO, 64187-2987

Excellos, Inc.
1155 Island Ave
San Diego, CA, 92102

FACIT.org
151 Bay Cove Drive
Ponte Vedra, FL, 32082

Fedex
Address
Houston, TX, 77054

FINRA
PO Box 418911
Boston, MA, 02241

Fire Safe Protection Services, LP
1815 Sherwood Forest
Houston, TX, 77043

Fisher Scientific

"Acct #061706-001P.O. Box 3648
Boston, MA, 02241-3648

FloQast, Inc.
14721 Califa Street
Sherman Oaks, CA, 91411

FlowJo, LLC
385 Williamson Way
Ashland, OR, 97520

Fordy Group Ltd.
No1 Whitehall RiversideWhitehall Road
Leics., LS14BN

FroggaBio USA Inc
50 Great Gulf Drive, Unit 40
Concord, ON, L4K5W1

FS.Com Inc.
380 Centerpoint Blvd380 Centerpoint Blvd
New Castle, DE, 19720

Fusion Specialty Services
2001 Timberloch Pl, Suite 500
The Woodlands, TX, 77386

Geigle Safety Group, Inc.
15220 NW Greenbrier Pkwy Ste. 230
Beaverton, OR, 97006

Gemelli
Sede Legale | L.go F. Vito 1
Rome,

GenScript
860 Centennial Ave.
Piscataway, NJ, 08854

Gerger Hennessy & Martin, LLP
700 Louisiana Street Suite 2300
Houston, TX, 77002

Gianluca Rotino
Address
Houston, Texas, 77054

Global Life Science Hub Ltd
8 Rosefield Close, SM5 2PE
Carshalton,

Global Life Sciences Solutions USA LLC
100 Results Way
Marlbrough, MA, 01752

GMP Labeling, Inc
5955 Granite Lake Drive, Suite 150
Granite Bay, CA, 95746

Government of the District of Columbia
1101 4th Street SWSuite W270
Washington, DC, 20024

Grainger
100 Grainger Parkway
Lake Forest, IL, 60045

GraphPad Software, LLC
2365 Northside Drive, Suite 560
San Diego, CA, 92108

Graves Mechanical, Inc
5910 Schumacher Lane
Houston, TX, 77057

Gray Reed & McGraw LLP
1300 Post Oak Blvd, Suite 2000
Houston, TX, 77056

Grifols
Grange Castle Business ParkGrange Castle Clondalkin
Clondalkin, Dublin 22,

GTC Holdings Inc
830 Morris Turnpike4th Floor
Short Hills, NJ, 07078

Gulf Coast Regional Blood Center
"P.O. Box 301092POB 301092
Dallas, TX, 75303-1092

Gulf Coast Regional Blood Center (CC autopay)
P.O. Box 301092Texas
Dallas, TX, 75303-1092

Hanna's Pharmaceutical Supply Co., Inc.
2505 West Sixth St
Wilmington, DE, 19805

Hanson Wade Ltd

52 Grosvenor Gardens
London, , SW1W 0AU

Haynes and Boone, LLP
2323 Victory AveSTE 700
Dallas, TX, 75219

HB Mechanical Services, Inc
20410 Old Sorters Rd
Porter, TX, 77365

Heat Transfer Solutions, Inc
3350 Yale Street
Houston, TX, 77018

HEB
Address
Houston, TX, 77054

Henry Schein
135 Duryea Road
Melville, NY, 11747

Hettich Instruments, LP
100 Cummings CenterSTE 136L
Beverly, MA, 01915

Historical Vendor
Address
City, State, Number

Histowiz, Inc.
760 Parkside AveRoom 121
Brooklyn, NY, 11226

Hogan Lovells US LLP
609 Main Street, Suite 4200
Houston, TX, 77002

Holiday Inn Express
Address
Houston, TX, 77054

Home Depot
Address
Houston, TX, 77077

Hostmonster
Address
Houston, TX, 77054

Hyatt Place
Address
Houston, TX, 77054

Ice Express
Address
Houston, TX, 77054

ICE Systems, Inc.
100 Patco Ct., Suite 9
Islandia, NY, 11749

Indeed, Inc
PO Box 660367
Dallas, TX, 75266

INFINITY HVAC SERVICES LLC
18062 FM 529 Rd
Cypress, TX, 77433

Innovative Research
46430 Peary Court
Novi, MI, 48377

Innovive
10019 Waples Court
San Diego, CA, 92121

Insightsoftware, LLC
8529 Six Forks Road, Suite 300
Raleigh, NC, 27615

Insperity PEO Services, L.P.
19001 Crescent Springs Dr
Kingwood, TX, 77339

Integra Biosciences Corporation
Integra Biosciences Corp22 Friars DrUS
Hudson, NH, 03051

