## IN THE UNITED STATES BANKRUPCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )

    KIROMIC BIOPHARMA, INC.     )    25-10552-MFW

        Debtor.                        )    Chapter 7

                       )

## GLOBAL NOTES

KIROMIC BIOPHARMA, INC. (the "Debtor") is filing its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtor prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.

The Schedules and Statements have been prepared based on the Debtor's knowledge, information and belief, with such information being the best information reasonably available to the Debtor, given that its access to certain systems has been restricted. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from their books and records that was available at the time of preparation.

Subsequent information, data or discovery may result in material changes to the Schedules and Statements, and inadvertent errors, omissions or inaccuracies may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

Pietro Bersani has signed each of the Schedules and Statements. Mr. Bersani is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Mr. Bersani has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and their professional advisors. Mr. Bersani has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Reservation of Rights. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any description or designation of any claim; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, classification or otherwise; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, avoidability or any other matter in respect of any claim. Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements except as may be required by applicable law.

No Admission. Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

Description of the Case and "As of" Information Date. On 03/21/2025 (the "Petition Date"), the Debtor filed voluntary petitions for relief with the Court under chapter 7 of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtor in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

Fiscal Year. The Debtor's fiscal year ends on December 31st.

Basis of Presentation. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor.

Recharacterization. Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor reserves all rights in this regard.

Insiders. For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) current or former directors, officers or persons in control of the Debtor; (b) relatives of current or former directors, officers, or persons in control of the Debtor; (c) a partnership in which one or both of the Debtor is, or are, a general partner; or (d) an affiliate of the Debtor. Except as

otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4. Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved. Further, the Debtor does not take any position with respect to: (a) any such person's influence over the control of the Debtor; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

Credits and Adjustments. Claims of creditors are listed in the amounts entered on the Debtor's books and records, and may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to any such credits, allowances and other adjustments, including, without limitation, the right to assert claims, objections, setoffs and recoupments with respect to the same.

Leases. In the ordinary course of business, the Debtor leases certain real property, fixtures, and equipment from certain third-party lessors for use in the maintenance of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtor reserves all rights with respect to such issues.

Estimates. To prepare and file the Schedules and Statements in accordance with the deadline established in the case, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of

the Petition Date (i.e., April 13, 2023). The Debtor reserves all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

Classifications. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of any claimant, or a waiver of the rights of the Debtor to recharacterize or reclassify any claim or contract.

Part 10. Schedule A/B, Part 10 identifies the Debtor's interests in intangibles or intellectual property. Exclusion or inclusion of any intangibles or intellectual property shall not be construed as an admission that such intellectual property rights have or have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

Schedule D – Creditors Who Have Claims Secured by Property. Amounts listed on Schedule D may not reflect any accrued interest, fees, costs, and other charges that such creditors may be entitled to.

Schedule E/F – Creditors Who Have Unsecured Claims. The Debtor has used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F. The data used was that available to the declarant as of March 21, 2025.

Schedule G – Executory Contracts and Unexpired Leases. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.

Statement 3. Statement 3 includes any disbursements or other transfers made by the Debtor within 90 days prior to filing, except for those made to insiders, which are reflected on

Statements 4 and 30. The Debtor did not include payments to non-insider employees in Statements 4 or 30.

Statement 7. The Debtor reserves all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtor of any liabilities.

**Fill in this information to identify the case:**

Debtor name _____ KIROMIC BIOPHARMA, INC. _____

United States Bankruptcy Court for the: _____ District of Delaware _____
                                          (State)

Case number (If known): _____ 25-10552-MFW _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1: Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ........................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ......................................    $ _____ 4297952.50

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ......................................    $ _____ 4297952.50

---

**Part 2: Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............    $ 14,491,703.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............    +$ 3,857,043.93

4. **Total liabilities** ..........................................................................................    $ 18,348,746.93
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name     KIROMIC BIOPHARMA, INC.

United States Bankruptcy Court for the: District of Delaware

Case number (If known):   25-10552-MFW

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   | | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**                                                                     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Bank of America (Payroll) | Checking | 6  9  5  4 | $ 75,529.00 |
   | 3.2. | See continuation sheet | | | $ 275,070.00 |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1. | 22-6690-JH (Settlement Fund) ~ 70% Contributed by Debtor; balance from Ins. (Other Cash Equivalents) | $ 2,349,219.38 |
   | 4.2. | | $ |

5. **Total of Part 1**                                                               $ 2699818.38

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | Lease Deposit w. Cambridge International, LLC | $ 21,353.00 |
   | 7.2. | | $ |

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name                                         Case number *(if known)* 25-10552-MFW
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Other                                                                                    $ 304,010.00

   8.2. See continuation sheet                                                                   $ 1,260,896.12

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                            $ 1,586,259.12

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                            Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........ → $_____
                              face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........ → $_____
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                      $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    No. Go to Part 5.

    X  Yes. Fill in the information below.

                                            Valuation method           Current value of debtor's
                                            used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____  $_____

    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. **Green Planet Pharma, Inc.**          **100** %         _____  $    **0**

    15.2. _____  _____ %   _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____  _____  $_____

    16.2. _____  _____  $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                $    **0**

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Vars precursors and reagents | ___ MM / DD / YYYY | 0.00 $_____ | Company Expenses All | Unknown $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | | $_____ |
| 21. **Finished goods, including goods held for resale** Packages of Experimental Drug | ___ MM / DD / YYYY | 0.00 $_____ | Not Saleable | Unknown $_____ |
| 22. **Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desk Tables & Chairs (30 desk/chair combos) | $_____ | Expensed As Purcha | $ 3,000.00 |
| 40. **Office fixtures**<br>See continuation sheet | $ 3,666,838.00 | _____ | $ Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 0.00 | _____ | $ 8,875.00 |

42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 11,875.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Lab Equipment (See Attached List)

$ 2,045,354.81 _____ $ Unknown _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Corporate office and manufacturing facility - 7707 Fannin Houston | Leasehold | $ 3,666,838.00 | | $ Unknown |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See continuation sheet | $ 0.00 | | $ 0.00 |
| 61. **Internet domain names and websites**<br>Kiromic.com | $ | | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Clinical Trial Data | $ | | $ Unknown |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor KIROMIC BIOPHARMA, INC.
_____
Name

Case number (*if known*) 25-10552-MFW
_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- X No
- Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   No. Go to Part 12.
   X Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
   Description (include name of obligor)
   _____  –  _____  = ➡  $_____
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   | | | |
   |---|---|---|
   | _____ | Tax year _____ | $_____ |
   | _____ | Tax year _____ | $_____ |
   | _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
   _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   The Company believes that there may be claims or causes of action that the Company may be able to assert against S.hield Cap1tal Funding LLC. Due to restriction on access to electronic records and Company personnel, the Debtor has been unable to confirm the potential claims.

