**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | KIROMIC BIOPHARMA, INC. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-10552-MFW |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**
Priority creditor's name and mailing address
ALANIS, ANGEL A
515 W 20TH ST APT 426
HOUSTON, TX 77008

Date or dates debt was incurred
3/21/25

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ _____

**2.2**
Priority creditor's name and mailing address
ALSABBAGH, KINAN
14010 OVERBROOK LN
HOUSTON, TX 77077

Date or dates debt was incurred
3/21/25

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $ _____

**2.3**
Priority creditor's name and mailing address
BALLARD, BRANDON
2503 CRYSTAL SHORE DR
ROSHARON, TX 77583

Date or dates debt was incurred
3/21/25

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $ _____

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* 25-10552-MFW |
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |

**2.4** Priority creditor's name and mailing address
BENSON, MORGAN
4004 PEACH CREEK DR
WHARTON, TX 77488

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
BERSANI, PIETRO
2651 KIPLING ST APT 3012
HOUSTON, TX 77098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
CASTILLO, CHRISTIE
2709 ST EMANUEL ST
HOUSTON, TX 77004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
CELESTINO, AARON
1919 KARSEN DR
HOUSTON, TX 77049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) 25-10552-MFW |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

---

**2. 8   Priority creditor's name and mailing address**

CISNEROS JR, CARLOS
10703 GRAND PINES DR
SUGAR LAND, TX 77498-1777

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2. 9   Priority creditor's name and mailing address**

DAHLBECK, SCOTT
3739 UNIVERSITY BLVD
HOUSTON, TX 77005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2. 10   Priority creditor's name and mailing address**

DIAZ, ANGELICA
10026 BERRYPATCH LN
TOMBALL, TX 77375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2. 11   Priority creditor's name and mailing address**

DOMINGUEZ, ADRIEN A
20723 CHESTNUT HILLS DR
KATY, TX 77450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown          $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor  KIROMIC BIOPHARMA, INC.
_____
Name

Case number *(if known)* 25-10552-MFW
_____

**Part 1.**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address
FAULKNER, PATRICIA MICHELLE
1615 124TH ST
LUBBOCK, TX 79423

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.13** Priority creditor's name and mailing address
FLOREZ, MARIA
13316 COLBY MEADOW DR
HOUSTON, TX 77048

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.14** Priority creditor's name and mailing address
FOALENG, CHRYSTELLE
5215 KIRBSTER LN
MISSOURI CITY, TX 77459

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.15** Priority creditor's name and mailing address
FURTO, TEE-JAY
5821 IMOGENE ST
HOUSTON, TX 77074

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor  KIROMIC BIOPHARMA, INC.
_____
         Name

Case number *(if known)* 25-10552-MFW

---

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.16  Priority creditor's name and mailing address**

GACHOKA, PURITY W
12900 SHADOW CREEK PKWY APT 3208
PEARLAND, TX 77584

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.17  Priority creditor's name and mailing address**

GARCIA, CHRISTOPHER ANTHONY
4332 HEAVENLY WOODS DR
SPRING, TX 77386

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.18  Priority creditor's name and mailing address**

GARCIA, JONATHAN MANUEL
3523 MAYMIST DR
KATY, TX 77449

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.19  Priority creditor's name and mailing address**

GARZA-GONZALEZ, CLAUDIA GUADALUPE
3718 EDISON LN
IOWA COLONY, TX 77583

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim      Priority amount

**2. 20** Priority creditor's name and mailing address

GUERRERO, ALAN
4350 FOSTER GARDENS LN
KATY, TX 77449

Total claim $ Unknown    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2. 21** Priority creditor's name and mailing address

HAM, SEI NA
8446 SIERRA HERMOSA
SAN ANTONIO, TX 78255-3374

Total claim $ Unknown    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2. 22** Priority creditor's name and mailing address

HUNGERFORD, BRIAN
1863 CANDLELIGHT PLACE DR
HOUSTON, TX 77018

Total claim $ Unknown    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2. 23** Priority creditor's name and mailing address

JOSHI, BHAVISHA SURESHCHANDRA
8440 CREEKSIDE GREEN DR APT 6411
SPRING, TX 77389

Total claim $ Unknown    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Salaries, Commissions

Date or dates debt was incurred
3/21/25

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor  KIROMIC BIOPHARMA, INC.
        _____
        Name

Case number (*if known*) 25-10552-MFW
                         _____

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2. 24  Priority creditor's name and mailing address**

KELLNER, JOSHUA
2919 HAVENWOOD CT
RICHMOND, TX 77406

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2. 25  Priority creditor's name and mailing address**

KHALIL, MARIAM
2007 ERIN HILLS CT
SUGAR LAND, TX 77479

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2. 26  Priority creditor's name and mailing address**

MADONNA, SARAH
11206 PALM BAY CT
PEARLAND, TX 77584

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown          $ _____

**Date or dates debt was incurred**
3/21/25

Basis for the claim:

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2. 27  Priority creditor's name and mailing address**

MIRANDOLA, LEONARDO
4314 WIGTON DR
HOUSTON, TX 77096

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown          $ _____

Basis for the claim:

Wages, Salaries, Commissions

**Date or dates debt was incurred**
3/21/25

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.28** Priority creditor's name and mailing address

NOWAK, NICHOLAS JOSEPH
7502 TIMBER RIDGE TRL
SUGAR LAND, TX 77479

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>     $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.29** Priority creditor's name and mailing address

ORTEGA, JULISMA
1 HERMANN PARK CT APT 529
HOUSTON, TX 77021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>     $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.30** Priority creditor's name and mailing address

OWENS, VINCENT ROSS
6506 ASHTON ST
HOUSTON, TX 77091

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>     $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.31** Priority creditor's name and mailing address

PICCOTTI, LUCIA
10606 WILLOWISP DR
HOUSTON, TX 77035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>     $ _____

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   KIROMIC BIOPHARMA, INC. _____   Case number *(if known)* 25-10552-MFW
                Name

---

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.32  Priority creditor's name and mailing address**
PICKERING, JENNIFER
9111 LAKES AT 610 DR APT 1115
HOUSTON, TX 77054

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.33  Priority creditor's name and mailing address**
PRADHAN, RASHIKA
4982 EDGEWOOD DR
FRESNO, TX 77545

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.34  Priority creditor's name and mailing address**
SIMKISS, TIMOTHY
14743 RAVEN HOLLOW LN
HUMBLE, TX 77396-3493

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.35  Priority creditor's name and mailing address**
STEINTHAL, LOIC HERVE
3314 DOBBIN STREAM LN
HOUSTON, TX 77084

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim    Priority amount

**2.36** Priority creditor's name and mailing address
SU, EMMANUEL LUCENTE
903 LAUREL GREEN RD
MISSOURI CITY, TX 77459-2856

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown        $

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

**2.37** Priority creditor's name and mailing address
TATE, BRITTANY
448 W 19TH ST
HOUSTON, TX 77008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown        $

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

**2.38** Priority creditor's name and mailing address
TEEHAN, LAUREN ELIZABETH
3915 WINDY WHISPER DR
BROOKSHIRE, TX 77423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown        $

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

**2.39** Priority creditor's name and mailing address
WAGENER, MATTHEW
283 VISTA DEL LAGO DR
HUFFMAN, TX 77336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown        $

Date or dates debt was incurred
3/21/25

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* 25-10552-MFW |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

---

**2.⁴⁰ Priority creditor's name and mailing address**
WALLACE-SHANNON, ALLISON M
14 W STONY BRIDGE CT
THE WOODLANDS, TX 77381

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.⁴¹ Priority creditor's name and mailing address**
WILLIAMS, AMBER
339 COMANCHE PLAINS RD
LA MARQUE, TX 77568

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.⁴² Priority creditor's name and mailing address**
YADAV, RAJ K
7900 CAMBRIDGE ST APT 25-2A
HOUSTON, TX 77054

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/21/25

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2. Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  KIROMIC BIOPHARMA, INC.
Name

Case number (if known) 25-10552-MFW

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Advarra, Inc
6100 Merriweather Drive
Suite 600
Columbia, MD 21044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trial compliance vendor

$ 1,580.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
AFCO Credit Corporation
150 N Field Dr
Suite 190
Lake Forest, IL 60045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Premium Finance

$ 86,891.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Aixial US Inc
7830 Thorndike Road
Greensboro, NC 27409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Research Chemicals

$ 81,943.97

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
AllCells LLC
1301 Harbor Bay Parkway
STE 200
Alameda, CA 94502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cell Vendor

$ 7,636.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Alliance Advisors, LLC
200 Broadacres DriveSuite 3
Bloomfield, NJ 7003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shareholder Services

$ 85,625.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Automated Building Solutions, Inc.
2950 Unity Dr.
PO Box 37267
Houston, TX 77237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Digitial Control

$ 1,599.94

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3. 7** Nonpriority creditor's name and mailing address

Beverly Hills Oncology Medical Group, Inc.
P.O. Box 515593
Los Angeles, CA 90051-4544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Testing Site

$ 626,038.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8** Nonpriority creditor's name and mailing address

BioLegend
8999 BioLegend Way
San Diego, CA 92121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Antibody/Reagent Mrf

$ 1,257.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 9** Nonpriority creditor's name and mailing address

BioLife Solutions, Inc.
3303 Monte Villa PkwySuite 310
Bothell, WA 98021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Bioproduction Workflows

$ 10,455.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 10** Nonpriority creditor's name and mailing address

BioReliance Corporation
14920 Broschart Road
Rockville, MD 20850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Testing Services

$ 20,888.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 11** Nonpriority creditor's name and mailing address

Brightly Software, Inc.
11000 Regency ParkwaySuite 400
Cary, NC 27518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

$ 6,349.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  KIROMIC BIOPHARMA, INC.
        _____
        Name

Case number (if known)  25-10552-MFW

---

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.**⎯⎯⎯**12**  Nonpriority creditor's name and mailing address

Broadridge ICS
PO Box 416423
Boston, MA 2241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder Services

$ 321.89

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**⎯⎯⎯**13**  Nonpriority creditor's name and mailing address

Business Wire, Inc
101 California Street20th Fl
San Francisco, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shareholder Services

$ 10,087.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**⎯⎯⎯**14**  Nonpriority creditor's name and mailing address

Cambridge Properties
7505 Fannin St., Suite 304
Cambridge Properties
Houston, TX 77054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landlord

$ 132,770.87

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**⎯⎯⎯**15**  Nonpriority creditor's name and mailing address

Canopy Biosciences LLC
4340 Duncan AveSuite 220
Canopy Biosciences LLC
St Louis, MO 63100

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Technology Vendor

$ 4,272.42

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**⎯⎯⎯**16**  Nonpriority creditor's name and mailing address

Capital City Technical Consulting, Inc.
501 NE 26th Drive
Wilton Manors, FL 33334

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Technology Vendor

$ 4,375.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | | Amount of claim |
|---|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

CenterPoint Energy (auto debit)
Attn: Business ProcessPO Box 2883
CenterPoint Energy (auto debit)
Houston, TX 77252-2883

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Power Services

$ 35.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

Centigrade Service
8560 Freeland St
Houston, TX 77075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refrigeration

$ 1,608.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

CFGI Holdings, LLC
1 Lincoln Street
Suite 1301
Boston, MA 2111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financial Advisory

$ 15,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

Charles River Laboratories, Inc.
251 Ballardvale St
Charles River Laboratories, Inc.
Wilmington, MA 1887

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lab Services

$ 1,833.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

Clarivate Analytics (US) LLC
789 E. Eisenhower Parkway
Ann Arbor, MI 48108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Data & Analytics

$ 7,625.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    KIROMIC BIOPHARMA, INC.
_____
          Name

Case number *(if known)* __25-10552-MFW__

---

**Part 2:    Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | Amount of claim |
|---|---|

**3.** 22  **Nonpriority creditor's name and mailing address**

Clinical Research Advisors LLC
8900 Wilshire Boulevard
Suite 200
Beverly Hills, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,357.00

**Basis for the claim:** Workflow Solutions

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,554.25

**Basis for the claim:** Internet Service Provider

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24  **Nonpriority creditor's name and mailing address**

Cogent Communications, Inc. (02)
P O Box 791087
Baltimore, MD 21279-1087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,523.73

**Basis for the claim:** Internet Service Provider

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25  **Nonpriority creditor's name and mailing address**

Commercial Film Specialists, LLC
126 West Gray
Houston, TX 77019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,100.00

**Basis for the claim:** Window Tinting

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26  **Nonpriority creditor's name and mailing address**

CPA Global Limited
"2318 Mill Road2318 Mill Road 12th Floor
Alexandria, VA 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,053.21

**Basis for the claim:** Software Vendor

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  KIROMIC BIOPHARMA, INC.
        _____    Case number (if known) 25-10552-MFW
        Name

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 25,754.15 |

Cryogene, Inc
9300 Kirby DriveSuite 200
Houston, TX 77054-2517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refrigeration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 32,287.18 |

Cryoport Systems, Inc
17305 Dailmer Street
Irvine, CA 92614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refrigeration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 40,000.00 |

CT Corporation(Wolters Kluwer)
1209 Orange Street
Wilmington, DE 19801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 9,389.99 |

Daniels Health
PO Box 735290
Dallas, TX 75373-5290

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medical Waste

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 55,622.50 |

Dark Horse Consulting Group, Inc.
1255 Treat BoulevardSuite 230
Walnut Creek, CA 94597

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FDA Consulting

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.**<sup>32</sup> **Nonpriority creditor's name and mailing address**

Donohoe Advisory Associates LLC
9801 Washingtonian Blvd Suite 340
Gaithersburg, MD 20878

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder Services

$ 3,315.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**<sup>33</sup> **Nonpriority creditor's name and mailing address**

Due Diligence Consulting LLC
305 Fifth Avenue South
Suite 205
Naples, FL 34102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder Services

$ 4,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**<sup>34</sup> **Nonpriority creditor's name and mailing address**

Eagles Brothers Constructors, Inc.
7811 N Shepherd Dr
Suite 200
Houston, TX 77088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Construction

$ 3,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**<sup>35</sup> **Nonpriority creditor's name and mailing address**

East Wind Securities, LLC
810 Seventh AvenueSuite 3500
New York, NY 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Financial Advisory

$ 125,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**<sup>36</sup> **Nonpriority creditor's name and mailing address**

Epoch Life Science, Inc.
13310 S. Gessner Road
Missouri City, TX 77489

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Antibody/Reagent Mfr

$ 162.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

Equinix, Inc
One Lagoon Drive
Redwood, CA 94065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Data Center

$ 8,376.30

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Everon, LLC
P.O. Box 872987
Kansas City, MO 64187-2987

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commercial Site Security

$ 2,679.58

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 39  **Nonpriority creditor's name and mailing address**

Excellos, Inc.
1155 Island Ave
San Diego, CA 92102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cell Vendor

$ 6,500.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Fisher Scientific
"Acct #061706-001P.O. Box 3648
Boston, MA 02241-3648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Research Vendor

$ 18,063.28

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 41  **Nonpriority creditor's name and mailing address**

Gerger Hennessy & Martin, LLP
700 Louisiana Street Suite 2300
Houston, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

$ 294.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor  KIROMIC BIOPHARMA, INC.
        Name

Case number (if known) 25-10552-MFW

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.42** Nonpriority creditor's name and mailing address

Gray Reed & McGraw LLP
1300 Post Oak Blvd
Suite 2000
Houston, TX 77056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 350,387.13

---

**3.43** Nonpriority creditor's name and mailing address

Heat Transfer Solutions, Inc
3350 Yale Street
Houston, TX 77018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: HVAC

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,379.00

---

**3.44** Nonpriority creditor's name and mailing address

Histowiz, Inc.
760 Parkside AveRoom 121
Brooklyn, NY 11226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Histology Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 98.00

---

**3.45** Nonpriority creditor's name and mailing address

Intrado Digital Media LLC
11808 Miracle Hills Dr
Omaha, NE 68154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Public Safety Communications

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,850.82

---

**3.46** Nonpriority creditor's name and mailing address

JG BioConsult LLC
7810 GALL BLVD
#175
ZEPHYRHILLS, FL 33541-4302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Regulatory Compliance

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 780.00

---

| Debtor | KIROMIC BIOPHARMA, INC. | | Case number (*if known*) | 25-10552-MFW |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__47__** Nonpriority creditor's name and mailing address

John Hancock
200 Berkeley Street
Boston, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Investment Advisory

$ 12,646.97

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__48__** Nonpriority creditor's name and mailing address

Killum Pest Control, Inc
224 Plantation Drive
Lake Jackson, TX 77566

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pest Control

$ 1,331.40

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__49__** Nonpriority creditor's name and mailing address

KLDiscovery Ontrack LLC
8201 Greensboro DriveSuite 300
McLean, VA 22102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Data Collection

$ 565.74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__50__** Nonpriority creditor's name and mailing address

Komekia Johnson-Young
#N/A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 27.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__51__** Nonpriority creditor's name and mailing address

L.B. Walker & Associates, Inc.
13111 Northwest Freeway
Suite 125
Houston, TX 77040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tax Consulting

$ 1,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number (if known)    25-10552-MFW
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.52  **Nonpriority creditor's name and mailing address**

LabCorp
671 S Meridian Road
Greenfield, IN 46140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,945.38

**Basis for the claim:** Testing Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.53  **Nonpriority creditor's name and mailing address**

Life Technologies Corporation
12088 Collections Center
Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,199.07

**Basis for the claim:** Antibody/Reagent Mrf

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.54  **Nonpriority creditor's name and mailing address**

Longwood University
201 High Street
Attn: Cashiering & Student Accounts
Farmville, VA 23900

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Licenses

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.55  **Nonpriority creditor's name and mailing address**

LPL Holdings, Inc.
4707 Executive Drive
San Diego, CA 92121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,486.13

**Basis for the claim:** Broker Dealers

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.56  **Nonpriority creditor's name and mailing address**

Maxcyte, Inc.
9713 Key West Ave Suite 400
Rockville, MD 20850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,760.24

**Basis for the claim:** Consumables for development

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | KIROMIC BIOPHARMA, INC. | | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.57** Nonpriority creditor's name and mailing address

Mediant Communications Inc.
PO Box 75185
Chicago, IL 60675

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 298.12

---

**3.58** Nonpriority creditor's name and mailing address

Medidata Solutions, Inc.
350 Hudson St
Fl. 9
New York, NY 10014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,760.84

---

**3.59** Nonpriority creditor's name and mailing address

Mettler-Toledo Rainin, LLC
7500 Edgewater Drive
Oakland, CA 94621

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Antibody/Reagent Mrf

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,330.27

---

**3.60** Nonpriority creditor's name and mailing address

Michael Nagel
8707 East Heatherbrae Drive
Scottsdale, AZ 85251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Director Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,125.00

---

**3.61** Nonpriority creditor's name and mailing address

Microbiologics, Inc
200 Cooper Ave N
St. Cloud, MN 56303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Antibody/Reagent Mrf

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,078.35

---

Debtor  KIROMIC BIOPHARMA, INC.
        Name

Case number *(if known)*  25-10552-MFW

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Miltenyi Biotec Inc.
Dept #33955 P.O. Box 39000
San Francisco, CA 94139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Antibody/Reagent Mfr

$ 59,976.46

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,
P.C.
One Financial Center
Boston, MA 2111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

$ 21,050.79

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Mullen Coughlin LLC
426 W. Lancaster Ave.
Devon, PA 19333

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

$ 709.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

New England Biolabs, Inc.
P.O. Box 3933
Boston, MA 02241-3933

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Antibody/Reagent Mfr

$ 397.28

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Oracle NetSuite
2300 Oracle Way
Austin, TX 78741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting

$ 16,232.34

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  KIROMIC BIOPHARMA, INC.
_____
Name

Case number *(if known)*  25-10552-MFW
_____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.67** Nonpriority creditor's name and mailing address

Pacific Stock Transfer Company
6725 Via Austi Parkway
Suite 300
Las Vegas, NV 89119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Services

$ 2,350.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.68** Nonpriority creditor's name and mailing address

Pamela Misajon
1183 Tesoro Pl
Vista, CA 92081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Director Services

$ 12,750.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.69** Nonpriority creditor's name and mailing address

Pharmaron, Inc.
201 East Jefferson Street
Suite 304
Louisville, KY 40202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Life Sciences Services

$ 4,200.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.70** Nonpriority creditor's name and mailing address

Pillsbury Winthrop Shaw Pittman LLP
P O Box 30769
New York, NY 10087-0769

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

$ 11,916.14

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.71** Nonpriority creditor's name and mailing address

Professional Janitorial Services of Houston, Inc
2303 Nance Street
Houston, TX 77020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Office Services

$ 31,384.88

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

| Debtor | KIROMIC BIOPHARMA, INC. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 25-10552-MFW |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** **72** Nonpriority creditor's name and mailing address

RAE Security Southwest, LLC
8844 North Sam Houston Parkway West
Suite 210
Houston, TX 77064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Office Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,307.47

---

**3.** **73** Nonpriority creditor's name and mailing address

Research Data Group, Inc
816 Roanoke Blvd
Salem, VA 24153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,700.00

---

**3.** **74** Nonpriority creditor's name and mailing address

Rights Chain
25 Hill St, c/o BE Advisors UK LTD25 Hill St, c/o
BE Advisors UK LTD
London, IA 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,421.40

---

**3.** **75** Nonpriority creditor's name and mailing address

RSM US LLP
4650 E 53rd Street
Davenport, IA 52807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tax Consulting

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,000.00

---

**3.** **76** Nonpriority creditor's name and mailing address

Safe Harbor Pharmacovigilance LLC
5205 Indigo Moon Way
Raleigh, NC 27613

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Clinical Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,118.17

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|--------|------|------|------|
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.**77** **Nonpriority creditor's name and mailing address**

Saint-Gobain Performance Plastics Corp.
50 W. Watkins Mill Road
Gaithersburg,, MD 20878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Plastics

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,551.53

---

3.**78** **Nonpriority creditor's name and mailing address**

Schlam Stone & Dolan LLP
26 BroadwayFloor 19
New York, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,063.00

---

3.**79** **Nonpriority creditor's name and mailing address**

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street43rd Floor
Los Angeles, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 168,501.61

---

3.**80** **Nonpriority creditor's name and mailing address**

Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 208,692.35

---

3.**81** **Nonpriority creditor's name and mailing address**

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 282,229.96

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 27 of 33

Debtor  KIROMIC BIOPHARMA, INC.
_____   Case number (if known) 25-10552-MFW
Name

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.82** Nonpriority creditor's name and mailing address

Solium Capital LLC (Shareworks)
58 South River Dr
STE 401
Tempe, AZ 85281

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SaaS

$ 150.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Stiris Research USA Inc.
2711 Centerville Road, Suite 300PO Box 497
Wilmington, DE 19808

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SaaS

$ 364,199.55

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Takara Bio USA, Inc.
PO Box 45794US
San Francisco, CA 94145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Antibody/Reagent Mfr

$ 64,363.20

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

TB Robinson Law Group, PLLC
9306 Reston Grove Lane
Houston, TX 77095

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

$ 275.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

The Jackson Laboratory
90260 Collection Center DriveUS
Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lab Services

$ 33,098.10

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | KIROMIC BIOPHARMA, INC. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | 25-10552-MFW |

---

**Part 2:     Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** Nonpriority creditor's name and mailing address

The MW Catlin Family Trust/Tina L
218 Rio Cordillera
Boerne, TX 78006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,250.00

---

**3.88** Nonpriority creditor's name and mailing address

Thermo Fisher Scientific
PO Box 842339
Dallas, TX 75284-2339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Antibody/Reagent Mfr

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 807.59

---

**3.89** Nonpriority creditor's name and mailing address

Thompson Safety LLC
415 Lockhaven Dr
Houston, TX 77073

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Services

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 432.28

---

**3.90** Nonpriority creditor's name and mailing address

Toppan Merrill, LLC
PO Box 74007295
Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Services

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,025.00

---

**3.91** Nonpriority creditor's name and mailing address

Trilink Biotechnologies
10770 Waterridge Cir Suite 200
San Diego, CA 92121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Antibody/Reagent Mfr

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,800.01

---

| | |
|---|---|
| Debtor | KIROMIC BIOPHARMA, INC. |
| | Name |

Case number *(if known)*  25-10552-MFW

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 472.66

Basis for the claim: Packaging

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

University of Arizona
P.O. Box 41867
Tucson, AZ 85717

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,895.00

Basis for the claim: License

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

University of Pittsburgh Cancer Institute Cancer
Services
Clinical Trial Receipts, 3600 Forbes Ave. at
Meyran Ave
Suite 300
Pittsburgh, PA 15213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,249.10

Basis for the claim:  Clinical Trial Site

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

University of Texas-M.D. Anderson
M.D Anderson Cancer CenterP.O. Box 4266
Texas
Houston, TX 77210-4266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,067.83

Basis for the claim:  Clinical Trial Site

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Valogic Holdco LLC
21 Byte Ct
Frederick, MD 21702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,613.32

Basis for the claim:  Advisory Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | KIROMIC BIOPHARMA, INC. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 25-10552-MFW |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.97** Nonpriority creditor's name and mailing address

Versiti Inc
638 N 18th St
Milwaukee, WI 53233-2121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,115.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

VWR International LLC
P.O. Box 640169
Pittsburgh, PA 15264-0169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,589.61

Basis for the claim:  Lab Products

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

WCG Clinical, Inc
212 Carnegie Center
Suite 301
Princeton, NJ 8540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 624.00

Basis for the claim:  Clinical Trial Solutions

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

Whitley Penn LLP
LockboxPO Box 676360
Dallas, TX 75267-6350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 333,610.00

Basis for the claim:  Accounting

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address

Willis Towers Watson Midwest, Inc.
233 S. Wacker Drive
Suite 1800
Chicago, IL 60606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,413.35

Basis for the claim:  Insurance Brokerage

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* 25-10552-MFW |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3. 102   **Nonpriority creditor's name and mailing address**

World Courier Inc
1313 Fourth Ave
New Hyde Park, NY 11040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Courier

$ 19.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

3. 103   **Nonpriority creditor's name and mailing address**

Wuhan Biolab-reagent Biotechnology Co., LTD
2/F, Area C, R&DBuilding, No. 666 Shendunsi
Road, East Lake High-tech Development Zone
Wu Han, Hu Bei, 430206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 944.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

3. ____   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
No
☐ Yes

3. ____   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

3. ____   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
No
☐ Yes

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a.  Total claims from Part 1 | 5a. | $ 0.00 |
| 5b.  Total claims from Part 2 | 5b. **+** | $ 3,857,043.93 |
| 5c.  Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,857,043.93 |

**Fill in this information to identify the case:**

Debtor name _KIROMIC BIOPHARMA, INC._

United States Bankruptcy Court for the: _District of Delaware_

Case number (If known): _25-10552-MFW_          Chapter _7_

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | Mercer University<br>1501 Mercer University Drive<br>Macon, GA, 31201 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Restricted Stock Agreement | Scott Dahlbeck<br>3739 UNIVERSITY BLVD<br>Houston, TX, 77005 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Registered Public Offering Engagement Purchaser | Think Equity<br>17 State Street<br>41st Floor<br>New York, NJ, 10004 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Investment Advising Purchaser | EAST WIND SECURITIES, LLC<br>810 Seventh Avenue<br>35th Floor<br>New York, NY, 10019 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment Contract | Brian Hungerford<br>1863 Candlelight Place Drive<br>Houston, TX, 77018 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   KIROMIC BIOPHARMA, INC.
         _____
         Name

Case number (if known)  25-10552-MFW
                        _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2._6_ | State what the contract or lease is for and the nature of the debtor's interest | Officer Indemnification Agreement | Pietro Bersani |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2._7_ | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment Agreement | Pietro Bersani 2061 Narragansett, Unit 2 Bronx, NY, 10461 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2._8_ | State what the contract or lease is for and the nature of the debtor's interest | Strategic Alliance Agreement | Leon Office Hong Kong Seabright Plaza 12/F Shell Street 9-23 North Point, Hong Kong |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2._9_ | State what the contract or lease is for and the nature of the debtor's interest | Exclusive License Agreement | Longwood University 201 High Street Farmville, VA, 23909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2._10_ | State what the contract or lease is for and the nature of the debtor's interest | Collaboration Agreement | University of Texas MD Anderson Cancer Center 1515 Holcombe Boulevard Houston, TX, 77030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2._11_ | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL INFORMATION, INVENTIONS, NON-SOLICITATION AND NON-COMPETITION AGREEMENT | Pietro Bersani 2651 KIPLING ST APT 3012 Houston, TX, 77098 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2._12_ | State what the contract or lease is for and the nature of the debtor's interest | Clinical Rsch Services | Advarra, Inc 6100 Merriweather Drive Suite 600 Columbia, MD, 21044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number (if known) 25-10552-MFW
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Insurance | AFCO Credit Corporation<br>150 N Field Dr<br>Suite 190<br>Lake Forest, IL, 60045 |
| State the term remaining | | |
| List the contract number o any government contract | | |

**2.14**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Shareholder Services | Business Wire, Inc<br>101 California Street20th Fl<br>San Francisco, CA, 94111 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.15**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Power Services | CenterPoint Energy<br>Attn: Business ProcessPO Box 2883<br>CenterPoint Energy (auto debit)<br>Houston, TX, 77252-2883 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.16**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Software Vendor | CPA Global Limited<br>"2318 Mill Road2318 Mill Road 12th Floor<br>Alexandria, VA, 22314 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.17**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Refrigeration | Cryogene, Inc<br>9300 Kirby DriveSuite 200<br>Houston, TX, 77054-2517 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.18**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Shareholder Services | Donohoe Advisory Associates LLC<br>9801 Washingtonian Blvd Suite 340<br>Gaithersburg, MD, 20878 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.19**

| | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | Financial Advising | East Wind Securities, LLC<br>810 Seventh AvenueSuite 3500<br>New York, NY, 10019 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    page 3 of 12

Debtor   KIROMIC BIOPHARMA, INC.
         _____
         Name

Case number (if known)   25-10552-MFW
         _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Antibody/Reagent Mfr | Epoch Life Science, Inc. 13310 S. Gessner Road Missouri City, TX, 77489 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Site Security | Everon, LLC P.O. Box 872987 Kansas City, MO, 64187-2987 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Public Safety Communications | Intrado Digital Media LLC 11808 Miracle Hills Dr Omaha, NE, 68154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Regulatory Compliance | JG BioConsult LLC 7810 GALL BLVD #175 ZEPHYRHILLS, FL, 33541-4302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Antibody/Reagent Mfr | Miltenyi Biotec Inc. Dept #33955 P.O. Box 39000 San Francisco, CA, 94139 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Lab Services | The Jackson Laboratory 90260 Collection Center DriveUS Chicago, IL, 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Lab Products | VWR International LLC P.O. Box 640169 Pittsburgh, PA, 15264-0169 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.27**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Auditor

Whitley Penn LLP
LockboxPO Box 676360
Dallas, TX, 75267-6350

**2.28**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

License Agreement

CGA 369 INTELLECTUAL HOLDINGS INC
325 Sharon Park Dr.
Menlo Park, CA, 94025

**2.29**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

RSU Agreement

Pietro Bersani

**2.30**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Research

Fisher Scientific
"Acct #061706-001P.O. Box 3648
Boston, MA, 02241-3648

**2.31**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Office Services

RAE Security Southwest, LLC
8844 North Sam Houston Parkway West
Suite 210
Houston, TX, 77064

**2.32**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Shareholder Services

Research Data Group, Inc
816 Roanoke Blvd
Salem, VA, 24153

**2.33**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Restricted Stock Award Agreement

Brian Hungerford

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number (if known)    25-10552-MFW
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Data Hosting | Stiris Research USA Inc. 2711 Centerville Road, Suite 300 PO Box 497 Wilmington, DE, 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Data Hosting | Cryogene, Inc 9300 Kirby Drive Suite 200 Houston, TX, 77054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Lab Services | Charles River Laboratories, Inc. 251 Ballardvale St Charles River Laboratories, Inc. Wilmington, MA, 1887 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Internet Service Provider | Cogent Communications, Inc. P.O. Box 791087 Baltimore, MD, 21279 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Refrigeration | Cryoport Systems, Inc 17305 Dailmer Street Irvine, CA, 92614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Testing Services | LabCorp 671 S Meridian Road Greenfield, IN, 46140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Shareholder Services | Pacific Stock Transfer Company 6725 Via Austi Parkway Suite 300 Las Vegas, NV, 89119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number *(if known)*  25-10552-MFW
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2._41_ | State what the contract or lease is for and the nature of the debtor's interest | Clinical Trial Solutions | WCG Clinical, Inc 212 Carnegie Center Suite 301 Princeton, NJ, 8540 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._42_ | State what the contract or lease is for and the nature of the debtor's interest | Restricted Stock Award Agreement | Leonardo Mirandola 4314 WIGTON DR 77096, TX, 77096 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._43_ | State what the contract or lease is for and the nature of the debtor's interest | Data Hosting | Aixial US Inc 7830 Thorndike Road Greensboro, NC, 27409 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._44_ | State what the contract or lease is for and the nature of the debtor's interest | Digitial Control | Automated Building Solutions, Inc. 2950 Unity Dr. PO Box 37267 Houston, TX, 77237 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._45_ | State what the contract or lease is for and the nature of the debtor's interest | Bioproduction Workflows | BioLife Solutions, Inc. 3303 Monte Villa PkwySuite 310 Bothell, WA, 98021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._46_ | State what the contract or lease is for and the nature of the debtor's interest | Testing Services | BioReliance Corporation 14920 Broschart Road Rockville, MD, 20850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._47_ | State what the contract or lease is for and the nature of the debtor's interest | Technology Vendor | Capital City Technical Consulting, Inc. 501 NE 26th Drive Wilton Manors, FL, 33334 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KIROMIC BIOPHARMA, INC. | | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Employee Services | Thompson Safety LLC<br>415 Lockhaven Dr<br>Houston, TX, 77073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Clinical Research Organization | Aixial US Inc<br>7830 Thorndike Road<br>Greensboro, NC, 27409 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Work Flow | Clinical Research Advisors LLC<br>8900 Wilshire Boulevard<br>Suite 200<br>Beverly Hills, CA, 90211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Medical Waste | Daniels Health<br>PO Box 735290<br>Dallas, TX, 75373-5290 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | FDA Consulting | Dark Horse Consulting Group, Inc.<br>1255 Treat BoulevardSuite 230<br>Walnut Creek, CA, 94597 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Clinical Services | Safe Harbor Pharmacovigilance LLC<br>5205 Indigo Moon Way<br>Raleigh, NC, 27613 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Data Hosting | Medidata Solutions, Inc.<br>350 Hudson St Fl. 9<br>New York, NY, 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  KIROMIC BIOPHARMA, INC.
        _____
        Name

Case number (if known) 25-10552-MFW
                        _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Data Management | Rights Chain 25 Hill St, c/o BE Advisors UK LTD 25 Hill St c/o BE Advisors UK LTD London, IA 1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Coporate office and manufacturing facility - 7707 Fannin Houston Lessee | Cambridge International, LLC 7505 Fannin Suite 304 Houston, TX, 77054 |
| | State the term remaining | 13 mos | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Shareholder Services | Alliance Advisors, LLC 200 Broadacres DriveSuite 3 Bloomfield, NJ, 7003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Software | Brightly Software, Inc. 11000 Regency ParkwaySuite 400 Cary, NC, 27518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | HVAC | Heat Transfer Solutions, Inc 3350 Yale Street Houston, TX, 77018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | License | University of Arizona P.O. Box 41867 Tucson, AZ, 85717 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Research | Versiti Inc 638 N 18th St Milwaukee, WI, 53233-2121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    KIROMIC BIOPHARMA, INC.
          Name                                                          Case number (if known)    25-10552-MFW

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | Cell Services | AllCells LLC<br>1301 Harbor Bay Parkway<br>STE 200<br>Alameda, CA, 94502 |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Shareholder Services | Broadridge ICS<br>PO Box 416423<br>Boston, MA, 2241 |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Plastics | Saint-Gobain Performance Plastics Corp.<br>50 W. Watkins Mill Road<br>Gaithersburg,, MD, 20878 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Brokerage | Willis Towers Watson Midwest, Inc.<br>233 S. Wacker Drive<br>Suite 1800<br>Chicago, IL, 60606 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Testing Site | Beverly Hills Oncology Medical Group, Inc.<br>P.O. Box 515593<br>Los Angeles, CA, 90051-4544 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Data Center | Equinix, Inc<br>One Lagoon Drive<br>Redwood, CA, 94065 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Pest Control | Killum Pest Control, Inc<br>224 Plantation Drive<br>Lake Jackson, TX, 77566 |

Debtor  KIROMIC BIOPHARMA, INC.
        _____        Case number (if known) 25-10552-MFW
        Name                                                                       _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Data Collection | KLDiscovery Ontrack LLC<br>8201 Greensboro DriveSuite 300<br>McLean, VA, 22102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Shareholder Services | Mediant Communications Inc.<br>PO Box 75185<br>Chicago, IL, 60675 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Software Services | Medidata Solutions, Inc.<br>350 Hudson St<br>Fl. 9<br>New York, NY, 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Antibody/Reagent Mrf | Microbiologics, Inc<br>200 Cooper Ave N<br>St. Cloud, MN, 56303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Accounting | Oracle NetSuite<br>2300 Oracle Way<br>Austin, TX, 78741 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Life Sciences Services | Pharmaron, Inc.<br>201 East Jefferson Street<br>Suite 304<br>Louisville, KY, 40202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Office Services | Professional Janitorial Services of Houston, Inc<br>2303 Nance Street<br>Houston, TX, 77020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Antibody/Reagent Mfr | Thermo Fisher Scientific PO Box 842339 Dallas, TX, 75284-2339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Packaging | Uline 12575 Uline Drive Pleasant Prairie, WI, 53158 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  KIROMIC BIOPHARMA, INC.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known):  25-10552-MFW

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |