Docusign Envelope ID: BC6FB455-92B0-4D97-A4BB-8FCC0EAA2473

**Fill in this information to identify the case and this filing:**

Debtor Name **Kiromic Biopharma, Inc.**

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (*If known*):  **25-10552-MFW**

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/2/2025          ✗ *Pietro Bersani*
　　　　　　MM / DD / YYYY　　　　　　└─ 1E937C8B7556479...
　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

**Pietro Bersani**
Printed name

**Authorized Officer**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    KIROMIC BIOPHARMA, INC.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known):    25-10552-MFW

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to   Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor   KIROMIC BIOPHARMA, INC.
_____
         Name

Case number (if known)  25-10552-MFW
_____

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Agilent Technologies, Inc.<br>Creditor's name<br>4187 Collections Center Drive<br>Chicago, IL 60693 | | $ 15,129.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Alliance Advisors, LLC<br>Creditor's name<br>200 Broadacres Drive Suite 3<br>Bloomfield, NJ 07003 | | $ 15,925.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Mike Nagel<br>Insider's name<br><br>Relationship to debtor<br>Director | 04/10/2024 | $ 23,125.00 | Directorship Payment |
| 4.2. | Mike Catlin<br>Insider's name<br><br>Relationship to debtor<br>Director | 04/10/2024 | $ 14,250.00 | Directorship Payment |

Debtor    KIROMIC BIOPHARMA, INC.
          _____
          Name

Case number (if known) 25-10552-MFW
                       _____

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | S.hield Cap1tal Funding LLC v Kiromic BioPharma, Inc.<br><br>**Case number**<br><br>2025-0301-KSJM | Injunctive Relief | Delaware Court of Chancery<br><br>500 N. King Street<br>Wilmington, DE 19801 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | IN RE KIROMIC BIOPHARMA, INC. SECURITIES LITIGATION<br><br>**Case number**<br><br>22-cv-06690-JHR | Securities Litigation | Southern District of NY<br><br>500 Pearl Street<br>New York, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  KIROMIC BIOPHARMA, INC.
_____
Name

Case number (if known) 25-10552-MFW
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| _____ | _____ | |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor    KIROMIC BIOPHARMA, INC.
         Name

Case number *(if known)* 25-10552-MFW

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Billion Law | | 03/20/25 | $ 50,000.00 |
| | **Address** | | | |
| | 20184 Coastal Hwy. Suite 205 Suite 205 Rehoboth Beach, DE 19971 | | | |
| | **Email or website address** billionlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number *(if known)* 25-10552-MFW
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

| Debtor | KIROMIC BIOPHARMA, INC. | Case number *(if known)* 25-10552-MFW |
|---|---|---|
| | Name | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. The Debtor ships to certain facilities that adr<br>_Facility name_ | **Develops experimental medications.** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | **Patient records are maintained by the PIs and the patient's providers.** | *Check all that apply:*<br>☒ Electronically<br>☐ Paper |
| **Facility name and address** | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>_Facility name_ | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Data related to clinical testing. Health information is not linked to any pati

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| KIROMIC RETIREMENT PLAN | EIN: 46-4762913 |

Has the plan been terminated?

☑ No

☐ Yes

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number (if known) 25-10552-MFW
_____

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cryogen<br>Name<br>9300 Kirby Drive, Suite 200<br>Houston, TX 77054<br><br>Address | | Deltacel treatment bags cryo-frozen - ~32 bags | ☐ No<br>☑ Yes |

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) 25-10552-MFW |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 9

Debtor    KIROMIC BIOPHARMA, INC.
_____    Case number (if known) 25-10552-MFW
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Green Planet Pharma, Inc.**<br>_____ Name | **Mouth Wash** | EIN: 83-3624494 _____<br>**Dates business existed**<br>From _____ To 2H 2024 |
| 25.2. | Business name and address<br>_____ Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | Business name and address<br>_____ Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |

---

Debtor    KIROMIC BIOPHARMA, INC.
_____
Name

Case number (if known) 25-10552-MFW
_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Brian Hungerford<br>Name<br>1863 CANDLELIGHT PLACE DR HOUSTON TX 77018 | From _____<br>To _____ |
| 26a.2. | Tim Simkiss<br>Name<br>14743 RAVEN HOLLOW LN HUMBLE TX 77396-3493 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Deloitte & Touche<br>Name<br>111 Bagby St. Suite 4500; Houston, TX 77002 | From 10/01/2020<br>To 06/30/2022 |
| 26b.2. | Whitley Penn<br>Name<br>3737 Buffalo Speedway, Suite 1600, Houston, TX 77098 | From 04/01/2022<br>To 03/21/2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Brian Hungerford**<br>Name | |

---

Debtor    KIROMIC BIOPHARMA, INC.
_____
          Name

Case number *(if known)* 25-10552-MFW
_____

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  S.hield Cap1tal Funding LLC
       _____
       Name
       6232 Los Altos; El Paso, Texas 79912

**Name and address**

26d.2.  _____
       Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.  _____
       Name

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |
| 27.2. _____ | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Nagel | 8707 East Heatherbrae Drive, Scottsdale, AZ 85251 | Director | 1 |
| Mike Catlin | 218 Rio Cordillera, Boerne, TX 78006 | Director | 1 |
| Pamela Misajon | 1183 Tesoro Pl, Vista, CA 92081 | Director | 1 |
| Pietro Bersani | 2061 Narragansett Ave Unit 2, Bronx, NY 10461 | CEO | 1 |
| Brian Hungerford | , | CFO | 1 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Response to SOFA #4 | | | |
| Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Docusign Envelope ID: BC6F6455-92B0-4D97-A4BB-8FCC0EAA2473

| Debtor | KIROMIC BIOPHARMA, INC. | Case number (if known) | 25-10552-MFW |
|---|---|---|---|
| | Name | | |

**Name and address of recipient**

30.2 _____

Name

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**Name of the parent corporation**           **Employer Identification number of the parent corporation**

_____       EIN: _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

**Name of the pension fund**           **Employer Identification number of the pension fund**

_____       EIN: _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>04/02/2025</u>
          MM / DD / YYYY

Signed by:

✗ /s/ *Pietro Bersani*       Printed name   **Pietro Bersani**
    1E937C8B7556479...
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Authorized Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    KIROMIC BIOPHARMA, INC.

Case number (if known)    25-10552-MFW

### Continuation Sheet for Official Form 207

3) Certain payments or transfers to creditors within 90 days before filing this case

Ann Harris Bennett, P.O. Box 4622, Houston, TX 77210-4622    $50,400.07

Beverly Hills Oncology Medical Group, Inc., P.O. Box 515593, Los Angeles, CA 90051-4544    $50,780.00

Cambridge Properties, 7505 Fannin St., Suite 304, Houston, TX 77054    $61,598.32

Capital City Technical Consulting, Inc., 501 NE 26th Drive, Wilton Manors, FL 3334    $8,050.00

Clinical Research Advisors LLC, 8900 Wilshire Boulevard Suite 200, Beverly Hills, CA 90211    $193,963.00

FlowJo, LLC, 385 Williamson Way, Ashland, OR 97520    $8,400.00

Life Technologies Corporation, 12088 Collections Center, Chicago, IL 60693    $10,793.70

Medidata Solutions, Inc., 350 Hudson St FL 9, New York, NY 10014    $56,784.92

Oracle NetSuite (autopay), 2300 Oracle Way, Austin, TX 78741    $13,493.05

Professional Janitorial Services of Houston, Inc, 2303 Nance Street, Houston, TX 77020    $47,377.28

RAE Security Southwest, LLC, 8844 North Sam Houston Parkway West, Houston, TX 77064    $8,049.44

Rights Chain, 25 Hill St, c/o BE Advisors UK LTD25 Hill St, c/o BE Advisors UK LTD, London, W1J5LW    $9,100.00

**Statement of Financial Affairs for Non-Individuals**

Debtor Name    KIROMIC BIOPHARMA, INC.

Case number (if known)    25-10552-MFW

## Continuation Sheet for Official Form 207

| | |
|---|---|
| Robbin Frnka, 4927 Cedar Springs Rd C, Dallas, TX 75235 | $12,712.50 |
| Safe Harbor Pharmacovigilance LLC, 5205 Indigo Moon Way, Raleigh, NC 26713 | $17,007.83 |
| Sidley Austin LLP, One S. Dearborn St., Chicago, IL 60603 | $14,441.29 |
| UHY Advisors Northeast, Inc., `4 Tower Place, Executive Park 7th Fl, Albany, NY 12203 | $12,900.00 |
| VWR International LLC, P. O. Box 640169, Pittsburgh, PA 15264 | $19,366.46 |
| WCG Clinical, Inc, 212 Carnegie Center Suite 301, Princeton, NJ 08540 | $11,625.00 |
| Whitley Penn LLP, LockboxPO Box 676360, Dallas, TX 75267 | $61,370.44 |
| Willis Towers Watson Midwest, Inc., 233 S. Wacker Drive Suite 1800, Chicago, IL 60606 | $141,664.90 |
| John Hancock, 200 Berkeley Street, Boston, MA 02116 | $3,121.11 |

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| Pam Misajon | $12,750.00 | Directorship Payment |
| Brian Hungerford | $400,000.00 | Salary for year prior to filing |
| Leonardo Mirandola | $400,000.00 | Salary for year prior to filing |
| Scott Dahlbeck | $365,000.00 | Salary for year prior to filing |

Debtor Name    KIROMIC BIOPHARMA, INC.

Case number (if known)    25-10552-MFW

## Continuation Sheet for Official Form 207

Pietro Bersani                          $598,000.00          Salary & Housing
                                                             Allowance for Year
                                                             Prior to Filing


7) Legal Actions

Jason Terrell v. Kiromic Biopharma, Inc.

2021-0248-MTZ

Stock Compensation

Delaware Court of Chancery

500 N. King Street, Wilmington, DE 19801

Pending

-------
SEC investigation into Debtor #2024-189 (Concluded). See https://www.sec.gov/newsroom/press-releases/2024-189

17) Pension Contributions

Insperity    401(k) Plan


26a) Bookkeepers

Chrystelle Foaleng     5215 KIRBSTER
                       LN MISSOURI
                       CITY TX 77459

Emmanual Su            903 LAUREL GREEN
                       RD MISSOURI
                       CITY TX 77459-2856

Pietro Bersani         2651 KIPLING ST
                       APT
                       3012 HOUSTON TX
                        77098

Trish Faulkner         1615 124TH
                       ST LUBBO
                       CK TX 79423

Vincent Owens          6506 ASHTON
                       ST HOUS
                       TON TX 77091

Amber Williams         339 COMANCHE
                       PLAINS RD LA
                       MARQUE TX 77568


26b) Auditors

Debtor Name    KIROMIC BIOPHARMA, INC.

Case number (if known)_____ 25-10552-MFW

## Continuation Sheet for Official Form 207

Deloitte & Touche    111 Bagby St.
Suite 4500;
Houston, TX 77002

28) Additional people in control of the debtor at the time of the filing of this case

Leonardo Mirandola    6133 Palomino Dr, Plano,    1
TX 75024

Scott Dahlbeck    49 Vineyard Drive, San    1
Antonio, TX 78257

Docusign Envelope ID: BC6F6455-92B0-4D97-A4BB-8FCC0EAA2473

United States Bankruptcy Court

District of Delaware

In re:  KIROMIC BIOPHARMA, INC.

Case No.  25-10552-MFW

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____04/02/2025_____

Signed by:

/s/  *Pietro Bersani*

Signature of Individual signing on behalf of debtor

AUTHORIZED OFFICER

Position or relationship to debtor

Advarra, Inc
6100 Merriweather Drive
Suite 600
Columbia, MD 21044

AFCO Credit Corporation
150 N Field Dr
Suite 190
Lake Forest, IL 60045

Aixial US Inc
7830 Thorndike Road
Greensboro, NC 27409

ALANIS, ANGEL A
515 W 20TH ST APT 426
HOUSTON, TX 77008

AllCells LLC
1301 Harbor Bay Parkway
STE 200
Alameda, CA 94502

Alliance Advisors, LLC
200 Broadacres DriveSuite 3
Bloomfield, NJ 7003

ALSABBAGH, KINAN
14010 OVERBROOK LN
HOUSTON, TX 77077

Automated Building Solutions, Inc.
2950 Unity Dr.
PO Box 37267
Houston, TX 77237

BALLARD, BRANDON
2503 CRYSTAL SHORE DR
ROSHARON, TX 77583

BENSON, MORGAN
4004 PEACH CREEK DR
WHARTON, TX 77488

BERSANI, PIETRO
2651 KIPLING ST APT 3012
HOUSTON, TX 77098

Beverly Hills Oncology Medical Group, Inc.
P.O. Box 515593
Los Angeles, CA 90051-4544

BioLegend
8999 BioLegend Way
San Diego, CA 92121

BioLife Solutions, Inc.
3303 Monte Villa PkwySuite 310
Bothell, WA 98021

BioReliance Corporation
14920 Broschart Road
Rockville, MD 20850

Brian Hungerford
1863 Candlelight Place Drive
Houston, TX 77018

Brian Hungerford

Brightly Software, Inc.
11000 Regency ParkwaySuite 400
Cary, NC 27518

Broadridge ICS
PO Box 416423
Boston, MA 2241

Business Wire, Inc
101 California Street20th Fl
San Francisco, CA 94111

Cambridge International, LLC
7505 Fannin
Suite 304
Houston, TX 77054

Cambridge Properties
7505 Fannin St., Suite 304
Cambridge Properties
Houston, TX 77054

Canopy Biosciences LLC
4340 Duncan AveSuite 220
Canopy Biosciences LLC
St Louis, MO 63100

Capital City Technical Consulting, Inc.
501 NE 26th Drive
Wilton Manors, FL 33334

CASTILLO, CHRISTIE
2709 ST EMANUEL ST
HOUSTON, TX 77004

CELESTINO, AARON
1919 KARSEN DR
HOUSTON, TX 77049

CenterPoint Energy
Attn: Business ProcessPO Box 2883
CenterPoint Energy (auto debit)
Houston, TX 77252-2883

CenterPoint Energy (auto debit)
Attn: Business ProcessPO Box 2883
CenterPoint Energy (auto debit)
Houston, TX 77252-2883

Centigrade Service
8560 Freeland St
Houston, TX 77075

CFGI Holdings, LLC
1 Lincoln Street
Suite 1301
Boston, MA 2111

CGA 369 INTELLECTUAL HOLDINGS INC
325 Sharon Park Dr.
Menlo Park, CA 94025

Charles River Laboratories, Inc.
251 Ballardvale St
Charles River Laboratories, Inc.
Wilmington, MA 1887

CISNEROS JR, CARLOS
10703 GRAND PINES DR
SUGAR LAND, TX 77498-1777

Clarivate Analytics (US) LLC
789 E. Eisenhower Parkway
Ann Arbor, MI 48108

Clinical Research Advisors LLC
8900 Wilshire Boulevard
Suite 200
Beverly Hills, CA 90211

Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279

Cogent Communications, Inc. (02)
P O Box 791087
Baltimore, MD 21279-1087

Commercial Film Specialists, LLC
126 West Gray
Houston, TX 77019

CPA Global Limited
Alexandria, VA 22314

Cryogene, Inc
9300 Kirby DriveSuite 200
Houston, TX 77054-2517

Cryogene, Inc
9300 Kirby Drive
Suite 200
Houston, TX 77054

Cryoport Systems, Inc
17305 Dailmer Street
Irvine, CA 92614

CT Corporation(Wolters Kluwer)
1209 Orange Street
Wilmington, DE 19801

DAHLBECK, SCOTT
3739 UNIVERSITY BLVD
HOUSTON, TX 77005

Daniels Health
PO Box 735290
Dallas, TX 75373-5290

Dark Horse Consulting Group, Inc.
1255 Treat BoulevardSuite 230
Walnut Creek, CA 94597

DIAZ, ANGELICA
10026 BERRYPATCH LN
TOMBALL, TX 77375

DOMINGUEZ, ADRIEN A
20723 CHESTNUT HILLS DR
KATY, TX 77450

Donohoe Advisory Associates LLC
9801 Washingtonian Blvd Suite 340
Gaithersburg, MD 20878

Due Diligence Consulting LLC
305 Fifth Avenue South
Suite 205
Naples, FL 34102

Eagles Brothers Constructors, Inc.
7811 N Shepherd Dr
Suite 200
Houston, TX 77088

East Wind Securities, LLC
810 Seventh AvenueSuite 3500
New York, NY 10019

EAST WIND SECURITIES, LLC
810 Seventh Avenue
35th Floor
New York, NY 10019

Epoch Life Science, Inc.
13310 S. Gessner Road
Missouri City, TX 77489

Equinix, Inc
One Lagoon Drive
Redwood, CA 94065

Everon, LLC
P.O. Box 872987
Kansas City, MO 64187-2987

Excellos, Inc.
1155 Island Ave
San Diego, CA 92102

FAULKNER, PATRICIA MICHELLE
1615 124TH ST
LUBBOCK, TX 79423

Fisher Scientific
Boston, MA 02241-3648

FLOREZ, MARIA
13316 COLBY MEADOW DR
HOUSTON, TX 77048

FOALENG, CHRYSTELLE
5215 KIRBSTER LN
MISSOURI CITY, TX 77459

FURTO, TEE-JAY
5821 IMOGENE ST
HOUSTON, TX 77074

GACHOKA, PURITY W
12900 SHADOW CREEK PKWY APT 3208
PEARLAND, TX 77584

GARCIA, CHRISTOPHER ANTHONY
4332 HEAVENLY WOODS DR
SPRING, TX 77386

GARCIA, JONATHAN MANUEL
3523 MAYMIST DR
KATY, TX 77449

GARZA-GONZALEZ, CLAUDIA GUADALUPE
3718 EDISON LN
IOWA COLONY, TX 77583

Gerger Hennessy & Martin, LLP
700 Louisiana Street Suite 2300
Houston, TX 77002

Gray Reed & McGraw LLP
1300 Post Oak Blvd
Suite 2000
Houston, TX 77056

GUERRERO, ALAN
4350 FOSTER GARDENS LN
KATY, TX 77449

HAM, SEI NA
8446 SIERRA HERMOSA
SAN ANTONIO, TX 78255-3374

Heat Transfer Solutions, Inc
3350 Yale Street
Houston, TX 77018

Histowiz, Inc.
760 Parkside AveRoom 121
Brooklyn, NY 11226

HUNGERFORD, BRIAN
1863 CANDLELIGHT PLACE DR
HOUSTON, TX 77018

Intrado Digital Media LLC
11808 Miracle Hills Dr
Omaha, NE 68154

JG BioConsult LLC
7810 GALL BLVD
ZEPHYRHILLS, FL 33541-4302

John Hancock
200 Berkeley Street
Boston, MA 02116

JOSHI, BHAVISHA SURESHCHANDRA
8440 CREEKSIDE GREEN DR APT 6411
SPRING, TX 77389

JPMorgan Chase Bank, N.A.,
P.O. Box 182108
Internal Mail OHW-1000
Columbus, OH 43218

KELLNER, JOSHUA
2919 HAVENWOOD CT
RICHMOND, TX 77406

Kelly A Green
1000 N West St #1501
Smith Katzenstein & Jenkins LLP
Wilmington, DE 19801

KHALIL, MARIAM
2007 ERIN HILLS CT
SUGAR LAND, TX 77479

Killum Pest Control, Inc
224 Plantation Drive
Lake Jackson, TX 77566

KLDiscovery Ontrack LLC
8201 Greensboro DriveSuite 300
McLean, VA 22102

Komekia Johnson-Young

L.B. Walker & Associates, Inc.
13111 Northwest Freeway
Suite 125
Houston, TX 77040

LabCorp
671 S Meridian Road
Greenfield, IN 46140

Leon Office Hong Kong
Seabright Plaza 12/F
Shell Street 9-23
North Point, Hong Kong,

Leonardo Mirandola
4314 WIGTON DR
77096, TX 77096

Life Technologies Corporation
12088 Collections Center
Chicago, IL 60693

Longwood University
201 High Street
Attn: Cashiering & Student Accounts
Farmville, VA 23900

Longwood University
201 High Street
Farmville, VA 23909

LPL Holdings, Inc.
4707 Executive Drive
San Diego, CA 92121

MADONNA, SARAH
11206 PALM BAY CT
PEARLAND, TX 77584

Maxcyte, Inc.
9713 Key West Ave Suite 400
Rockville, MD 20850

Mediant Communications Inc.
PO Box 75185
Chicago, IL 60675

Medidata Solutions, Inc.
350 Hudson St
Fl. 9
New York, NY 10014

Medidata Solutions, Inc.
350 Hudson St Fl. 9
New York, NY 10014

Mercer University
1501 Mercer University Drive
Macon, GA 31201

Mettler-Toledo Rainin, LLC
7500 Edgewater Drive
Oakland, CA 94621

Michael Nagel
8707 East Heatherbrae Drive
Scottsdale, AZ 85251

Microbiologics, Inc
200 Cooper Ave N
St. Cloud, MN 56303

Miltenyi Biotec Inc.
Dept #33955 P.O. Box 39000
San Francisco, CA 94139

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
One Financial Center
Boston, MA 2111

MIRANDOLA, LEONARDO
4314 WIGTON DR
HOUSTON, TX 77096

Mullen Coughlin LLC
426 W. Lancaster Ave.
Devon, PA 19333

New England Biolabs, Inc.
P.O. Box 3933
Boston, MA 02241-3933

NOWAK, NICHOLAS JOSEPH
7502 TIMBER RIDGE TRL
SUGAR LAND, TX 77479

Oracle NetSuite
2300 Oracle Way
Austin, TX 78741

ORTEGA, JULISMA
1 HERMANN PARK CT APT 529
HOUSTON, TX 77021

OWENS, VINCENT ROSS
6506 ASHTON ST
HOUSTON, TX 77091

Pacific Stock Transfer Company
6725 Via Austi Parkway
Suite 300
Las Vegas, NV 89119

Pamela Misajon
1183 Tesoro Pl
Vista, CA 92081

Pharmaron, Inc.
201 East Jefferson Street
Suite 304
Louisville, KY 40202

PICCOTTI, LUCIA
10606 WILLOWISP DR
HOUSTON, TX 77035

PICKERING, JENNIFER
9111 LAKES AT 610 DR APT 1115
HOUSTON, TX 77054

Pietro Bersani

Pietro Bersani
2061 Narragansett, Unit 2
Bronx, NY 10461

Pietro Bersani
2651 KIPLING ST APT 3012
Houston, TX 77098

Pillsbury Winthrop Shaw Pittman LLP
P O Box 30769
New York, NY 10087-0769

PRADHAN, RASHIKA
4982 EDGEWOOD DR
FRESNO, TX 77545

Professional Janitorial Services of Houston,
2303 Nance Street
Houston, TX 77020

RAE Security Southwest, LLC
8844 North Sam Houston Parkway West
Suite 210
Houston, TX 77064

Research Data Group, Inc
816 Roanoke Blvd
Salem, VA 24153

Rights Chain
25 Hill St, c/o BE Advisors UK LTD25 Hil
London, IA 1

Rights Chain 25 Hill St, c/o BE Advisors UK L
25 Hill St
c/o BE Advisors UK LTD
London, IA 1,

Ronald H. Karp
c/o Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017

RSM US LLP
4650 E 53rd Street
Davenport, IA 52807

S.hield Cap1tal Funding LLC
824 N Market Street, Suite 805
c/o Thomas J. Francella
Wilmington, DE 19801

S.hield Cap1tal Funding LLC
6238 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6233 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6234 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6235 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6232 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6237 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6236 Los Altos
El Paso, TX 79912

S.hield Cap1tal Funding LLC
6239 Los Altos
El Paso, TX 79912

Safe Harbor Pharmacovigilance LLC
5205 Indigo Moon Way
Raleigh, NC 27613

Saint-Gobain Performance Plastics Corp.
50 W. Watkins Mill Road
Gaithersburg,, MD 20878

Schlam Stone & Dolan LLP
26 BroadwayFloor 19
New York, NY 10004

Scott Dahlbeck
3739 UNIVERSITY BLVD
Houston, TX 77005

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street43rd Floor
Los Angeles, CA 90071

Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603

SIMKISS, TIMOTHY
14743 RAVEN HOLLOW LN
HUMBLE, TX 77396-3493

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Solium Capital LLC (Shareworks)
58 South River Dr
STE 401
Tempe, AZ 85281

STEINTHAL, LOIC HERVE
3314 DOBBIN STREAM LN
HOUSTON, TX 77084

Stiris Research USA Inc.
2711 Centerville Road, Suite 300PO Box 4
Wilmington, DE 19808

Stiris Research USA Inc.
2711 Centerville Road, Suite 300
PO Box 497
Wilmington, DE 19808

SU, EMMANUEL LUCENTE
903 LAUREL GREEN RD
MISSOURI CITY, TX 77459-2856

Takara Bio USA, Inc.
PO Box 45794US
San Francisco, CA 94145

TATE, BRITTANY
448 W 19TH ST
HOUSTON, TX 77008

TB Robinson Law Group, PLLC
9306 Reston Grove Lane
Houston, TX 77095

TEEHAN, LAUREN ELIZABETH
3915 WINDY WHISPER DR
BROOKSHIRE, TX 77423

The Jackson Laboratory
90260 Collection Center DriveUS
Chicago, IL 60693

The MW Catlin Family Trust/Tina L
218 Rio Cordillera
Boerne, TX 78006

Thermo Fisher Scientific
PO Box 842339
Dallas, TX 75284-2339

Think Equity
17 State Street
41st Floor
New York, NJ 10004

Thompson Safety LLC
415 Lockhaven Dr
Houston, TX 77073

Toppan Merrill, LLC
PO Box 74007295
Chicago, IL 60674

Trilink Biotechnologies
10770 Watteridge Cir Suite 200
San Diego, CA 92121

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

University of Arizona
P.O. Box 41867
Tucson, AZ 85717

University of Pittsburgh Cancer Institute Can
Clinical Trial Receipts, 3600 Forbes Ave
Suite 300
Pittsburgh, PA 15213

University of Texas MD Anderson Cancer Center
1515 Holcombe Boulevard
Houston, TX 77030

University of Texas-M.D. Anderson
M.D Anderson Cancer CenterP.O. Box 4266
Houston, TX 77210-4266

Valogic Holdco LLC
21 Byte Ct
Frederick, MD 21702

Versiti Inc
638 N 18th St
Milwaukee, WI 53233-2121

VWR International LLC
P.O. Box 640169
Pittsburgh, PA 15264-0169

WAGENER, MATTHEW
283 VISTA DEL LAGO DR
HUFFMAN, TX 77336

WALLACE-SHANNON, ALLISON M
14 W STONY BRIDGE CT
THE WOODLANDS, TX 77381

WCG Clinical, Inc
212 Carnegie Center
Suite 301
Princeton, NJ 8540

Whitley Penn LLP
LockboxPO Box 676360
Dallas, TX 75267-6350

WILLIAMS, AMBER
339 COMANCHE PLAINS RD
LA MARQUE, TX 77568

Willis Towers Watson Midwest, Inc.
233 S. Wacker Drive
Suite 1800
Chicago, IL 60606

World Courier Inc
1313 Fourth Ave
New Hyde Park, NY 11040

Wuhan Biolab-reagent Biotechnology Co., LTD
2/F, Area C, R&DBuilding, No. 666 Shendu
Wu Han, Hu Bei, 430206,

YADAV, RAJ K
7900 CAMBRIDGE ST APT 25-2A
HOUSTON, TX 77054

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of Delaware

**In re**  KIROMIC BIOPHARMA, INC.

Case No. 25-10552-MFW

**Debtor**

Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 49,662.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ **49,662.00**

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

**Per engagement letter.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Per engagement letter.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/02/2025

*Date*

/s/ Mark Billion, 5263

*Signature of Attorney*

Billion Law

*Name of law firm*
110 Traders Cross
Bluffton, SC 29909