**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| KIROMIC BIOPHARMA, INC., | Case No. 25-10552 (MFW) |
| Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD
AND SCHEDULE AN EXPEDITED HEARING REGARDING THE CHAPTER 7
TRUSTEE'S MOTION FOR ENTRY OF AN ORDER: (A) APPROVING ASSET
PURCHASE AGREEMENT PURSUANT TO 11 U.S.C. § 363(b) AND (f); AND
(B) GRANTING RELATED RELIEF**

Upon consideration of the *Trustee's Motion to Shorten Notice Period and Schedule an Expedited Hearing Regarding the Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363(b) and (f); and (B) Granting Related Relief* (the "Motion for Expedited Hearing")[1] for an order shortening the notice period and scheduling an expedited hearing regarding the Trustee's request for relief under the *Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363(b) and (f); and (B) Granting Related Relief* (the "Sale Motion"); and notice of the Motion for Expedited Hearing having been sufficient under the circumstances; and it appearing that no other or further notice need be provided; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED**:

1.     The Motion for Expedited Hearing is **GRANTED**.

2.     A hearing to consider the Sale Motion and the relief requested therein shall be held

---

[1] Capitalized terms not defined in this Order shall have the meanings provided in the Motion for Expedited Hearing or the Sale Motion, as applicable.

on **April 14, 2025, at 2:00 p.m. (EST)** (the "Sale Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Courtroom No. 4, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801.

3.    Objections, if any, to the Sale Motion must be filed and served on or before the Sale Hearing.

4.    The Trustee shall promptly serve a copy of this Order as well as a copy of the Sale Motion by first class mail upon: (a) the Office of the United States Trustee; (b) counsel for the Debtor; (c) counsel for Buyer; (d) counterparties to the known Assigned Contracts/Assigned Leases; (e) all parties who filed proofs of claims in the Bankruptcy Case; (f) any creditors identified in the Debtor's schedules; (g) all parties known to the Trustee to have expressed any interest in purchasing any assets of the Estate; and (h) all parties in interest who requested notice pursuant to Bankruptcy Rule 2002. Such service shall constitute adequate notice of the date and time for the Sale Hearing and the relief sought in the Sale Motion.

**Dated: April 8th, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**