**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| KIROMIC BIOPHARMA, INC., | Case No. 25-10552 (MFW) |
| Debtor. | Related Doc. Nos. 18, 22 |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER:
(A) APPROVING ASSET PURCHASE AGREEMENT PURSUANT TO
11 U.S.C. § 363(b) AND (f); AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on April 4, 2025, Jeoffrey L. Burtch, the chapter 7 trustee in the above-captioned case (the "Trustee"), filed the Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363(b) and (f); and (B) Granting Related Relief [D.I. 18] (the "Motion"), a copy of which was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that if you wish to object to the Motion or submit a higher offer for the Purchased Assets, you must file your objection or submit your offer on or before **April 14, 2025 at 2:00 p.m. (Eastern Time).** At the same time, you must also serve a copy of your objection or bid upon the Trustee's proposed counsel:

Mark E. Felger, Esq.
Gregory F. Fischer, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone (302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed or a higher offer is submitted in accordance with the procedures set forth in the Motion, then a hearing on the Motion will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Courtroom No. 4, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801 on **April 14, 2025 at 2:00 p.m. (Eastern Time).** Only those objections or higher offers made in writing, timely filed/submitted, and served in accordance with the procedures set forth in the Motion will be considered at and receive notice of such hearing.

IF YOU FAIL TO RESPOND BY THE ABOVE DEADLINE, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: April 8, 2025 | COZEN O'CONNOR |
| | */s/ Gregory F. Fischer* |
| | Mark E. Felger (DE 3919) |
| | Gregory F. Fischer (DE 5269) |
| | 1201 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| | T: (302) 295-2000 |
| | mfelger@cozen.com |
| | gfischer@cozen.com |
| | *Proposed Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee* |