Integrated DNA Technologies
Address
Houston, TX, 77054

Intrado Digital Media LLC
11808 Miracle Hills Dr
Omaha, NE, 68154

InvivoGen

Address
Houston, TX, 77054

IPFS Corporation
1055 Broadway, Fl 11
Kansas City, MO, 64105

Jerry Lugo
1509 Elliott St
Houston, TX, 77023

JG BioConsult LLC
7810 GALL BLVD, #175
ZEPHYRHILLS, FL, 33541-4302

John Hancock
Address
City, State, Number

Johnson Controls
8323 N Eldridge Pkwy
Houston, TX, 77041

Jonai Moore
7575 Plum Creek Dr., Apt. 8008
Houston, TX, 77012

Jonathan Garcia
Address
City, State, Number

Joshua Kellner
2919 Havenwood Ct.
Richmond, TX, 77406

JP Morgan Chase Bank
PO Box 15918, Mail Suite DE 1-1404
Wilmington, DE, 19850

K2 Biolabs, LLC
2710 Reed RoadSuite 160
Houston, TX, 77051

KC Instruments LLC
217 Glen Haven Drive
League City, TX, 77573

Kentec Medical, Inc.
17871 Fitch
Irvine, CA, 92614

Killum Pest Control, Inc
224 Plantation Drive
Lake Jackson, TX, 77566

Kinan Alsabbagh
14010 Overbrook Lane
Houston, TX, 77077

KLDiscovery Ontrack LLC
8201 Greensboro DriveSuite 300
McLean, VA, 22102

L.B. Walker & Associates, Inc.
13111 Northwest Freeway, Suite 125
Houston, TX, 77040

Lab Supplies
4251 Dale Earnhardt WaySte 100 US
Northlake, TX, 76262

LabCorp
671 S Meridian Road
Greenfield, IN, 46140

Lacy Jordan
2511 Bowie Street
League City, TX, 77573

Leica Microsystems
1700 Leider Lane
Buffalo Grove, IL, 60090

Leonardo Mirandola
6133 Palomino Dr
Plano, TX, 75024

Life Technologies Corporation
12088 Collections Center
Chicago, IL, 60693

Lighthouse Services, LLC dba Syntrio Lighthouse Services
630 Freedom Business Center Dr, 3rd Floor
King of Prussia, PA, 19406

Lighthouse Worldwide Solutions INC
300 West Antelope Road
City, State, Number

Linda Phelan Dyson, MPH

260 Dunnell Rd.
Maplewood, NJ, 07040

Linkedin Corporation
1000 W. Maude Ave
Sunnyvale, CA, 94085

Lippert Heilshorn & Associates, Inc.
800 Third Avenue17th Floor
New York, NY, 10022

Loftin Equipment Co
PO Box 641055
Dallas, TX, 75264-1055

Lone Star Labs
7501 Fannin St Suite 740
Houston, TX, 77054

Longwood University
201 High Street, Attn: Cashiering & Student Accounts
Farmville, VA, 23900

Lonza
"8830 Biggs Ford Rd
77054

LPL Holdings, Inc.
4707 Executive Drive
San Diego, CA, 92121

Luca A Zammataro
1920 Augusta Drive, Unit 16
Houston, TX, 77057

Lucia Piccotti
5103 Loch Lomond Dr
Houston, TX, 77096

LUNAN FOLDOMICS LLC
1920 Augusta Dr, Unit 16
Houston, TX, 77057

Manny Su
903 Laurel Green Rd
Missouri City, TX, 77459

Maria  Cruz Lugo
10723 Brookshire Lane
Houston, TX, 77041

Matthew Figliola
16771 Sheridan ParkwayApt. 201
Broomfield, CO, 80023

Matthews TX
1211 Blue Leaf Drive
Richmond, TX, 77469

Maxcyte, Inc.
9713 Key West Ave Suite 400
Rockville, MD, 20850

Mediant Communications Inc.
PO Box 75185
Chicago, IL, 60675

Medidata Solutions, Inc.
350 Hudson St, Fl. 9
New York, NY, 10014

Meso Scale Discovery
1601 Research Blvd.US
Rockville, MD, 20850

Mettler—Toledo Rainin, LLC
7500 Edgewater Drive
Oakland, CA, 94621

Michael Nagel
8707 East Heatherbrae Drive
Scottsdale, AZ, 85251

Michelle Wallace—Shannon
Address
City, State, Number

Microbiologics, Inc
200 Cooper Ave N
St. Cloud, MN, 56303

Microbiology Specialists Inc.
8275 El Rio, STE 110, P O Box 301165
Houston, TX, 77230

Microsoft Corporation
One Microsoft Way
Redmond, WA, 98052

Mike Ryan

2677 Avenir Place, #3125
Vienna, VA, 22180

Miltenyi Biotec Inc.
Dept #33955 P.O. Box 39000
San Francisco, CA, 94139

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA, 02111

Mirus Bio
5602 Research Park BlvdSte 210US
Madison, WI, 53719

Morgan Benson
4004 Peach Creek Dr.
Wharton, TX, 77488

Mullen Coughlin LLC
426 W. Lancaster Ave.
Devon, PA, 19333

New England Biolabs, Inc.
P.O. Box 3933
Boston, MA, 02241-3933

Nexcelom Bioscience LLC
11100 Roselle StreetSuite B
San Diego, CA, 92121

NOVA 401(k) Associates
10777 Northwest Freeway Ste 440
Houston, TX, 77092

Office Depot
Address
Houston, TX, 77054

Optum Bank
Address
City, State, Number

Oracle NetSuite (autopay)
2300 Oracle Way
Austin, TX, 78741

OrganaBio, LLC
7800 SW 57th Avenue, Suite 225
South Miami, FL, 331432

OriGen Biomedical
Address
City, State, Number

OSHAcademy
Address
City, State, Number

OTC MARKETS GROUP INC.
300 Vesey St., 12th Floor
New York, NY, 10282

Pacific Stock Transfer Company
6725 Via Austi Parkway, Suite 300
Las Vegas, NV, 89119

Pallayback Inc.
16773 Hymus Blvd.
Kirkland, QC, H9H3L4

Pamela Misajon
1183 Tesoro Pl
Vista, CA, 92081

Panera Bread
Address
Houston, TX, 77054

Parental Drug Association
4350 East West Highway, Suite 600
Bethesda, MD, 20814

PeproTech
Address
City, State, Number

Peraton Inc.
P.O. Box, 411066
Boston, MA, 02241-2995

Pharmaron, Inc.
201 East Jefferson Street, Suite 304
Louisville, KY, 40202

Philip H. Hilder, P.C.
819 Lovett Blvd
Houston, TX, 77006

Pietro Bersani

2061 Narragansett AveUnit 2
Bronx, NY, 10461

Pillsbury Winthrop Shaw Pittman LLP
P O Box 30769
New York, NY, 10087-0769

Pizza Hut
Address
City, State, Number

Planet Pharma LLC
800 Hillgrove Ave Ste 201
Western Springs, IL, 60558

Prevail InfoWorks Inc.
211 N 13th Street, 6th Floor
Philadelphia, PA, 19107-1610

Principal Life Insurance Company (auto debit)
PO Box 10333
Des Moines, IA, 50306

Professional Janitorial Services of Houston, Inc
2303 Nance Street
Houston, TX, 77020

Promega
Address
Houston, TX, 77054

Proteogenix Sas
Espace Europeen de l'Entreprise - 19 Rue de la Haye
Schiltigheim, , 67300

Psomagen, Inc.
1330 Piccard DriveSuite 103
Rockville, MD, 20850

Qiagen
Address
Houston, TX, 77054

R Associates, Inc.
1080 W Sam Houston Parkway N #115
Houston TX 77043 USA

R&D Systems
614 McKinley Place NE
Address

R&D Systems
Address
City, State, Number

RAE Security Southwest, LLC
8844 North Sam Houston Parkway West, Suite 210
Houston, TX, 77064

Research Data Group, Inc
816 Roanoke Blvd
Salem, VA, 24153

Revvity Health Sciences, Inc
68 Elm Street
Hopkinton MA 071748 USA

Rexwood Company LLC
999 Morris Creek Road
Coldspring, TX, 77331

Rights Chain
25 Hill St, c/o BE Advisors UK LTD25 Hill St, c/o BE Advisors UK LTD
London, W1J5LW, 1

Robbin Frnka
4927 Cedar Springs Rd C
Dallas, TX, 75235

Robert Half International, Inc.
2613 Camino Ramon
San Ramon, CA, 94583

Rose Marie Cavanna Mast
3923 Weston Drive
Fulshear, TX, 77441

Rose Marie Cavanna—Mast
3923 Weston Drive
Fulshear, TX, 77441

RSM US LLP
4650 E 53rd Street
Davenport, IA, 52807

Rubicon Global LLC
PO Box 733963
Dallas, TX

Safe Harbor Pharmacovigilance LLC

5205 Indigo Moon Way
Raleigh, NC, 27613

Saint—Gobain Performance Plastics Corp.
50 W. Watkins Mill Road
Gaithersburg, MD, 20878

Sam's Club
Address
Houston, TX, 77054

Santa Cruz Biotechnology, Inc
10410 Finnell Street
Dallas, TX, 75220

Sarah Cannon Research Institute, LLC
1100 Dr. Martin L. King Jr. Blvd., Suite 800
Nashville, TN, 37203

Sarah Ham
8446 Sierra Hermosa
San Antonio, TX, 78255

Sarah Madonna
Address
Houston, Texas, 77054

Sartorius Corporation
565 Johnson Avenue565 Johnson Avenue
Bohemia, NY, 11716

Say Technologies LLC
245 8th Ave #1040
New York, NY, 10011

Schlam Stone & Dolan LLP
26 BroadwayFloor 19
New York, NY, 10004

Schmidt Electric Co., Inc
9701 FM 1625
Austin, TX, 78747

Scientific Resources Southwest, Inc.
4719 South Main St.
Stafford, TX, 77477

Scott Dahlbeck
49 Vineyard Drive
San Antonio, TX, 78257

Securities Exchange Commission
PO Box 979081
St Louis, MO, 63197

Seven Life Sciences
2nd Floor, Oberon House (B67) Adastral Park, Martlesham Health
Ipswich, UK, IP5 3RE

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street43rd Floor
Los Angeles, CA, 90071

SHRM
Address
Houston, TX, 77025

Sidley Austin LLP
One S. Dearborn St.
Chicago, IL, 60603

Sigma—Aldrich
P.O. Box 535182P.O. Box 535182
Atlanta, GA, 30353—5182

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY, 10017—3954

Slate Group
6024 45th Street
Lubbock, TX, 79407

Snapgene
2365 Northside DriveSuite 560
San Diego, CA, 92108

Solium Capital LLC (Shareworks)
58 South River Dr, STE 401
Tempe, AZ, 85281

Soodeh Baghaee Ravari
1875 Post Oak Park Dr., Apt. 741
Houston, TX, 77027

Southern Labware
Address
Houston, TX, 77054

Southwest Airlines

2702 Love Field
Dallas, TX, 75235

Sparkletts
PO Box 660579
Dallas, TX, 75266

SPI Corporate Solutions, Inc.
Lincoln Tower Plaza, Suite 505524 S 2nd St.
Springfield, IL, 62701

SS Manvel Highway, LLC
233 W. Wacker DriveSuite 4700
Chicago, IL, 60606

Standard Security Life Ins Co of NY
PO Box 2875
Clinton, IA, 52733

State of New Jersey
PO Box 929
Trenton, NJ, 08646

StemCell Technologies
6425 South 216 Street
Kent, WA, 98032

Stemcell Technologies, Canada
6425 South 216 Street
Kent, WA, 98032

StemExpress
1743 Creekside DrSuite 200
Folsom, CA, 95630

Stiris Research USA Inc.
2711 Centerville Road, Suite 300PO Box 497
Wilmington, DE, 19808

Superior Laboratory Services, Inc.
"Superior Laboratory Services
77054

SVE Filtration
3219 E Camelback Road #790
Phoenix, AZ, 85018

Takara Bio USA, Inc.
PO Box 45794US
San Francisco, CA, 94145

Tax Agency TX
Address
City, State, Number

TB Robinson Law Group, PLLC
9306 Reston Grove Lane
Houston, TX, 77095

TCO Integrated Solutions, Inc
28610 Highway 290Suite F09 #341
Cypress, TX, 77433

Tecan U.S., Inc.
"9401 Globe Center Drive
Morrisville, NC, 27560

Technology & Calibration, Inc
3538 Pinemont Drive
Houston, TX, 77018

TeeJay Furto
8315 Braes River Dr.
Houston, TX, 77074

Terra Universal, Inc.
800 S Raymond Ave
Fullerton, CA, 92831-5234

Terumo BCT, Inc.
C/O Acme Dist Centers, Inc.18101 E. Colfax Avenue
Aurora, CO, 80011

the Access Partnership, LP
3267 Bee Caves RoadSte 107-502
Austin, TX, 78746

The Alexandria Group LLC
8556 Sanders Tree Loop
Wesley Chapel, FL, 33545

The Board Couple LLC
11250 Jade HTS
San Antonio, TX, 78249

The Jackson Laboratory
90260 Collection Center DriveUS
Chicago, IL, 60693

The MW Catlin Family Trust/Tina L

218 Rio Cordillera
Boerne, TX, 78006

The Nasdaq Stock Market, LLC
151 W. 42nd Street
New York, NY, 10036

The Talance Group LP
Address
City, State, Number

The United States Pharmacopeial Convention, Inc.
12601 Twinbrook Parkway
Rockville, MD, 20852

Thermo Electron North America LLC
P O Box 742775
Atlanta, GA, 30374-2775

Thermo Fisher Scientific
PO Box 842339
Dallas, TX, 75284-2339

ThinkEquity LLC
17 State Street, 41st Floor
New York, NY, 10004

Thomas H Gomez
4906 Glenmeadow Dr
Houston, TX, 77096-4210

Thomas Scientific
PO Box 536750
Pittsburgh, PA, 15253

Thompson Safety LLC
415 Lockhaven Dr
Houston, TX, 77073

Tide Dry Cleaners
Address
Houston, TX, 77054

TLR Tech, LLC
1968 S. Coast HWYSTE 4146
Laguna Beach, CA, 92651

Toppan Merrill, LLC
PO Box 74007295
Chicago, IL, 60674

Trilink Biotechnologies
10770 Waterridge Cir Suite 200
San Diego, CA, 92121

TX.GOV (DMV—Dept, of Motor Vehicle)
Address
City, State, Number

UHY Advisors Northeast, Inc.
4 Tower Place, Executive Park, 7th Fl
Albany, NY, 12203

Uline
Address
Houston, TX, 77054

United Airlines
Address
City, State, Number

United Healthcare (auto debit)
PO Box 88106
Chicago, IL, 60680—1106

United States Pharmacopeial Convention
12601 Twinbrook Parkway
Rockville, MD, 20852

Universita Commercial Luigi Bocconi
Via Sarfatti 25 — 20136 Milano
City, State, Number

University of Arizona
P.O. Box 41867
Tucson, AZ, 85717

University of Pittsburgh Cancer Institute Cancer Services
Clinical Trial Receipts, 3600 Forbes Ave. at Meyran Ave, Suite 300
Pittsburgh, PA, 15213

University of Texas—M.D. Anderson
M.D Anderson Cancer CenterP.O. Box 4266 Texas
Houston, TX, 77210—4266

Uppsala Monitoring Center
Uppsala Monitoring Center Box 1051
Stockholm, UPPSALA, 75140

UPS

Address
Houston, TX, 77054

US Oncology Research LLC
10101 Woodloch Forest Dr
The Woodlands, TX, 77380

USPS
Address
Houston, TX, 77054

Vaisala Inc.
194 South Taylor Ave
Louisville, CO, 80027-3024

Valogic Holdco LLC
21 Byte Ct
Frederick, MD, 21702

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD, 21202

Verbit, Inc
980, 6th Avenue
New York, NY, 10018

Versiti Inc
638 N 18th St
Milwaukee, WI, 53233-2121

VStock
18 Lafayette Place
Woodmere, NY, 11598

VWR International LLC
P.O. Box 640169
Pittsburgh, PA, 15264-0169

Walmart
Address
City, State, Number

WCG Clinical, Inc
212 Carnegie Center, Suite 301
Princeton, NJ, 08540

Whitley Penn LLP
LockboxPO Box 676360
Dallas, TX, 75267-6350

Wholesale Electric Supply Company of Houston, Inc.
4040 Gulf Freeway
Houston, TX, 77004

Willis Towers Watson Midwest, Inc.
233 S. Wacker Drive, Suite 1800
Chicago, IL, 60606

World Courier Inc
1313 Fourth Ave
New Hyde Park, NY, 11040

Wuhan Biolab-reagent Biotechnology Co., LTD
2/F, Area C, R&DBuilding, No. 666 Shendunsi Road, East Lake High-tech
Development Zone
Wu Han, Hu Bei, 430206

Xiuli Chen
5507 Winding Ridge Drive
Spring, TX, 77379

Yi Xuan Li
4230 Cedar Ridge Trl
Houston, TX, 77059

Zoro
P O Box 5233
Janesville, WI, 53547-5233

Zymo Research Corporation
17062 Murphy Ave.
Irvine, CA, 92614


S.HIELD CAP1TAL FUNDING LLC
6232 Los Altos
El Paso, Texas 79912

S.HIELD CAP1TAL FUNDING LLC
C/o Thomas J. Francella
824 N Market Street, Suite 805
Wilmington, DE 19801