   Unknown
   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   $_____

   Nature of claim  _____
   Amount requested  $_____

76. **Trusts, equitable or future interests in property**
   _____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____  $_____
   _____  $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.
   $ **Unknown** _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2699818.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,586,259.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 11,875.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 4297952.50 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................ 3,948,733.12 | | $ 4297952.50 |

Debtor 1    KIROMIC BIOPHARMA, INC.

First Name    Middle Name    Last Name

Case number (if known)_____    25-10552-MFW

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America (NIH) | Checking | 6967 |
| Balance: 2,000.00 | | |
| Bank of America | Checking | 8004 |
| Balance: 0.00 | | |
| Chase Bank | Savings | 9589 |
| Balance: 273,070.00 | | |
| Chase Bank | Checking | 2057 |
| Balance: 0.00 | | |
| Chase Bank | Checking | 2115 |
| Balance: 0.00 | | |
| Fidelity | Brokerage | 2618 |
| Balance: 0.00 | | |

**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| General description | Current value |
|---|---|
| Insurance Prepayments | $467,471.00 |
| LabCorp Drug Development | $188,088.00 |
| Stiris Research USA, Inc. | $605,337.12 |

**40) Office fixtures**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Leashold Improvements | 3,522,559.00 | | Unknown |
| 40.2. Leasehold improvements — G&A | 144,279.00 | | Unknown |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Monitors & TVs (35 | | Expensed As | 1,550.00 |

Debtor 1    KIROMIC BIOPHARMA, INC.
First Name      Middle Name      Last Name

Case number *(if known)* 25-10552-MFW

## Continuation Sheet for Official Form 206 A/B

Printers (8)                    Expensed As        575.00
                               Purchased

Computers (45                  Expensed As        6,750.00
Thinkpads)                     Purchased

60) Patents, copyrights, trademarks, and trade secrets

General description  Net book value      Valuation method      Current value

Patents (See Owned                                             Unknown
Patent Report)

Assigned Patents                                               Unknown
(See Assigned /
Licensed Patents
Report)

Trademarks (See                                                0.00
Trademark
Disclosure Report)

ASSET DISCLOSURE REPORT

| Date Acq | Date Sold | Description | Meth/Life | Cost | Net Book Val |
|---|---|---|---|---|---|
| **Asset A/C#: 15014 - LHI - R&D** | | | | | |
| 12/1/2019 | | Laboratory renovation | SLP / 1.417 | 19,231.67 | 0.00 |
| 9/1/2020 | | Vivarium | SLP / 5.667 | 410,062.05 | 156,788.44 |
| 9/1/2020 | | GMP | SLP / 5.667 | 409,435.67 | 156,548.94 |
| 12/1/2020 | | Stainless Steel Piping | SLP / 5.417 | 52,501.25 | 21,000.50 |
| 1/1/2021 | | GMP Improvements | SLP / 5.333 | 14,610.31 | 5,935.43 |
| 1/1/2021 | | GMP Improvements | SLP / 5.333 | 30,326.00 | 12,319.94 |
| 6/1/2021 | | GMP Improvements | SLP / 5.167 | 10,000.00 | 4,677.42 |
| 8/1/2021 | | GMP air exchanges | SLP / 5 | 56,344.12 | 27,232.99 |
| 9/1/2021 | | ISO 8 Ante Clean Room for GMP CR | SLP / 5 | 44,382.50 | 22,191.25 |
| 2/1/2022 | | GMP Quality Control Lab | SLP / 4.25 | 452,052.00 | 230,457.87 |
| 3/1/2022 | | GMP1/Cold/Ware Finish | SLP / 4.167 | 1,699,830.90 | 883,912.06 |
| 4/1/2022 | | GMP1 | SLP / 4.083 | 533,154.83 | 282,898.48 |
| 4/1/2022 | | Laboratory sink at Suite 140 | SLP / 4.083 | 13,256.30 | 7,033.95 |
| 6/1/2022 | | GMP1.1 | SLP / 3.917 | 1,054,140.25 | 583,141.41 |
| 6/1/2022 | | Cleanroom | SLP / 3.917 | 1,896,890.86 | 1,049,343.88 |
| 6/1/2022 | | Suite 255 | SLP / 3.917 | 72,182.53 | 39,930.76 |
| 9/1/2022 | | R410A 2-Ton RunTru AC | SLP / 3.667 | 7,500.00 | 4,431.83 |
| 8/1/2023 | | Circuit 1 Compressors (2) | SLP / 1.75 | 38,700.81 | 25,800.53 |
| 8/1/2023 | | Emon Meter - Suites 144, 290 & 291 | SLP / 1.75 | 8,298.23 | 5,532.16 |
| 8/1/2023 | | Emon Meter - Suite 200 | SLP / 1.75 | 5,071.30 | 3,380.87 |
| **Asset A/C# totals:  15014 - LHI - R&D  ( 20 assets )** | | | | 6,827,971.58 | 3,522,558.71 |
| **Asset A/C#: 15016 - LHI - G&A** | | | | | |
| 3/1/2016 | | Leasehold improvements | SLP / 7 | 259,703.97 | 0.00 |
| 3/1/2017 | | Generator system | SLP / 2.5 | 22,889.66 | 0.00 |
| 10/1/2019 | | Electrical upgrade | SLP / 1.583 | 5,234.98 | 0.00 |
| 12/1/2020 | | Offices | SLP / 5.417 | 50,594.57 | 20,237.82 |
| 7/1/2021 | | Leasehold improvements | SLP / 5 | 7,536.45 | 3,517.01 |
| 9/1/2021 | | Camera system | SLP / 5 | 10,459.12 | 5,229.56 |
| 12/1/2021 | | Security system 1 | SLP / 4.417 | 22,107.80 | 10,845.33 |
| 12/1/2021 | | Security system 2 | SLP / 4.417 | 19,988.49 | 9,805.67 |
| 12/1/2021 | | Various improvements | SLP / 4.417 | 19,283.66 | 9,459.92 |
| 12/1/2022 | | Access control system | SLP / 3.417 | 104,825.31 | 66,474.58 |
| 11/1/2023 | | Security system | SLP / 2.5 | 21,587.50 | 18,709.17 |
| **Asset A/C# totals:  15016 - LHI - G&A  ( 11 assets )** | | | | 544,211.51 | 144,279.06 |

## Asset A/C#: 15024 - Laboratory Equipment - R&D

| Date | Description | Category | Cost | Value |
|---|---|---|---|---|
| 10/31/2013 | Laboratory Equipment | SLP / 3 | 8,435.70 | 0.00 |
| 12/4/2013 | Laboratory Equipment | SLP / 3 | 8,750.00 | 0.00 |
| 12/31/2013 | Laboratory Equipment | SLP / 3 | 5,500.00 | 0.00 |
| 4/30/2014 | Laboratory Equipment | SLP / 3 | 6,792.48 | 0.00 |
| 6/30/2014 | Laboratory Equipment | SLP / 3 | 17,911.62 | 0.00 |
| 12/31/2014 | Laboratory Equipment | SLP / 3 | 10,294.00 | 0.00 |
| 3/31/2015 | Laboratory Equipment | SLP / 3 | 19,350.00 | 0.00 |
| 9/30/2015 | Laboratory Equipment | SLP / 3 | 7,530.00 | 0.00 |
| 12/9/2015 | Laboratory Equipment | SLP / 3 | 12,665.25 | 0.00 |
| 4/1/2016 | Laboratory Equipment | SLP / 3 | 5,298.84 | 0.00 |
| 4/1/2016 | Laboratory Equipment | SLP / 3 | 5,298.84 | 0.00 |
| 7/1/2016 | Laboratory Equipment | SLP / 3 | 36,467.72 | 0.00 |
| 8/1/2016 | Laboratory Equipment | SLP / 3 | 6,824.85 | 0.00 |
| 11/1/2019 | Freezer TSX ULT 600-box A\-V & sliding drawer | SLP / 7 | 14,104.77 | 5,373.25 |
| 11/1/2019 | Cellometer K2 SK-150 | SLP / 7 | 14,180.00 | 5,401.91 |
| 11/1/2019 | Spectrophotometer; Nanodrop One | SLP / 7 | 7,839.47 | 2,986.46 |
| 12/1/2019 | NovoCyte 3000 and NovoSampler Pro | SLP / 7 | 100,935.98 | 39,653.41 |
| 12/1/2019 | Option Infinite M Plex | SLP / 7 | 20,265.14 | 7,961.31 |
| 12/1/2019 | 4D-Nucleofector X Unit FL1 | SLP / 7 | 7,680.80 | 3,017.45 |
| 12/1/2019 | 4D-Nucleofector Core Unit FL1 | SLP / 7 | 5,542.40 | 2,177.37 |
| 12/1/2019 | Gbox Demo XX6 Kit 2 | SLP / 7 | 27,129.00 | 10,657.83 |
| 1/1/2020 | Leica DM IL LED Fluo | SLP / 7 | 18,507.40 | 7,491.09 |
| 2/1/2020 | IncuCyte S3 System Package | SLP / 7 | 114,630.23 | 47,762.58 |
| 2/1/2020 | Insert Plate Carrier Smart 2 MBS 96 Spare | SLP / 7 | 12,355.68 | 5,148.20 |
| 3/1/2020 | Heracell Vios 160i CO2 Incubator | SLP / 7 | 15,323.56 | 6,567.25 |
| 3/1/2020 | QPCR Instrument Q.2-Channel F/DNA/RNA | SLP / 7 | 11,766.33 | 5,051.29 |
| 3/1/2020 | Simpliamp Thermal Cycler | SLP / 7 | 5,198.25 | 2,227.83 |
| 7/1/2020 | NC-3000 Fixed Assays Package | SLP / 7 | 30,040.00 | 14,304.76 |
| 9/1/2020 | IVIS Spectrum | SLP / 7 | 157,297.72 | 78,648.87 |
| 9/1/2020 | V3.5 Innorack | SLP / 7 | 15,149.00 | 7,574.49 |
| 11/1/2020 | Sorvall Legent RT Refrigerated Benchtop Centrifuge | SLP / 7 | 5,985.00 | 3,135.00 |
| 12/1/2020 | ULT FZ TSX6008A 115V/60HZ | SLP / 7 | 13,749.00 | 7,365.54 |
| 12/1/2020 | Thermo Scientific ST40 Benchtop Centrifuge w/ TX-750 Rotor | SLP / 7 | 24,842.00 | 13,308.21 |
| 1/1/2021 | AutoMACS Pro Separator | SLP / 7 | 50,375.00 | 27,586.31 |
| 1/1/2021 | CliniMACS Plus Instrument | SLP / 7 | 103,040.00 | 56,426.66 |
| 1/1/2021 | QuickPlex SQ 120MM Reader | SLP / 7 | 117,100.00 | 64,126.19 |
| 3/1/2021 | Heracell Vios 160i CO2 Incubator | SLP / 7 | 12,991.65 | 7,423.81 |
| 3/1/2021 | Heracell Vios 160i CO2 Incubator | SLP / 7 | 12,991.66 | 7,423.81 |

| Date | Description | | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 3/1/2021 | TSX ULT 600-box A-Volt | SLP / 7 | 12,999.00 | 7,428.00 |
| 3/1/2021 | Sorvosuite Low Flow Vaporizer | SLP / 7 | 5,564.20 | 3,179.54 |
| 3/1/2021 | Cellometer K2 Image Cytometer | SLP / 7 | 18,615.00 | 10,637.13 |
| 3/1/2021 | Type A2 Bio Safety Cabinet | SLP / 7 | 9,475.00 | 5,414.28 |
| 3/1/2021 | Cell Harvest Pump | SLP / 7 | 15,126.34 | 8,643.61 |
| 5/1/2021 | NovoCyte 3005 Combo | SLP / 7 | 101,712.40 | 60,543.10 |
| 5/1/2021 | IncuCyte S3 System Package | SLP / 7 | 120,979.35 | 72,011.52 |
| 5/1/2021 | GMP Equipment | SLP / 7 | 147,190.36 | 87,613.31 |
| 6/1/2021 | Hettich Rotana 460R Refrigerated Centrifuge | SLP / 7 | 5,570.00 | 3,381.79 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | Laboratory Freezer Validation Svc w Temperature Map | SLP / 7 | 5,494.00 | 3,466.44 |
| 8/1/2021 | Laboratory Freezer Validation Svc w Temperature Map | SLP / 7 | 5,494.00 | 3,466.44 |
| 8/1/2021 | Laboratory Freezer Validation Svc w Temperature Map | SLP / 7 | 5,494.00 | 3,466.44 |
| 8/1/2021 | Ultra-low Temperature Freezers Validation Svc w Temperature | SLP / 7 | 6,144.00 | 3,876.58 |
| 8/1/2021 | Ultra-low Temperature Freezers Validation Svc w Temperature | SLP / 7 | 6,144.00 | 3,876.58 |
| 8/1/2021 | Cabinet Biosafety Stand | SLP / 7 | 10,237.42 | 6,459.33 |
| 9/1/2021 | Cell Dyn Emerald | SLP / 7 | 11,202.60 | 7,201.68 |
| 12/1/2021 | Evos XL Core Mechanical Stage | SLP / 7 | 6,691.73 | 4,540.83 |
| 1/1/2022 | Cabinet Biosafety Stand | SLP / 7 | 12,810.00 | 8,845.00 |
| 2/1/2022 | Cabinet Biosafety Stand | SLP / 7 | 11,071.30 | 7,776.28 |
| 2/1/2022 | Taylor-Wharton 10K Liquid Nitrogen Dewar SN562-010-p7 | SLP / 7 | 5,600.00 | 3,933.33 |
| 2/1/2022 | Thermo Fisher Scientific ULT21286-10-A44-80 Freezer SN01 | SLP / 7 | 7,100.00 | 4,986.91 |
| 2/1/2022 | CO2 Shaking Incubator w Flat Mat Platform 120V | SLP / 7 | 8,440.47 | 5,928.43 |
| 3/1/2022 | Mobile Compac5 Multi Patient Anesthesia Center | SLP / 7 | 13,679.22 | 9,770.87 |
| 4/1/2022 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 4/1/2022 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 4/1/2022 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 5/1/2022 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 5/1/2022 | Invitrogen EVOS XL Core Configured Cell Imager with Mecha | SLP / 7 | 6,691.73 | 4,939.14 |
| 5/1/2022 | Invitrogen EVOS XL Core Configured Cell Imager with Mecha | SLP / 7 | 6,640.00 | 4,900.95 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,372.70 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,372.70 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,372.70 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,374.02 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,635.77 | 6,374.02 |
| 5/1/2022 | Cabinet Biosafety Stand A2 115V 10IN 3FT | SLP / 7 | 9,237.49 | 6,818.15 |
| 5/1/2022 | Cabinet Biosafety Stand A2 115V 10IN 3FT | SLP / 7 | 9,237.49 | 6,818.15 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber CR SS | SLP / 7 | 14,296.14 | 10,551.91 |
| 5/1/2022 | CelCulture Incubator 170L IR Sensor CO2 Control | SLP / 7 | 7,328.07 | 5,408.81 |

| Date | Description | Code | | Value 1 | Value 2 |
|---|---|---|---|---|---|
| 5/1/2022 | CelCulture Incubator 170L IR Sensor CO2 Control | SLP / 7 | | 7,328.07 | 5,408.81 |
| 6/1/2022 | ThawSTAR Cryo Bags Automated Thawing System | SLP / 7 | | 21,400.95 | 16,050.72 |
| 6/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | | 6,048.78 | 4,536.59 |
| 6/1/2022 | T-seal Mobile Hand Unit | SLP / 7 | | 7,553.45 | 5,665.10 |
| 6/1/2022 | T-seal Mobile Hand Unit | SLP / 7 | | 7,531.18 | 5,648.38 |
| 6/1/2022 | SCDIIB Sterile Tube Welder RX | SLP / 7 | | 23,770.50 | 17,827.88 |
| 6/1/2022 | SCDIIB Sterile Tube Welder RX | SLP / 7 | | 23,770.50 | 17,827.88 |
| 6/1/2022 | Flake Ice Maker Modular Scots | SLP / 7 | | 6,776.38 | 5,082.29 |
| 6/1/2022 | Fisherbrand Bead Mill 24 Homogenizer | SLP / 7 | | 6,250.13 | 4,687.59 |
| 6/1/2022 | Rotanta 460 Benchtop Centrifuge | SLP / 7 | | 11,392.50 | 8,544.37 |
| 6/1/2022 | Rotanta 460 Benchtop Centrifuge | SLP / 7 | | 11,392.50 | 8,544.37 |
| 6/1/2022 | QStudio Fix96Wfast Inst LPTP 1 System | SLP / 7 | | 32,128.13 | 24,096.10 |
| 6/1/2022 | SuperMACS II Separator | SLP / 7 | | 11,828.62 | 8,871.46 |
| 6/1/2022 | Cellometer K2 Image Cytometer Laptop | SLP / 5 | | 3,245.00 | 2,109.26 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | | 32,408.33 | 24,306.26 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | | 32,408.33 | 24,306.26 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | | 32,408.34 | 24,306.27 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | | 29,668.00 | 22,251.00 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | | 29,668.00 | 22,251.00 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | | 29,668.00 | 22,251.00 |
| 6/1/2022 | Welder PVC TSCD ii f/Sterile Tubing | SLP / 7 | | 20,906.44 | 15,679.83 |
| 7/1/2022 | Measuring Equipment | SLP / 7 | | 147,924.75 | 110,943.56 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 36,355.10 | 27,266.32 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 36,355.10 | 27,266.32 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 36,355.10 | 27,266.32 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 36,355.11 | 27,266.33 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 17,833.79 | 13,375.34 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 17,833.79 | 13,375.34 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | | 17,833.79 | 13,375.34 |
| 6/1/2022 | Incubator Ref Touchscreen 33CF 115/60 | SLP / 7 | | 21,716.37 | 16,287.27 |
| 7/1/2022 | PHCbi Laboratory Refrigerator 48.2 cu.ft. | SLP / 7 | | 8,363.42 | 6,372.14 |
| 7/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | | 5,998.78 | 4,570.51 |
| 7/1/2022 | Panasonic 24.4 C Ft. Manual Defrost -30C Upright Freezer | SLP / 7 | | 6,892.88 | 5,251.71 |
| 8/1/2022 | Eppendorf™ Model 5430R Microcentrifuges | SLP / 7 | | 7,926.40 | 6,133.53 |
| 8/1/2022 | 1300 Series Class II Type A2 Biological Safety Cabinet | SLP / 7 | | 9,271.00 | 7,173.98 |
| 8/1/2022 | Toshiba E3015AC Color MFP Printer | SLP / 5 | | 6,702.03 | 4,579.72 |
| 8/1/2022 | IRTD 400 Standard (M2801) System | SLP / 7 | | 5,554.50 | 4,364.24 |
| 9/1/2022 | Chart MVE 819P-190F-GB | SLP / 7 | | 19,731.56 | 15,503.37 |
| 9/1/2022 | Chart MVE 1536P-190AF-GB High Efficiency/Vapor Series | SLP / 7 | | 25,925.75 | 20,370.23 |
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | | 5,901.53 | 4,636.90 |
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | | 5,901.53 | 4,636.90 |
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | | 5,901.53 | 4,636.90 |

| Date | Description | Code | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | 5,901.53 | 4,636.90 |
| 9/1/2022 | VIP Eco Upright Ultra Low Temperature Freezer w Natural Re | SLP / 7 | 17,158.83 | 13,481.94 |
| 9/1/2022 | Panasonic MCO-801CL-PA CytoGrow | SLP / 7 | 16,398.64 | 12,884.65 |
| 9/1/2022 | Panasonic MCO-801CL-PA CytoGrow | SLP / 7 | 16,398.63 | 12,884.64 |
| 9/1/2022 | 6 Fix96wfast Instlplp 1 System | SLP / 7 | 36,067.01 | 28,338.36 |
| 9/1/2022 | TSCD II Sterile Tube Welder | SLP / 7 | 23,304.58 | 18,310.73 |
| 9/1/2022 | Instrument Infinite 200 Pro Option M Plex | SLP / 7 | 25,139.52 | 19,752.48 |
| 10/1/2022 | Kaye Temperature Sensor | SLP / 7 | 83,803.00 | 66,842.86 |
| 10/1/2022 | Geldoc Go Imaging System | SLP / 7 | 12,024.34 | 9,590.84 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | ClinMACS Plus Instrument | SLP / 7 | 104,890.00 | 83,662.26 |
| 11/1/2022 | CO2 Inc IR GelJacket 10CF 115V 60HZ | SLP / 7 | 12,623.90 | 10,219.36 |
| 11/1/2022 | CO2 Inc IR GelJacket 10CF 115V 60HZ | SLP / 7 | 12,623.90 | 10,219.36 |
| 11/1/2022 | CO2 Inc IR GelJacket 10CF 115V 60HZ | SLP / 7 | 12,623.90 | 10,219.36 |
| 12/1/2022 | Freezer - Panasonic 24.4 CF Manual Defrost -30C Upright 11 | SLP / 7 | 6,992.68 | 5,743.98 |
| 12/1/2022 | Freezer - CryoMed w OPC UA General Purpose w Printer 1.7 | SLP / 7 | 24,745.32 | 20,326.50 |
| 9/1/2023 | LN2 Freezer - S-1500AB LN2 Storage System | SLP / 7 | 15,101.07 | 14,022.41 |
| 11/1/2023 | PTS Nexgen Instrument Kit | SLP / 7 | 69,265.10 | 65,966.77 |
| 1/1/2024 | PTS Nexgen Instrument Kit | SLP / 7 | 9,760.00 | 9,527.62 |
| **Asset A/C# totals: 15024 - Laboratory Equipment - R&D ( 142 assets )** | | | **3,135,990.08** | **1,948,786.48** |

**Asset A/C#: 15036 - Office Fur, Fix & Equipment - G&A**

| Date | Description | Code | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 1/1/2018 | Website upgrade | SLP / 5 | 10,110.00 | 0.00 |
| 7/1/2019 | Dell Precision 7920 Tower | SLP / 5 | 6,492.45 | 432.83 |
| 2/1/2022 | Fire Alarm System | SLP / 5 | 8,114.04 | 4,733.20 |
| 2/1/2022 | Offsite Network System | SLP / 5 | 64,575.90 | 37,669.27 |
| 2/1/2022 | Onsite Network System | SLP / 5 | 20,225.87 | 11,798.42 |
| 5/1/2022 | 1U Supermicro SuperServer | SLP / 5 | 13,880.00 | 8,790.67 |
| 5/1/2022 | 1U Supermicro SuperServer | SLP / 5 | 13,880.00 | 8,790.67 |
| **Asset A/C# totals: 15036 - Office Fur, Fix & Equipment - G&A ( 7 assets )** | | | **137,278.26** | **72,215.06** |

**Asset A/C#: 15044 - Software - R&D**

| Date | Description | Amount 1 | Amount 2 |
|---|---|---|---|
| 10/1/2018 | KAI Software | 121,505.45 | 0.00 |
| 2/1/2019 | Cancer Specific AII Splicing Software | 20,000.00 | 0.00 |

| Date | Description | | Amount | Amount |
|---|---|---|---|---|
| 8/1/2020 | Cancer Specific Alt Splicing Software | SLP / 3 | 10,250.00 | 0.00 |
| 8/1/2021 | Incucyte Cell-by-Cell Software | SLP / 3 | 20,423.53 | 2,836.61 |
| 8/1/2021 | Bioinformatics Protein Research Software | SLP / 3 | 39,335.00 | 5,463.19 |
| **Asset A/C# totals: 15044 - Software - R&D ( 5 assets )** | | | **211,513.98** | **8,299.80** |
| **Asset A/C#: 15046 - Software - G&A** | | | | |
| 7/1/2021 | P2P software | SLP / 3 | 105,800.00 | 11,755.55 |
| 9/1/2021 | P2P software enhancement | SLP / 2.833 | 14,400.00 | 1,694.12 |
| 10/1/2021 | P2P software enhancement | SLP / 2.583 | 14,400.00 | 929.03 |
| 11/1/2021 | P2P software enhancement | SLP / 2.667 | 13,400.00 | 1,675.00 |
| **Asset A/C# totals:  15046 - Software - G&A  ( 4 assets )** | | | **148,000.00** | **16,053.70** |
| **Grand Totals: ( 189 assets )** | | | **11,004,965.41** | **5,712,192.81** |

TRADEMARK DISCLOSURE REPORT

| MARK / TITLE | COUNTRY | STATUS | APPLICATION NUMBER | DATE FILED | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|---|---|---|---|
| ALEXIS-ISO-1 | United States of America | Abandoned | 97/126,855 | Nov 16, 2021 | | |
| ALEXIS-PRO-1 | United States of America | Abandoned | 97/120,489 | Nov 11, 2021 | | |
| BLADE-SMART | United States of America | Abandoned | 87191715 | Oct 3, 2016 | | |
| BRIGHTSPRING | United States of America | Abandoned | 88727418 | Dec 14, 2019 | | |
| CHPD1-GDT | United States of America | Abandoned | 97/127,015 | Nov 16, 2021 | | |
| DELTACEL | United States of America | Allowed | 97/444,141 | Jun 6, 2022 | | |
| DIAMOND AI | United States of America | Registered | 90265700 | Oct 20, 2020 | 6410921 | Jul 6, 2021 |
| DIAMOND AI ARTIFICIAL INTELLIGENCE NEURAL NETWORK & DESIGN | United States of America | Abandoned | 97/145,994 | Nov 29, 2021 | | |
| DIAMOND ARTIFICIAL INTELLIGENCE (DAI) | United States of America | Abandoned | 88336671 | Mar 12, 2019 | | |
| EPITCR | United States of America | Abandoned | 87770341 | Jan 25, 2018 | | |
| EPITOPTCR | United States of America | Abandoned | 87770254 | Jan 25, 2018 | | |
| GAMMACEL | United States of America | Abandoned | 97/194,538 | Dec 29, 2021 | | |

0000001

| Mark | Country | Status | Serial No. | Filing Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|
| GREENPLANET PHARMA. | United States of America | Abandoned | 88156752 | Oct 16, 2018 | | |
| ICAR-ISO-GDT | United States of America | Abandoned | 97/129,232 | Nov 17, 2021 | | |
| ISOCEL | United States of America | Abandoned | 97/145,914 | Nov 29, 2021 | | |
| ISOCEL | United States of America | Abandoned | 97/484,087 | Jun 30, 2022 | | |
| KEY TO CANCER'S CURE | United States of America | Lapsed | 86033393 | Aug 9, 2013 | 5073577 | Nov 1, 2016 |
| KIROMIC | United States of America | Abandoned | 97/484,071 | Jun 30, 2022 | | |
| KIROMIC | United States of America | Lapsed | 86033737 | Aug 9, 2013 | 5073579 | Nov 1, 2016 |
| KIROMIC | United States of America | Registered | 90264426 | Oct 19, 2020 | 6410841 | Jul 6, 2021 |
| KIROMIC & Sun Design | United States of America | Allowed | 97/484,081 | Jun 30, 2022 | | |
| KIROMIC & Sun Design | United States of America | Registered | 90264447 | Oct 19, 2020 | 6410847 | Jul 6, 2021 |
| KIROTOPES | United States of America | Abandoned | 87769734 | Jan 25, 2018 | | |
| MAKING CANCER EXIT | United States of America | Abandoned | 98/325,991 | Dec 21, 2023 | | |
| MISCELLANEOUS DESIGN | United States of America | Abandoned | 97/110,809 | Nov 5, 2021 | | |
| NEOMUTAEPITOPES | United States of America | Abandoned | 87769923 | Jan 25, 2018 | | |
| PROCEL | United States of America | Abandoned | 97/141,500 | Nov 24, 2021 | | |
| PROCEL | United States of America | Abandoned | 97/484,095 | Jun 30, 2022 | | |

| SOOTHING SPRING | United States of America | Abandoned | 88727158 | Dec 13, 2019 | | |
| TESLA CAR-T | United States of America | Abandoned | 97/110,989 | Nov 5, 2021 | | |
| THE TESLA OF CAR-T | United States of America | Abandoned | 97/110,937 | Nov 5, 2021 | | |
| THE TESLA OF IMMUNOTHERAPY | United States of America | Abandoned | 97/106,801 | Nov 3, 2021 | | |
| WHERE AI & DATA MINING MEETS CANCER IMMUNOTHERAPY | United States of America | Abandoned | 97/106,294 | Nov 3, 2021 | | |

0000003

0000001

## OWNED PATENT DISCLOSURE REPORT

| APPLICATION NUMBER | DATE FILED | COUNTRY | STATUS | PUBLICATION NUMBER | PUBLICATION DATE | PATENT NUMBER | GRANT DATE | |
|---|---|---|---|---|---|---|---|---|
| PCT/US2020/035183 | May 29, 2020 | PCT | Expired | WO/2020/243469 | Dec 3, 2020 | | | Methods for identifying and using disease-associate... — https://patentimages.storage.googleapis.com/cc/d3/86c57b603b8aff0cb/WO2020243469A1.pdf |
| 20760613.8 | May 29, 2020 | European Patent Office | Published | 3977460 | Apr 6, 2022 | | | Methods for identifying and using disease-associate... — https://worldwide.espacenet.com/patent/search?q=pn%3DEP3977460A1 |
| 17/613,191 | May 29, 2020 | United States of America | Published | 2022-0310200 | Sep 29, 2022 | | | Methods for identifying and using disease-associate... — https://worldwide.espacenet.com/patent/search?q=pn%3DUS20220310200A1 |
| 62/921,127 | May 31, 2019 | United States of America | Expired | | | | | Methods for identifying and using disease-associated antigens MESOTHELIN ISOFORM — https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2021027935?requestToken=eyJzdWIiOiJhYWQ1MTcoOSjrhDQaU1Q2YtEtYmU5MyjMrMNrnEtYmE6N593MmESN2l0G2mM3MzELLCJIeHAiOj89 |
| PCT/US2021/040348 | Jul 2, 2021 | PCT | Expired | WO 2022/010798 | Jan 13, 2022 | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE — https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2021027935?requestToken=eyJzdWIiOiJhYWQ1MTcoOSjrhDQaU1Q2YtEtYmU5MyjMrMNrnEtYmE6N593MmESN2l0G2mM3MzELLCJIeHAiOj89 |
| 21755850.1 | Jul 2, 2021 | European Patent Office | Published | 4175650 | May 10, 2023 | | | CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES — https://worldwide.espacenet.com/patent/search?q=pn%3DEP4175650A1 |
| 18/004,158 | Jul 2, 2021 | United States of America | Published | 2024-0279353 | Aug 22, 2024 | | | CHIMERIC RECEPTOR MOLECULES, CELLS CONTAINING THE — https://worldwide.espacenet.com/patent/search?q=pn%3DUS20242079353A1 |

0000002

| | | | | | | | Title | Link |
|---|---|---|---|---|---|---|---|---|
| 63/048,488 | Jul 6, 2020 | United States of America | Expired | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/download/basisPdf/2024042795353?requestToken=eyJzdWIiOiJHYWQ1MTcxOD50zM00aU1Q2YrEtYmU5MV1MrMVmEtYmt6MS03MmE5N2IQ0zmM3BN+ELlClJeHAQlB9 |
| 63/115,465 | Nov 18, 2020 | United States of America | Expired | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/download/basisPdf/2024042795353?requestToken=eyJzdWIiOiJHYWQ1MTcxOD50zM00aU1Q2YrEtYmU5MV1MrMVmEtYmt6MS03MmE5N2IQ0zmM3BN+ELlClJeHAQlB9 |
| 63/185,790 | May 7, 2021 | United States of America | Expired | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/download/basisPdf/2024042795353?requestToken=eyJzdWIiOiJHYWQ1MTcxOD50zM00aU1Q2YrEtYmU5MV1MrMVmEtYmt6MS03MmE5N2IQ0zmM3BN+ELlClJeHAQlB9 |
| 63/243,524 | Sep 13, 2021 | United States of America | Expired | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/download/basisPdf/2024042795353?requestToken=eyJzdWIiOiJHYWQ1MTcxOD50zM00aU1Q2YrEtYmU5MV1MrMVmEtYmt6MS03MmE5N2IQ0zmM3BN+ELlClJeHAQlB9 |
| PCT/US2021/040365 | Jul 2, 2021 | PCT | Expired | WO 2022/108627 | May 27, 2022 | | MANUFACTURING PROCESSES AND CHIMERIC PD1 RECEPTOR MOLECULES, GAMMA-DELTA T CELL | https://worldwide.espacenet.com/patent/search?q=pn%3DWO2022108627A1 |
| 3,202,233 | Jul 2, 2021 | Canada | Pending | | | | Gamma-delta t cell manufacturing processes and chimeric pd1 | https://patents.google.com/patent/CA3202233A1/en?oq=3,202,233 |

| PCT/US2021/059652 | Nov 17, 2021 | PCT | Expired | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE... | https://ppubs.uspto.gov/dirsearch-public/print/dow nloadBasicPdf/20240293354?requestToken=eyJzdWIi OiJhYWQ1MTcxOS0zMD0xLTQzYjEtYmU5My1lMzMY ZTY2Yzg0QjciLCJ2ZXIiOiI4ZTk2mtE0MS093MmESN2I0ZmM3MzM2ELlClleHAiOjg9 |
| 21939966.4 | Nov 17, 2021 | European Patent Office | Published | 4333983 | Mar 13, 2024 | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE above | https://worldwide.espacenet.com/patent/search?q= pn%3DEP4333983A1 |
| 6202409632I.0 | Nov 17, 2021 | Hong Kong | Published | 40107531 | Oct 18, 2024 | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE above Could not verify- likely same as row above | |
| 18/558,701 | Nov 17, 2021 | United States of America | Published | 2024-0293544 | Sep 5, 2024 | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE above | https://worldwide.espacenet.com/patent/search?q= pn%3DUS20240293544A1 |
| PCT/US2021/058436 | Nov 8, 2021 | PCT | Expired | | | | DISEASE-ASSOCIA TED ISOFORM IDENTIFIER | https://worldwide.espacenet.com/patent/search?q= pn%3DEP4248368A4 |
| 21895359.4 | Nov 8, 2021 | European Patent Office | Published | 4248368 | Sep 27, 2023 | | DISEASE-ASSOCIA TED ISOFORM IDENTIFIER | https://worldwide.espacenet.com/patent/search?q= pn%3DEP4248368A1 |
| 18/037,756 | Nov 8, 2021 | United States of America | Published | 2023-0420077 | Dec 28, 2023 | | DISEASE-ASSOCIA TED ISOFORM IDENTIFIER | https://worldwide.espacenet.com/patent/search?q= pn%3DUS20230420077A1 |
| 63/115,356 | Nov 18, 2020 | United States of America | Expired | | | | DISEASE-ASSOCIA TED ISOFORM IDENTIFIER | https://ppubs.uspto.gov/dirsearch-public/print/dow nloadBasicPdf/20230420077?requestToken=eyJzdWVI OiJhYWQ1MTcxOS0zMD0xLTQzYjEtYmU5My1lMzMY ZTY2YzgdGciLCJ2ZXIiOiI4ZTk2mtE0MS093MmESN2I0ZmM3MzM2ELlClleHAiOjJ89 |
| PCT/US2021/031387 | May 7, 2021 | PCT | Expired | WO 2021/226520 | Nov 11, 2021 | | PEPTIDE COMPOSITIONS FOR THE TREATMENT OF PATHOGENIC | https://worldwide.espacenet.com/patent/search/fa mily/076250433/publication/WO2021226520A1?q=p n/WO 2021/226520 |

0000004

| Number | Date | Country | Status | Pub. No. | Date | Grant No. | Date | Title | Link |
|---|---|---|---|---|---|---|---|---|---|
| 63/101,640 | May 8, 2020 | United States of America | Expired | | | | | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | Could not verify - not in public database |
| 63/094,528 | Oct 21, 2020 | United States of America | Expired | | | | | | Could not verify - not in public database |
| 21180389.5 | Nov 19, 2015 | European Patent Office | Abandoned | 3903787 | Nov 3, 2021 | | | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3903787A1 |
| 15861304.2 | Nov 19, 2015 | Belgium | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Switzerland | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Germany | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |

0000005

| 15861304.2 | Nov 19, 2015 | Denmark | Abandoned | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
|---|---|---|---|---|---|---|---|---|---|
| 15861304.2 | Nov 19, 2015 | European Patent Office | Issued | 3220913 | Sep 27, 2017 | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | |
| 15861304.2 | Nov 19, 2015 | France | Abandoned | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | United Kingdom | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Ireland | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |

0000006

| Application No. | Filing Date | Country | Status | Publication No. | Pub. Date | Grant No. | Grant Date | Title | Link / Notes |
|---|---|---|---|---|---|---|---|---|---|
| 15861304.2 | Nov 19, 2015 | Italy | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Monaco | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL NOVEL | https://pubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/10717774?requestToken=ead3M9OUnhYWQ1MrEcdO50zMDOuUTO2rtEYmU5MvUMrMvZtkY2YrgdZciLQ2Znl0ut2YmEc2Cl38NJM0Lt1Nmt5YmE0M5Q3MmEsN2l02mMXMrEtLCHeHAOB9 |
| PCT/US2017/022168 | Mar 13, 2017 | PCT | Expired | WO/2017/160/761 | Sep 21, 2017 | | | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DCN1093110738A |
| 2017800176246 | Mar 13, 2017 | China | Abandoned | 109310738 | Feb 5, 2019 | | | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3429613A2 |
| 1776729856 | Mar 13, 2017 | European Patent Office | Abandoned | 3429613 | Jan 23, 2019 | | | Compositions and methods for treating cancers | Could not verify - not in public database |
| MX/a/2018/011046 | Mar 13, 2017 | Mexico | Abandoned | | | | | Compositions and methods for treating cancers | Likely same as above |
| 16/082,363 | Mar 13, 2017 | United States of America | Expired | 2019-0031732 | Jan 31, 2019 | 10,717,774 | Jul 21, 2020 | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DUS2019031732A1 |
| PCT/US2023/068753 | Jun 20, 2023 | PCT | Expired | WO 2023/250336 | Dec 28, 2023 | | | METHODS FOR GENERATING GAMMA DELTA T-CELLS AND RELATED | https://worldwide.espacenet.com/patent/search?q=pn%3DWO2023250336A1 |
| 23827993.9 | Jun 20, 2023 | European Patent Office | Pending | | | | | | Could not verify - not in public database |
| 18/876,630 | Jun 20, 2023 | United States of America | Pending | | | | | | Could not verify - not in public database |

0000007

| | | | | |
|---|---|---|---|---|
| 63/389,308 | Jul 14, 2022 | United States of America | Abandoned | Could not verify - not in public database |
| 63/354,045 | Jun 21, 2022 | United States of America | Expired | Could not verify - not in public database |
| 63/354,027 | Jun 21, 2022 | United States of America | Expired | Could not verify - not in public database |

**ASSIGNED / LICENSED PATENTS**

| APPLICATION NUMBER | NUMBER OF RECORDED DOCUMENTS | REEL/FRAME NUMBER | CONVEYANCE | ASSIGNOR(S) | ASSIGNEE(S) | EXECUTION DATE | DATE RECORDED |
|---|---|---|---|---|---|---|---|
| 18/037,756 | 1 | 050053/0199 | Assignment of Assignors Interest | Leonardo MIRANDOLA; Maurizio CHIRIVA-INTERNATI | KIROMIC BIOPHARMA, INC. | Jun 18, 2020 | Feb 18, 2022 |
| | | 064841/0397 | Change of Name | KIROMIC, INC. | KIROMIC BIOPHARMA, INC. | Dec 16, 2019 | Sep 8, 2023 |
| | | 059191/0275 | Assignment of Assignors Interest | KIROMIC, INC. | KIROMIC BIOPHARMA, INC. | Dec 16, 2019 | Feb 18, 2022 |
| | | 050053/0236 | Assignment of Assignors Interest | Zahra TIMSAH; David SPENCER | KIROMIC, INC. | Mar 24, 2017 | Feb 18, 2022 |
| | | 067410/0603 | Assignment of Assignors Interest | Leonardo MIRANDOLA; Maurizio CHIRIVA-INTERNATI; Lucia PICCOTTI; Michael RYAN | KIROMIC BIOPHARMA, INC. | Nov 9, 2021 | May 14, 2024 |
| | | 064841/0397 | Change of Name | KIROMIC, INC. | KIROMIC BIOPHARMA, INC. | Dec 16, 2019 | Sep 8, 2023 |
| | | 052143/0019 | Assignment of Assignors Interest | Maurizio CHIRIVA-INTERNATI; Leonardo MIRANDOLA | KIROMIC, INC. | May 26, 2017 | Mar 17, 2020 |

0000001

**Fill in this information to identify the case:**

Debtor name __KIROMIC BIOPHARMA, INC.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): __25-10552-MFW__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>JPMorgan Chase Bank, N.A., | Describe debtor's property that is subject to a lien<br>**JPM Bank Account** | $ 252,000.00 | $ 273,070.00 |

Creditor's mailing address

P.O. Box 182108

Internal Mail OHW-1000, Columbus, OH 43

Creditor's email address, if known

Describe the lien
Agreement you made, Chase supplied a $12

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>Shield Capital Funding LLC | Describe debtor's property that is subject to a lien<br>(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing. | $2,000,000.00 | $0.00 |

Creditor's mailing address

6238 Los Altos

El Paso, TX 79912

Creditor's email address, if known

Describe the lien
_____

Date debt was incurred __12/9/24__

Last 4 digits of account number _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 14,491,703.00

| Debtor | KIROMIC BIOPHARMA, INC. | | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
S.hield Cap1tal Funding LLC

**Describe debtor's property that is subject to a lien**

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$2,000,000.00          $0.00

Creditor's mailing address

6233 Los Altos
El Paso, TX 79912

Creditor's email address, if known

_____

Date debt was incurred    5/1/24

**Describe the lien**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
S.hield Cap1tal Funding LLC

**Describe debtor's property that is subject to a lien**

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$2,000,000.00          $0.00

Creditor's mailing address

6234 Los Altos
El Paso, TX 79912

Creditor's email address, if known

_____

Date debt was incurred    7/3/24

**Describe the lien**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|--------|--------------------------|------------------------|--------------|
|        | Name                     |                        |              |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|-------------|---------------------|------|------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

S.hield Cap1tal Funding LLC

**Describe debtor's property that is subject to a lien**

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$1,239,703.00          $0.00

**Creditor's mailing address**

6235 Los Altos
El Paso, TX 79912

**Creditor's email address, if known**

Date debt was incurred    6/21/24

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name

S.hield Cap1tal Funding LLC

**Describe debtor's property that is subject to a lien**

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$2,000,000.00          $0.00

**Creditor's mailing address**

6232 Los Altos
El Paso, TX 79912

**Creditor's email address, if known**

Date debt was incurred    4/2/24

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.7 Creditor's name
S.hield Cap1tal Funding LLC

**Describe debtor's property that is subject to a lien**

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$2,000,000.00          $0.00

**Creditor's mailing address**

6237 Los Altos
El Paso, TX 79912

**Creditor's email address, if known**

_____

**Date debt was incurred**  8/1/2024

**Last 4 digits of account number**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.8 Creditor's name
S.hield Cap1tal Funding LLC

**Describe debtor's property that is subject to a lien**

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$2,000,000.00          $0.00

**Creditor's mailing address**

6236 Los Altos
El Paso, TX 79912

**Creditor's email address, if known**

_____

**Date debt was incurred**  7/3/24

**Last 4 digits of account number**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
S.hield Cap1tal Funding LLC

Creditor's mailing address

6239 Los Altos
El Paso, TX 79912

Creditor's email address, if known

_____

Date debt was incurred   1/28/25
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

(i) all fixtures (as defined in the UCC) and equipment (as defined in the UCC), (ii) all Intellectual Property, and (iii) all proceeds of the foregoing.

$1,000,000.00     $0.00

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.__** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred   _____
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____     $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    KIROMIC BIOPHARMA, INC.
_____    Case number (if known)___25-10552-MFW_____
          Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |