# EXHIBIT A
## Schedules 1-6 to Asset Purchase Agreement

# SCHEDULE 1
## CLINICAL TRIALS AND BUSINESS

Debtor is an allogeneic Gamma Delta T-cell therapy clinical stage company featuring novel, proprietary end-to-end bioinformatic, AI targeting, and manufacturing technologies to address solid tumors. Its end-to-end approach consists of target discovery and validation, product development, and on-site cGMP facilities, which we believe will allow us to leverage a new framework for the next generation of cell therapies.

From a development standpoint, it utilizes innovative non-engineered and engineered GDT technologies and is developing proprietary, virus-free cell engineering methods to develop novel therapies for solid tumors that it believe will be effective and cost-efficient. Deltacel™ (Deltacel) is its first allogeneic, off-the-shelf GDT cell-based product in Phase 1 clinical stage. Its Procel™ ("Procel") and Isocel™ ("Isocel") product candidates consist of allogeneic, engineered, off-the-shelf CAR-GDT cells, and they are currently in the preclinical development stage. Its Procel product candidate consists of engineered GDTs that target PD-L1. Its Isocel product candidate consists of engineered GDTs that target Mesothelin Isoform 2 positive tumors ("Iso-Meso"). Its Deltacel product candidate consists of non-engineered GDTs which it expands, enriches, and activates ex- vivo through a proprietary process, and it is intended to treat solid tumors regardless of the specific tumor antigen expression.

Debtor has a total of five clinical programs to study its key product candidates:

1. Deltacel-01: This phase 1 clinical trial is evaluating Deltacel in combination with low-dose targeted radiation for patients with non-small cell lung cancer (NSCLC).

2. Alexis-ISO-1: This phase 1 clinical trial is expected to evaluate Isocel in patients with Mesothelin Isoform 2 positive solid malignancies.

3. Alexis-PRO-1: This phase 1 clinical trial is expected to evaluate Procel in patients with PD-L1positive solid malignancies.

4. Isocel combination: This phase 1 clinical trial is expected to evaluate Isocel in combination with low-dose radiation for patients with Mesothelin Isoform 2 positive solid malignancies.

5. Procel combination: This phase 1 clinical trial is expected to evaluate Procel in combination with low-dose radiation for patients with PD-L1 positive solid malignancies.

Buyer is purchasing all intellectual property, including but not limited to all patents, copyrights, trademarks and any goodwill in any marks, know how, trade secrets, trademarks, customer lists, product lists, data bases; all clinical data and records; domain names; and records and information related to the foregoing clinical trials or the business of Debtor, whether stored onsite or in another database, including but not limited to the attached.

TRADEMARK DISCLOSURE REPORT

| MARK / TITLE | COUNTRY | STATUS | APPLICATION NUMBER | DATE FILED | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|---|---|---|---|
| ALEXIS-ISO-1 | United States of America | Abandoned | 97/126,855 | Nov 16, 2021 | | |
| ALEXIS-PRO-1 | United States of America | Abandoned | 97/120,489 | Nov 11, 2021 | | |
| BLADE-SMART | United States of America | Abandoned | 87191715 | Oct 3, 2016 | | |
| BRIGHTSPRING | United States of America | Abandoned | 88727418 | Dec 14, 2019 | | |
| CHPD1-GDT | United States of America | Abandoned | 97/127,015 | Nov 16, 2021 | | |
| DELTACEL | United States of America | Allowed | 97/444,141 | Jun 6, 2022 | | |
| DIAMOND AI | United States of America | Registered | 90265700 | Oct 20, 2020 | 6410921 | Jul 6, 2021 |
| DIAMOND AI ARTIFICIAL INTELLIGENCE NEURAL NETWORK & DESIGN | United States of America | Abandoned | 97/145,994 | Nov 29, 2021 | | |
| DIAMOND ARTIFICIAL INTELLIGENCE (DAI) | United States of America | Abandoned | 88336671 | Mar 12, 2019 | | |
| EPITCR | United States of America | Abandoned | 87770341 | Jan 25, 2018 | | |
| EPITOPTCR | United States of America | Abandoned | 87770254 | Jan 25, 2018 | | |
| GAMMACEL | United States of America | Abandoned | 97/194,538 | Dec 29, 2021 | | |

0000001

| Mark | Country | Status | Serial No. | Filing Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|
| GREENPLANET PHARMA. | United States of America | Abandoned | 88156752 | Oct 16, 2018 | | |
| ICAR-ISO-GDT | United States of America | Abandoned | 97/129,232 | Nov 17, 2021 | | |
| ISOCEL | United States of America | Abandoned | 97/145,914 | Nov 29, 2021 | | |
| ISOCEL | United States of America | Abandoned | 97/484,087 | Jun 30, 2022 | | |
| KEY TO CANCER'S CURE | United States of America | Lapsed | 86033393 | Aug 9, 2013 | 5073577 | Nov 1, 2016 |
| KIROMIC | United States of America | Abandoned | 97/484,071 | Jun 30, 2022 | | |
| KIROMIC | United States of America | Lapsed | 86033737 | Aug 9, 2013 | 5073579 | Nov 1, 2016 |
| KIROMIC | United States of America | Registered | 90264426 | Oct 19, 2020 | 6410841 | Jul 6, 2021 |
| KIROMIC & Sun Design | United States of America | Allowed | 97/484,081 | Jun 30, 2022 | | |
| KIROMIC & Sun Design | United States of America | Registered | 90264447 | Oct 19, 2020 | 6410847 | Jul 6, 2021 |
| KIROTOPES | United States of America | Abandoned | 87769734 | Jan 25, 2018 | | |
| MAKING CANCER EXIT | United States of America | Abandoned | 98/325,991 | Dec 21, 2023 | | |
| MISCELLANEOUS DESIGN | United States of America | Abandoned | 97/110,809 | Nov 5, 2021 | | |
| NEOMUTAEPITOPES | United States of America | Abandoned | 87769923 | Jan 25, 2018 | | |
| PROCEL | United States of America | Abandoned | 97/141,500 | Nov 24, 2021 | | |
| PROCEL | United States of America | Abandoned | 97/484,095 | Jun 30, 2022 | | |

| SOOTHING SPRING | United States of America | Abandoned | 88727158 | Dec 13, 2019 | | |
| TESLA CAR-T | United States of America | Abandoned | 97/110,989 | Nov 5, 2021 | | |
| THE TESLA OF CAR-T | United States of America | Abandoned | 97/110,937 | Nov 5, 2021 | | |
| THE TESLA OF IMMUNOTHERAPY | United States of America | Abandoned | 97/106,801 | Nov 3, 2021 | | |
| WHERE AI & DATA MINING MEETS CANCER IMMUNOTHERAPY | United States of America | Abandoned | 97/106,294 | Nov 3, 2021 | | |

0000003

## OWNED PATENT DISCLOSURE REPORT

| APPLICATION NUMBER | DATE FILED | COUNTRY | STATUS | PUBLICATION NUMBER | PUBLICATION DATE | PATENT NUMBER | GRANT DATE | |
|---|---|---|---|---|---|---|---|---|
| PCT/US2020/035183 | May 29, 2020 | PCT | Expired | WO/2020/243469 | Dec 3, 2020 | | | Methods for identifying and using disease-associate https://patentimages.storage.googleapis.com/cc/d3/8d/57b6031b8aff0cb/WO2020243469A1.pdf |
| 20760613.8 | May 29, 2020 | European Patent Office | Published | 3977460 | Apr 6, 2022 | | | Methods for identifying and using disease-associate https://worldwide.espacenet.com/patent/search?q=pn%3DEP3977460A1 |
| 17/613,191 | May 29, 2020 | United States of America | Published | 2022-0310200 | Sep 29, 2022 | | | Methods for identifying and using disease-associate https://worldwide.espacenet.com/patent/search?q=pn%3DUS2022031020A1 |
| 62/921,127 | May 31, 2019 | United States of America | Expired | | | | | Methods for identifying and using disease-associate d antigens https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2022031020?requestToken=eyJzdWIIQijhYWQ1MTc0OS0zMDQxLTQ2YTctOGZhZC1kNjM0LTQ1NmEYmtESNZ2I02cmM3MzELCJleHAiOjB9 |
| PCT/US2021/040348 | Jul 2, 2021 | PCT | Expired | WO 2022/010798 | Jan 13, 2022 | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2022079353?requestToken=eyJzdWIIQijhYWQ1MTc0OSOzMDQxLTQ2YTctOGZhZC1kNjM0LTQ1NmEYmkESNZ2I02cmM3MzELCJleHAiOjB9 |
| 217558501 | Jul 2, 2021 | European Patent Office | Published | 4175650 | May 10, 2023 | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS https://worldwide.espacenet.com/patent/search?q=pn%3DEP4175650A1 |
| 18/004,158 | Jul 2, 2021 | United States of America | Published | 2024-0279353 | Aug 22, 2024 | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE https://worldwide.espacenet.com/patent/search?q=pn%3DUS2024279353A1 |

| Application No. | Date | Country | Status | Publication No. | Pub. Date | | | Title | Link |
|---|---|---|---|---|---|---|---|---|---|
| 63/048,488 | Jul 6, 2020 | United States of America | Expired | | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2024/027345537request?token=eyJzdWIiOiJhYWQ1MTcxOS0xMDQ1LTQzYtEYmU5MjU1MMzMMv... |
| 63/115,465 | Nov 18, 2020 | United States of America | Expired | | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2024/027345537request?token=eyJzdWIiOiJhYWQ1MTcxOS0xMDQ1LTQzYtEYmU5MjU1MMzMMv... |
| 63/185,790 | May 7, 2021 | United States of America | Expired | | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2024/027345537request?token=eyJzdWIiOiJhYWQ1MTcxOS0xMDQ1LTQzYtEYmU5MjU1MMzMMv... |
| 63/243,524 | Sep 13, 2021 | United States of America | Expired | | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2024/027345537request?token=eyJzdWIiOiJhYWQ1MTcxOS0xMDQ1LTQzYtEYmU5MjU1MMzMMv... |
| PCT/US2021/040365 | Jul 2, 2021 | PCT | Expired | WO 2022/108627 | May 27, 2022 | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE GAMMA-DELTA T CELL MANUFACTURING PROCESSES AND CHIMERIC PD1 RECEPTOR MOLECULES | https://worldwide.espacenet.com/patent/search?q=pn%3DWO2022108627A1 |
| 3,202,233 | Jul 2, 2021 | Canada | Pending | | | | | Gamma-delta t cell manufacturing processes and chimeric pd1 | https://patents.google.com/patent/CA3202233A1/en?oq=3,202,233 |

| Application No. | Date | Country/Office | Status | Publication No. | Date | | Title | URL |
|---|---|---|---|---|---|---|---|---|
| PCT/US2021/059652 | Nov 17, 2021 | PCT | Expired | | | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/2024029335447requestToken=eyJzdWIiOiJdowOiJhWQ1MTcxOD9zMDOxLTQ2YtEYtYmU5MyJ1MxMzMYZTY2Ytg0QzgLC22XIIOiJHZTk2YtkZC1kNjM0TQ1NmEtOClJeHHAIOjB9 |
| 6202409632.10 | Nov 17, 2021 | Hong Kong | Published | 40107531 | Oct 18, 2024 | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE above | https://worldwide.espacenet.com/patent/search?q=pn%3DEP42483B3A41 |
| 21939966.4 | Nov 17, 2021 | European Patent Office | Published | 4333983 | Mar 13, 2024 | | MESOTHELIN ISOFORM BINDING MOLECULES AND CHIMERIC PD1 RECEPTOR MOLECULES, CELLS CONTAINING THE | https://worldwide.espacenet.com/patent/search?q=pn%3DEP4333983A1 |
| 18/558,701 | Nov 17, 2021 | United States of America | Published | 2024-0293544 | Sep 5, 2024 | | Could not verify - likely same as row above | https://worldwide.espacenet.com/patent/search?q=pn%3DUS20242935444A1 |
| PCT/US2021/058436 | Nov 8, 2021 | PCT | Expired | | | | DISEASE-ASSOCIATED ISOFORM IDENTIFIER | https://worldwide.espacenet.com/patent/search?q=pn%3DEP4248368A1 |
| 21895359.4 | Nov 8, 2021 | European Patent Office | Published | 4248368 | Sep 27, 2023 | | DISEASE-ASSOCIATED ISOFORM IDENTIFIER | https://worldwide.espacenet.com/patent/search?q=pn%3DEP4248368A1 |
| 18/037,756 | Nov 8, 2021 | United States of America | Published | 2023-0420077 | Dec 28, 2023 | | DISEASE-ASSOCIATED ISOFORM IDENTIFIER | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/20230420077?requestToken=eyJzdWIiOiJdowOiJhWQ1MTcxOD9zMDOxLTQ2YtEYtYm1EiXZC1KNjM0TA1 |
| 63/115,356 | Nov 18, 2020 | United States of America | Expired | | | | DISEASE-ASSOCIATED ISOFORM IDENTIFIER | https://ppubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/20230420077?requestToken=eyJzdWIiOiJdowOiJhWQ1MTcxOD9zMDOxLTQ2YtTXygdGpLC22XIIOiJHZtk2YtmEfN2l02mM3MzElCIIeHAIOjB9 |
| PCT/US2021/031387 | May 7, 2021 | PCT | Expired | WO 2021/226520 | Nov 11, 2021 | | PEPTIDE COMPOSITIONS FOR THE TREATMENT OF PATHOGENIC | https://worldwide.espacenet.com/publication/WO2021226520A1?q=WO_2021/226520 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 63/101,640 | May 8, 2020 | United States of America | Expired | | | | | Could not verify - not in public database |
| 63/094,528 | Oct 21, 2020 | United States of America | Expired | | | | | Could not verify - not in public database |
| 21180389.5 | Nov 19, 2015 | European Patent Office | Abandoned | 3903787 | Nov 3, 2021 | | | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES https://worldwide.espacenet.com/patent/search?q=pn%3DEP3903787A1 |
| 15861304.2 | Nov 19, 2015 | Belgium | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Switzerland | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Germany | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |

0000004

| 15861304.2 | Nov 19, 2015 | Denmark | Abandoned | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
|---|---|---|---|---|---|---|---|---|---|
| 15861304.2 | Nov 19, 2015 | European Patent Office | Issued | | Sep 27, 2017 | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | France | Abandoned | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | United Kingdom | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q= |
| 15861304.2 | Nov 19, 2015 | Ireland | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-B ASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q= |

| Application No. | Date | Country | Status | Publication No. | Publication Date | Patent No. | Grant Date | Title | Link |
|---|---|---|---|---|---|---|---|---|---|
| 15861304.2 | Nov 19, 2015 | Italy | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 15861304.2 | Nov 19, 2015 | Monaco | Issued | 3220913 | | 3220913 | Sep 8, 2021 | NOVEL NANOPARTICLE-BASED VACCINE TARGETING CANCER/TESTIS ANTIGENS (CTA) AND ITS USE IN SOLID AND HEMATOLOGICAL MALIGNANCIES | https://pubs.uspto.gov/dirsearch-public/print/downloadBasicPdf/10717774?requestToken=eyJ0eXAiOiJKV1Qi...YZYgoDCsLCJZZ6lQi4ZTk2YmtC2CZ11C1k8NM0lCJ11NmftYmt0MS03MntS5N2l02mM3M4ElLClleHA0B9 |
| PCT/US2017/022168 | Mar 13, 2017 | PCT | Expired | WO/2017/160/761 | Sep 21, 2017 | 3220913 | Sep 8, 2021 | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3220913A1 |
| 2017800176246 | Mar 13, 2017 | China | Abandoned | 109310738 | Feb 5, 2019 | | | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DCN109310738A |
| 17767289.6 | Mar 13, 2017 | European Patent Office | Abandoned | 3429613 | Jan 23, 2019 | | | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DEP3429613A2 |
| MX/a/2018/011046 | Mar 13, 2017 | Mexico | Abandoned | | | | | Could not verify - not in public database | Likely same as above |
| 16/082,363 | Mar 13, 2017 | United States of America | Expired | 2019-0031732 | Jan 31, 2019 | 10,717,774 | Jul 21, 2020 | Compositions and methods for treating cancers | https://worldwide.espacenet.com/patent/search?q=pn%3DUS2019031732A1 |
| PCT/US2023/068753 | Jun 20, 2023 | PCT | Expired | WO 2023/250336 | Dec 28, 2023 | | | METHODS FOR GENERATING GAMMA DELTA T-CELLS AND RELATED | https://worldwide.espacenet.com/patent/search?q=pn%3DWO2023250336A1 |
| 23827993.9 | Jun 20, 2023 | European Patent Office | Pending | | | | | Could not verify - not in public database | Could not verify - not in public database |
| 18/876,630 | Jun 20, 2023 | United States of America | Pending | | | | | Could not verify - not in public database | Could not verify - not in public database |

0000007

| | | | | Could not verify - not in public database |
|---|---|---|---|---|
| 63/354,027 | Jun 21, 2022 | United States of America | Expired | Could not verify - not in public database |
| 63/354,045 | Jun 21, 2022 | United States of America | Expired | Could not verify - not in public database |
| 63/389,308 | Jul 14, 2022 | United States of America | Abandoned | Could not verify - not in public database |

# SCHEDULE 2
## PARTIAL LIST OF INVENTORY AND EQUIPMENT

ASSET DISCLOSURE REPORT

| Date Acq | Date Sold | Description | Meth/Life | Cost | Net Book Val |
|---|---|---|---|---|---|
| **Asset A/C#: 15014 - LHI - R&D** | | | | | |
| 12/1/2019 | | Laboratory renovation | SLP / 1.417 | 19,231.67 | 0.00 |
| 9/1/2020 | | Vivarium | SLP / 5.667 | 410,062.05 | 156,788.44 |
| 12/1/2020 | | GMP | SLP / 5.667 | 409,435.67 | 156,548.94 |
| 12/1/2020 | | Stainless Steel Piping | SLP / 5.417 | 52,501.25 | 21,000.50 |
| 1/1/2021 | | GMP Improvements | SLP / 5.333 | 14,610.31 | 5,935.43 |
| 1/1/2021 | | GMP Improvements | SLP / 5.333 | 30,326.00 | 12,319.94 |
| 6/1/2021 | | GMP Improvements | SLP / 5.167 | 10,000.00 | 4,677.42 |
| 8/1/2021 | | GMP air exchanges | SLP / 5 | 56,344.12 | 27,232.99 |
| 9/1/2021 | | ISO 8 Ante Clean Room for GMP CR | SLP / 5 | 44,382.50 | 22,191.25 |
| 2/1/2022 | | GMP Quality Control Lab | SLP / 4.25 | 452,052.00 | 230,457.87 |
| 3/1/2022 | | GMP1/Cold/Ware Finish | SLP / 4.167 | 1,699,830.90 | 883,912.06 |
| 4/1/2022 | | GMP1 | SLP / 4.083 | 533,154.83 | 282,898.48 |
| 4/1/2022 | | Laboratory sink at Suite 140 | SLP / 4.083 | 13,256.30 | 7,033.95 |
| 6/1/2022 | | GMP1.1 | SLP / 3.917 | 1,054,140.25 | 583,141.41 |
| 6/1/2022 | | Cleanroom | SLP / 3.917 | 1,896,890.86 | 1,049,343.88 |
| 6/1/2022 | | Suite 255 | SLP / 3.917 | 72,182.53 | 39,930.76 |
| 9/1/2022 | | R410A 2-Ton RunTru AC | SLP / 3.667 | 7,500.00 | 4,431.83 |
| 8/1/2023 | | Circuit 1 Compressors (2) | SLP / 1.75 | 38,700.81 | 25,800.53 |
| 8/1/2023 | | Emon Meter - Suites 144, 290 & 291 | SLP / 1.75 | 8,298.23 | 5,532.16 |
| 8/1/2023 | | Emon Meter - Suite 200 | SLP / 1.75 | 5,071.30 | 3,380.87 |
| **Asset A/C# totals:  15014 - LHI - R&D  ( 20 assets )** | | | | 6,827,971.58 | 3,522,558.71 |
| **Asset A/C#: 15016 - LHI - G&A** | | | | | |
| 3/1/2016 | | Leasehold improvements | SLP / 7 | 259,703.97 | 0.00 |
| 3/1/2017 | | Generator system | SLP / 2.5 | 22,889.66 | 0.00 |
| 10/1/2019 | | Electrical upgrade | SLP / 1.583 | 5,234.98 | 0.00 |
| 12/1/2020 | | Offices | SLP / 5.417 | 50,594.57 | 20,237.82 |
| 7/1/2021 | | Leasehold improvements | SLP / 5 | 7,536.45 | 3,517.01 |
| 9/1/2021 | | Camera system | SLP / 5 | 10,459.12 | 5,229.66 |
| 12/1/2021 | | Security system 1 | SLP / 4.417 | 22,107.80 | 10,845.33 |
| 12/1/2021 | | Security system 2 | SLP / 4.417 | 19,988.49 | 9,805.67 |
| 12/1/2021 | | Various improvements | SLP / 4.417 | 19,283.66 | 9,459.92 |
| 12/1/2022 | | Access control system | SLP / 3.417 | 104,825.31 | 66,474.58 |
| 11/1/2023 | | Security system | SLP / 2.5 | 21,587.50 | 18,709.17 |
| **Asset A/C# totals:  15016 - LHI - G&A  ( 11 assets )** | | | | 544,211.51 | 144,279.06 |

**Asset A/C#: 15024 - Laboratory Equipment - R&D**

| Date | Description | Class | | Amount | |
|---|---|---|---|---|---|
| 10/31/2013 | Laboratory Equipment | SLP / 3 | | 8,435.70 | 0.00 |
| 12/4/2013 | Laboratory Equipment | SLP / 3 | | 8,750.00 | 0.00 |
| 12/31/2013 | Laboratory Equipment | SLP / 3 | | 5,500.00 | 0.00 |
| 4/30/2014 | Laboratory Equipment | SLP / 3 | | 6,792.48 | 0.00 |
| 6/30/2014 | Laboratory Equipment | SLP / 3 | | 17,911.62 | 0.00 |
| 12/31/2014 | Laboratory Equipment | SLP / 3 | | 10,294.00 | 0.00 |
| 3/31/2015 | Laboratory Equipment | SLP / 3 | | 19,350.00 | 0.00 |
| 9/30/2015 | Laboratory Equipment | SLP / 3 | | 7,530.00 | 0.00 |
| 12/9/2015 | Laboratory Equipment | SLP / 3 | | 12,665.25 | 0.00 |
| 4/1/2016 | Laboratory Equipment | SLP / 3 | | 5,298.84 | 0.00 |
| 4/1/2016 | Laboratory Equipment | SLP / 3 | | 5,298.84 | 0.00 |
| 7/1/2016 | Laboratory Equipment | SLP / 3 | | 36,467.72 | 0.00 |
| 8/1/2016 | Laboratory Equipment | SLP / 3 | | 6,824.85 | 0.00 |
| 11/1/2019 | Freezer TSX ULT 600-box AI-V & sliding drawer | SLP / 7 | | 14,104.77 | 5,373.25 |
| 11/1/2019 | Cellometer K2 SK-150 | SLP / 7 | | 14,180.00 | 5,401.91 |
| 12/1/2019 | Spectrophotometer; Nonodrop One | SLP / 7 | | 7,839.47 | 2,989.46 |
| 12/1/2019 | NovoCyte 3000 and NovoSampler Pro | SLP / 7 | | 100,935.98 | 39,653.41 |
| 12/1/2019 | Option Infinite M Plex | SLP / 7 | | 20,265.14 | 7,961.31 |
| 12/1/2019 | 4D-Nucleofector X Unit FL1 | SLP / 7 | | 7,680.80 | 3,017.45 |
| 12/1/2019 | 4D-Nucleofector Core Unit FL1 | SLP / 7 | | 5,542.40 | 2,177.37 |
| 12/1/2019 | Gbox Demo XX6 Kit 2 | SLP / 7 | | 27,129.00 | 10,657.83 |
| 1/1/2020 | Leica DM IL LED Fluo | SLP / 7 | | 18,507.40 | 7,491.09 |
| 2/1/2020 | IncuCyte S3 System Package | SLP / 7 | | 114,630.23 | 47,762.58 |
| 2/1/2020 | Insert Plate Carrier Smart 2 MBS 96 Spare | SLP / 7 | | 12,355.68 | 5,148.20 |
| 3/1/2020 | Heracell Vios 160i CO2 Incubator | SLP / 7 | | 15,323.56 | 6,567.25 |
| 3/1/2020 | QPCR Instrument Q 2-Channel F/DNA/RNA | SLP / 7 | | 11,786.33 | 5,051.29 |
| 3/1/2020 | Simpliamp Thermal Cycler | SLP / 7 | | 5,198.25 | 2,227.83 |
| 7/1/2020 | NC-3000 Fixed Assays Package | SLP / 7 | | 30,040.00 | 14,304.76 |
| 9/1/2020 | IVIS Spectrum | SLP / 7 | | 157,297.72 | 78,648.87 |
| 9/1/2020 | V3.5 Innorack | SLP / 7 | | 15,149.00 | 7,574.49 |
| 11/1/2020 | Sorvall Legent RT Refrigerated Benchtop Centrifuge | SLP / 7 | | 5,985.00 | 3,135.00 |
| 12/1/2020 | ULT FZ TSX6008A 115V/60HZ | SLP / 7 | | 13,749.00 | 7,365.54 |
| 12/1/2020 | Thermo Scientific ST40 Benchtop Centrifuge w/ TX-750 Rotor | SLP / 7 | | 24,842.00 | 13,308.21 |
| 1/1/2021 | AutoMACS Pro Separator | SLP / 7 | | 50,375.00 | 27,586.31 |
| 1/1/2021 | CliniMACS Plus Instrument | SLP / 7 | | 103,040.00 | 56,426.66 |
| 1/1/2021 | QuickPlex SQ 120MM Reader | SLP / 7 | | 117,100.00 | 64,126.19 |
| 3/1/2021 | Heracell Vios 160i CO2 Incubator | SLP / 7 | | 12,991.65 | 7,423.81 |
| 3/1/2021 | Heracell Vios 160i CO2 Incubator | SLP / 7 | | 12,991.66 | 7,423.81 |

| Date | Item | Code | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 3/1/2021 | TSX ULT 600-box A-Volt | SLP / 7 | 12,999.00 | 7,428.00 |
| 3/1/2021 | Somnosuite Low Flow Vaporizer | SLP / 7 | 5,564.20 | 3,179.54 |
| 3/1/2021 | Cellometer K2 Image Cytometer | SLP / 7 | 18,615.00 | 10,637.13 |
| 3/1/2021 | Type A2 Bio Safety Cabinet | SLP / 7 | 9,475.00 | 5,414.28 |
| 3/1/2021 | Cell Harvest Pump | SLP / 7 | 15,126.34 | 8,643.61 |
| 5/1/2021 | NovoCyte 3005 Combo | SLP / 7 | 101,712.40 | 60,543.10 |
| 5/1/2021 | IncuCyte S3 System Package | SLP / 7 | 120,979.35 | 72,011.52 |
| 5/1/2021 | GMP Equipment | SLP / 7 | 147,190.36 | 87,613.31 |
| 6/1/2021 | Hettich Rotana 460R Refrigerated Centrifuge | SLP / 7 | 5,570.00 | 3,381.79 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | CO2 Incubator Validation Svc w Temperature Map | SLP / 7 | 5,493.89 | 3,466.39 |
| 8/1/2021 | Laboratory Freezer Validation Svc w Temperature Map | SLP / 7 | 5,494.00 | 3,466.44 |
| 8/1/2021 | Laboratory Freezer Validation Svc w Temperature Map | SLP / 7 | 5,494.00 | 3,466.44 |
| 8/1/2021 | Laboratory Freezer Validation Svc w Temperature Map | SLP / 7 | 5,494.00 | 3,466.44 |
| 8/1/2021 | Ultra-low Temperature Freezers Validation Svc w Temperature | SLP / 7 | 6,144.00 | 3,876.58 |
| 8/1/2021 | Ultra-low Temperature Freezers Validation Svc w Temperature | SLP / 7 | 6,144.00 | 3,876.58 |
| 9/1/2021 | Cabinet Biosafety Stand | SLP / 7 | 10,237.42 | 6,459.33 |
| 12/1/2021 | Cell Dyn Emerald | SLP / 7 | 11,202.60 | 7,201.68 |
| 1/1/2021 | Evos XL Core Mechanical Stage | SLP / 7 | 6,691.73 | 4,540.83 |
| 2/1/2021 | Cabinet Biosafety Stand | SLP / 7 | 12,810.00 | 8,845.00 |
| 2/1/2021 | Cabinet Biosafety Stand | SLP / 7 | 11,071.30 | 7,776.28 |
| 2/1/2021 | Taylor Wharton 10K Liquid Nitrogen Dewar SN562-010-p7 | SLP / 7 | 5,600.00 | 3,933.31 |
| 2/1/2021 | Thermo Fisher Scientific ULT21286-10-A44-80 Freezer SN01 | SLP / 7 | 7,100.00 | 4,986.91 |
| 2/1/2021 | CO2 Shaking Incubator w Flat Mat Platform 120V | SLP / 7 | 8,440.47 | 5,928.43 |
| 3/1/2021 | Mobile Compac5 Multi Patient Anesthesia Center | SLP / 7 | 13,679.22 | 9,770.87 |
| 4/1/2021 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 4/1/2021 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 4/1/2021 | Evos XL Core Mechanical Stage | SLP / 7 | 6,640.00 | 4,821.90 |
| 5/1/2022 | Invitrogen EVOS XL Core Configured Cell Imager with Mecha | SLP / 7 | 6,691.73 | 4,939.14 |
| 5/1/2022 | Invitrogen EVOS XL Core Configured Cell Imager with Mecha | SLP / 7 | 6,640.00 | 4,900.95 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,372.70 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,372.70 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,634.00 | 6,372.70 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber | SLP / 7 | 8,635.77 | 6,374.02 |
| 5/1/2022 | Cabinet Biosafety Stand A2 115V 10IN 3FT | SLP / 7 | 9,237.49 | 6,818.15 |
| 5/1/2022 | Cabinet Biosafety Stand A2 115V 10IN 3FT | SLP / 7 | 9,237.49 | 6,818.15 |
| 5/1/2022 | Heracell VIOS 160i CO2 Incubator Single Chamber CR SS | SLP / 7 | 14,296.14 | 10,551.91 |
| 5/1/2022 | CelCulture Incubator 170L IR Sensor CO2 Control | SLP / 7 | 7,328.07 | 5,408.81 |

| Date | Description | | Amount | Amount |
|---|---|---|---|---|
| 5/1/2022 | CelCulture Incubator 170L IR Sensor CO2 Control | SLP / 7 | 7,328.07 | 5,408.81 |
| 6/1/2022 | ThawSTAR Cryo Bags Automated Thawing System | SLP / 7 | 21,400.95 | 16,050.72 |
| 6/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | 6,048.78 | 4,536.59 |
| 6/1/2022 | T-seal Mobile Hand Unit | SLP / 7 | 7,553.45 | 5,665.10 |
| 6/1/2022 | T-seal Mobile Hand Unit | SLP / 7 | 7,531.18 | 5,648.38 |
| 6/1/2022 | SCDIIB Sterile Tube Welder RX | SLP / 7 | 23,770.50 | 17,827.88 |
| 6/1/2022 | SCDIIB Sterile Tube Welder RX | SLP / 7 | 23,770.50 | 17,827.88 |
| 6/1/2022 | Flake Ice Maker Modular Scots | SLP / 7 | 6,776.38 | 5,082.29 |
| 6/1/2022 | Fisherbrand Bead Mill 24 Homogenizer | SLP / 7 | 6,250.13 | 4,687.59 |
| 6/1/2022 | Rotanta 460 Benchtop Centrifuge | SLP / 7 | 11,392.50 | 8,544.37 |
| 6/1/2022 | Rotanta 460 Benchtop Centrifuge | SLP / 7 | 11,392.50 | 8,544.37 |
| 6/1/2022 | QStudio Flx96/Wfast Inst LPTP 1 System | SLP / 7 | 32,128.13 | 24,096.10 |
| 6/1/2022 | SuperMACS II Separator | SLP / 7 | 11,828.62 | 8,871.46 |
| 6/1/2022 | Cellometer K2 Image Cytometer Laptop | SLP / 5 | 3,245.00 | 2,109.26 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | 32,408.33 | 24,306.26 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | 32,408.33 | 24,306.26 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | 32,408.34 | 24,306.27 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | 29,668.00 | 22,251.00 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | 29,668.00 | 22,251.00 |
| 6/1/2022 | Cellometer K2 Image Cytometer | SLP / 7 | 29,668.00 | 22,251.00 |
| 6/1/2022 | Welder PVC TSCD ii f/Sterile Tubing | SLP / 7 | 20,906.44 | 15,679.83 |
| 6/1/2022 | Measuring Equipment | SLP / 7 | 147,924.75 | 110,943.56 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | 36,355.10 | 27,266.32 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | 36,355.10 | 27,266.32 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | 36,355.10 | 27,266.32 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | 36,355.11 | 27,266.33 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | 17,833.79 | 13,375.34 |
| 6/1/2022 | GelJacket Stackable CO2 Incubators | SLP / 7 | 17,833.79 | 13,375.34 |
| 6/1/2022 | Incubator Ref Touchscreen 33CF 115/60 | SLP / 7 | 21,716.37 | 16,287.27 |
| 7/1/2022 | PHCbi Laboratory Refrigerator 48.2 cu ft. | SLP / 7 | 8,363.42 | 6,272.14 |
| 7/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | 5,998.78 | 4,570.51 |
| 7/1/2022 | Panasonic 24.4 C Ft. Manual Defrost-30C Upright Freezer | SLP / 7 | 6,892.88 | 5,251.71 |
| 8/1/2022 | Eppendorf™ Model 5430R Microcentrifuges | SLP / 7 | 7,926.40 | 6,133.53 |
| 8/1/2022 | 1300 Series Class II Type A2 Biological Safety Cabinet | SLP / 7 | 9,271.00 | 7,173.98 |
| 8/1/2022 | Toshiba E3015AC Color MFP Printer | SLP / 5 | 6,702.03 | 4,579.72 |
| 8/1/2022 | IRTD 400 Standard (M2801) System | SLP / 7 | 5,554.50 | 4,364.24 |
| 9/1/2022 | Chart MVE 819P-190F-GB | SLP / 7 | 19,731.56 | 15,503.37 |
| 9/1/2022 | Chart MVE 1536P-190AF-GB High Efficiency/Vapor Series | SLP / 7 | 25,925.75 | 20,370.23 |
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | 5,901.53 | 4,636.90 |
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | 5,901.53 | 4,636.90 |
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerato | SLP / 7 | 5,901.53 | 4,636.90 |

| Date | Description | Code | Value 1 | Value 2 |
|---|---|---|---|---|
| 9/1/2022 | PHCbi MPR Series 24.2 C Ft. Hinged Glass Door Refrigerator SLP / 7 | SLP / 7 | 5,901.53 | 4,636.90 |
| 9/1/2022 | VIP Eco Upright Ultra Low Temperature Freezer w Natural Re SLP / 7 | SLP / 7 | 17,158.83 | 13,481.94 |
| 9/1/2022 | Panasonic MCO-801CL-PA CytoGrow | SLP / 7 | 16,398.64 | 12,884.65 |
| 9/1/2022 | Panasonic MCO-801CL-PA CytoGrow | SLP / 7 | 16,398.63 | 12,884.64 |
| 9/1/2022 | 6 Fix96wfast Instlpip 1 System | SLP / 7 | 36,067.01 | 28,338.36 |
| 9/1/2022 | TSCD II Sterile Tube Welder | SLP / 7 | 23,304.58 | 18,310.73 |
| 9/1/2022 | Instrument Infinite 200 Pro Option M Plex | SLP / 7 | 25,139.52 | 19,752.48 |
| 9/1/2022 | Kaye Temperature Sensor | SLP / 7 | 83,803.00 | 66,842.86 |
| 10/1/2022 | Geldoc Go Imaging System | SLP / 7 | 12,024.34 | 9,590.84 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 11/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 11/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | Type A2 Biological Safety Cabinet 1300 Series Class II | SLP / 7 | 9,271.00 | 7,394.72 |
| 10/1/2022 | ClinMACS Plus Instrument | SLP / 7 | 104,890.00 | 83,662.26 |
| 11/1/2022 | CO2 Inc IR GelJacket 10CF 115V 60HZ | SLP / 7 | 12,623.90 | 10,219.36 |
| 11/1/2022 | CO2 Inc IR GelJacket 10CF 115V 60HZ | SLP / 7 | 12,623.90 | 10,219.36 |
| 11/1/2022 | CO2 Inc IR GelJacket 10CF 115V 60HZ | SLP / 7 | 12,623.90 | 10,219.36 |
| 12/1/2022 | Freezer - Panasonic 24.4 CF Manual Defrost -30C Upright 11 SLP / 7 | SLP / 7 | 6,992.68 | 5,743.98 |
| 12/1/2022 | Freezer - CryoMed w OPC UA General Purpose w Printer 1.7 SLP / 7 | SLP / 7 | 24,745.32 | 20,326.50 |
| 9/1/2023 | LN2 Freezer - S-1500AB LN2 Storage System | SLP / 7 | 15,101.07 | 14,022.41 |
| 1/1/2023 | PTS Nexgen Instrument Kit | SLP / 7 | 69,265.10 | 65,966.77 |
| 11/1/2024 | PTS Nexgen Instrument Kit | SLP / 7 | 9,760.00 | 9,527.62 |

**Asset A/C# totals: 15024 - Laboratory Equipment - R&D ( 142 assets )** 3,135,990.08  1,948,786.48

**Asset A/C#: 15036 - Office Fur, Fix & Equipment - G&A**

| Date | Description | Code | Value 1 | Value 2 |
|---|---|---|---|---|
| 1/1/2018 | Website upgrade | SLP / 5 | 10,110.00 | 0.00 |
| 7/1/2019 | Dell Precision 7920 Tower | SLP / 5 | 6,492.45 | 432.83 |
| 2/1/2022 | Fire Alarm System | SLP / 5 | 8,114.04 | 4,733.20 |
| 2/1/2022 | Offsite Network System | SLP / 5 | 64,575.90 | 37,669.27 |
| 2/1/2022 | Onsite Network System | SLP / 5 | 20,225.87 | 11,798.42 |
| 5/1/2022 | 1U Supermicro SuperServer | SLP / 5 | 13,880.00 | 8,790.67 |
| 5/1/2022 | 1U Supermicro SuperServer | SLP / 5 | 13,880.00 | 8,790.67 |

**Asset A/C# totals: 15036 - Office Fur, Fix & Equipment - G&A ( 7 assets )** 137,278.26  72,215.06

**Asset A/C#: 15044 - Software - R&D**

| Date | Description | Value 1 | Value 2 |
|---|---|---|---|
| 10/1/2018 | KAI Software | 121,505.45 | 0.00 |
| 2/1/2019 | Cancer Specific All Splicing Software | 20,000.00 | 0.00 |

| Date | Description | | Amount | Value |
|------|-------------|---|--------|-------|
| 8/1/2020 | Cancer Specific Alt Splicing Software | SLP / 3 | 10,250.00 | 0.00 |
| 8/1/2021 | Incuyte Cell-by-Cell Software | SLP / 3 | 20,423.53 | 2,836.61 |
| 8/1/2021 | Bioinformatics Protein Research Software | SLP / 3 | 39,335.00 | 5,463.19 |
| **Asset A/C# totals: 15044 - Software - R&D ( 5 assets )** | | | 211,513.98 | 8,299.80 |
| | | | | |
| **Asset A/C#: 15046 - Software - G&A** | | | | |
| 7/1/2021 | P2P software | SLP / 3 | 105,800.00 | 11,755.55 |
| 9/1/2021 | P2P software enhancement | SLP / 2.833 | 14,400.00 | 1,694.12 |
| 10/1/2021 | P2P software enhancement | SLP / 2.583 | 14,400.00 | 929.03 |
| 11/1/2021 | P2P software enhancement | SLP / 2.667 | 13,400.00 | 1,675.00 |
| **Asset A/C# totals: 15046 - Software - G&A ( 4 assets )** | | | 148,000.00 | 16,053.70 |
| **Grand Totals: ( 189 assets )** | | | 11,004,965.41 | 5,712,192.81 |

## SCHEDULE 3
### ASSIGNED CONTRACTS

To the extent that any assumed liability or obligation as set forth on Schedule 6 is determined to be an executory contract or unexpired lease, Buyer reserve its right to revise Schedule 3 to include such contract or lease.

## Kironmic Contracts (Clinical Operations and CT, CRO, sites, consultants)

| No. | Other Party | Agreement Subject | Category | Effective Date | Expiration Date | Proposed Cure |
|---|---|---|---|---|---|---|
| 1 | Dark Horse Consulting Group, Inc. | Consulting Agreement | Clinical Operations and CT, CRO, sites, consultants | 3/18/2022 | on the second anniversary of the Effective Date or if later, upon the completion of the Services in accordance with any pending Statement of Work | As Set Forth Below |
| 2 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | Statement of Work #22104 Clinical Hold Response Strategy Support | Clinical Operations and CT, CRO, sites, consultants | 3/22/2022 | on the second anniversary of the Consulting Agreement Effective Date, or if later, upon the completion of the Services in accordance with any pending Statement of Work | As Set Forth Below |
| 3 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | Statement of Work #22118 Complete Hold Response Authorship & Quality Audit | Clinical Operations and CT, CRO, sites, consultants | 4/13/2022 | 9/30/2022 | As Set Forth Below |
| 4 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | AMENDMENT #1 TO SOW #22118 | Clinical Operations and CT, CRO, sites, consultants | 3/1/2023 | 9/30/2022 | As Set Forth Below |
| 5 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | Statement of Work #22192 Ad Hoc CMC & Technical Support | Clinical Operations and CT, CRO, sites, consultants | 5/26/2022 | within 6 months from effective date | As Set Forth Below |
| 6 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited and Dark Horse Consulting Asia Pte. Ltd. | Statement of Work #24125 Clinical Operations Support | Clinical Operations and CT, CRO, sites, consultants | 3/27/2024 | after three month from effective date | As Set Forth Below |
| 7 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | Statement of Work #24045 Regulatory & Nonclinical Support | Clinical Operations and CT, CRO, sites, consultants | 2/12/2024 | after 6 month from effective date | As Set Forth Below |
| 8 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | AMENDMENT #1 TO SOW #24045 | Clinical Operations and CT, CRO, sites, consultants | 3/25/2024 | same as SOW #24045 | As Set Forth Below |
| 9 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Asia Pacific Pte., Ltd. And Dark Horse Consulting Middle East Limited | Amendment #1 to Consulting Agreement | Clinical Operations and CT, CRO, sites, consultants | 3/17/2024 | 3/18/2026 | As Set Forth Below |
| 10 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | Statement of Work #23113 Regulatory, Quality Assurance and GMP Readiness Support | Clinical Operations and CT, CRO, sites, consultants | 5/18/2023 | after 6 month from effective date | As Set Forth Below |

## Kironic Contracts (Clinical Operations and CT, CRO, sites, consultants)

| No. | Other Party | Agreement Subject | Category | Effective Date | Expiration Date | Proposed Cure |
|---|---|---|---|---|---|---|
| 11 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | Statement of Work #22212 Pre-IND Support | Clinical Operations and CT, CRO, sites, consultants | 6/16/2022 | on the second anniversary of the Consulting Agreement Effective Date or if later, upon the completion of the Services in accordance with any pending Statement of Work | As Set Forth Below |
| 12 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | AMENDMENT #2 TO SOW #24045 | Clinical Operations and CT, CRO, sites, consultants | 6/26/2024 | same as SOW #24045 | As Set Forth Below |
| 13 | Dark Horse Consulting Group, Inc., together with its subsidiaries Dark Horse Consulting Europe Limited and Dark Horse Consulting Middle East Limited | AMENDMENT #3 TO SOW #24045 | Clinical Operations and CT, CRO, sites, consultants | 8/15/2024 | 12/31/2024 | $55,622.50 |
| 14 | JG BioConsult, LLC | MASTER SERVICES AND CONSULTING AGREEMENT | Clinical Operations and CT, CRO, sites, consultants | 7/6/2023 | 7/6/2025 | $780.00 |
| 15 | LABCORP CENTRAL LABORATORY SERVICES LP | LABORATORY SERVICES AGREEMENT Central Laboratory Services | Clinical Operations and CT, CRO, sites, consultants | 5/22/2023 | until completion of the Services unless earlier terminated | As Set Forth Below |
| 16 | LABCORP CENTRAL LABORATORY SERVICES LP | STATEMENT OF WORK | Clinical Operations and CT, CRO, sites, consultants | 9/8/2023 | End of Enrollment (all Regions completed) Sep 2025; Estimated Final Data Lock Date: Dec 2027 | $10,945.38 |
| 17 | Medidata Solutions, Inc. | Sales Order Number 4295918 | Clinical Operations and CT, CRO, sites, consultants | 10/9/2024 | 10/8/2025 | $3,760.84 |
| 18 | AIXIAL US, Inc. | MASTER SERVICES AGREEMENT | Clinical Operations and CT, CRO, sites, consultants | 10/18/2024 | 10/17/2029 unless terminated earlier | As Set Forth Below |
| 19 | AIXIAL US, Inc. | MASTER SERVICES AGREEMENT TASK ORDER NO 1 | Clinical Operations and CT, CRO, sites, consultants | 1/7/2025 | 8/18/2026 | $81,943.97 |
| 20 | SAFE HARBOR PHARMACOVIGILANCE, LLC | MASTER SERVICES AGREEMENT | Clinical Operations and CT, CRO, sites, consultants | 10/23/2024 | 10/22/2029 unless terminated earlier | As Set Forth Below |

## Kiromic Contracts (Clinical Operations and CT, CRO, sites, consultants)

| No. | Other Party | Agreement Subject | Category | Effective Date | Expiration Date | Proposed Cure |
|---|---|---|---|---|---|---|
| 21 | SAFE HARBOR PHARMACOVIGILANCE, LLC | STATEMENT OF WORK # 1 | Clinical Operations and CT, CRO, sites, consultants | 11/7/2024 | until closeout of the study | $13,494.17 |
| 22 | Canopy Bioscience LLC | STATEMENT OF WORK | Clinical Operations and CT, CRO, sites, consultants | 11/30/2023 | 11/30/2024 unless terminated earlier | $4,272.42 |
| 23 | Advarra, Inc | STUDY SPECIFIC INDEMNIFICATION AGREEMENT | Clinical Operations and CT, CRO, sites, consultants | 4/17/2024 | For DELTACEL -01 clinical trial | $1,580.00 |

## Kiromic Contracts (Facilities)

| No. | Other Party | Agreement Subject | Category | EffectiveDate | Expiration Date | Proposed Cure |
|-----|-------------|-------------------|----------|---------------|-----------------|---------------|
| 1 | Miltenyi Biotec, Inc. | Quotation 7046569-00 | Facilities | 10/1/2024 | 9/30/2025 | $59,976.46 |

## Kiromic Contracts (GMP)

| No. | Other Party | Agreement Subject | Category | EffectiveDate | Expiration Date | Proposed Cure |
|---|---|---|---|---|---|---|
| 1 | CRYOGENE | MSA | GMP | 2/1/2022 | 2/1/2023 | As Set Forth Below |
| 2 | CRYOGENE | 2024 Quote for Storage and Services | GMP | 2/13/2024 | 2/13/2025 | As Set Forth Below |
| 3 | CRYOGENE | 2024 Quote for Storage | GMP | 7/15/2024 | not specified | $25,754.15 |
| 4 | ALLCELLS | Clinical Supply Agreement | GMP | 6/9/2023 | until cancellation or termination | As Set Forth Below |
| 5 | ALLCELLS | Clinical Grade Fresh Leukopak Statement of Work | GMP | 6/1/2023 | same date as that the Master Supply Agreement terminates or expires | As Set Forth Below |
| 6 | ALLCELLS | Quality Agreement | GMP | 1/20/2022 | | $7,636.00 |
| 7 | cryoport | Advanced Therapy Shipper Client Set-Up Form | GMP | | | $32,287.18 |

## Kiromic Contracts (IT)

| No. | Other Party | Agreement Subject | Category | EffectiveDate | Expiration Date | Proposed Cure |
|---|---|---|---|---|---|---|
| 1 | Cogent Communications, Inc | CUSTOMER ORDER FORM Ethernet Point-to-Point and VPLS Services + Network Services Terms and Conditions | IT | 12/3/2021 | 12/3/2024 | $3,005.16 |
| 2 | EQUINIX | EQUINIX ORDER | IT | 9/29/2021 | 10/28/2021 | $8,376.30 |
| 3 | Rights Chain Ltd. | Consulting Agreement | IT | 1/4/2020 | until terminated | As Set Forth Below |
| 4 | Rights Chain Ltd. | Order # SP/2024/10/00041 | IT | 10/10/2024 | 7/1/2028 | $13,421.40 |

## Kiromic Contracts (MS&T)

| No. | Other Party | Agreement Subject | Category | EffectiveDate | Expiration Date | Proposed Cure |
|---|---|---|---|---|---|---|
| 1 | Versiti, Inc. | ecimen Material Supply Agre | MS&T | 5/15/2024 | until terminated | $5,115.00 |

## SCHEDULE 4
## ASSIGNED LEASES

Commercial lease with Cambridge Properties for multiple office suites located at 7707 Fannin Street, Houston, Texas, 77054.

## SCHEDULE 5
## <u>ASSUMED EMPLOYEE RELATED OBLIGATIONS AND LIABILITIES</u>

| | First | Last | TITLE | Amount to be Paid* |
|---|---|---|---|---|
| 1 | A | A | QUALITY CONTROL ANALYST I, EM | $4,615.38 |
| 2 | K | A | CORPORATE PARALEGAL | $4,000.00 |
| 3 | A | D | QUALITY CONTROL ANALYST, ANALYTICAL | $5,627.23 |
| 4 | B | B | HEAD OF ASSAY DEVELOPMENT | $10,207.15 |
| 5 | M | B | CLINICAL TRIAL SPECIALIST | $5,384.62 |
| 6 | C | C | CELL THERAPY SPECIALIST LEAD | $6,671.23 |
| 7 | A | C | SHIPPING LEAD | $7,000.00 |
| 8 | C | C | FACILITIES ENGINEER | $7,961.54 |
| 9 | S | D | CHIEF MEDICAL OFFICER | $28,076.92 |
| 10 | A | D | INVENTORY SPECIALIST II | $5,384.62 |
| 11 | P | F | EXECUTIVE ASSISTANT | $9,394.62 |
| 12 | M | F | CELL THERAPY TECHNICIAN II | $5,307.69 |
| 13 | T | F | IT SUPPORT SPECIALIST | $5,517.38 |
| 14 | P | G | RESEARCH ASSOCIATE | $5,384.00 |
| 15 | C | G | HEAD OF QUALITY CONTROL | $7,923.08 |
| 16 | J | G | SUPPLY CHAIN SPECIALIST II | $5,842.23 |
| 17 | C | G | ASSOCIATE DIRECTOR OF QUALITY ASSURANCE | $12,615.38 |
| 18 | A | G | VP OF R&D | $15,296.15 |
| 19 | B | J | ASSOCIATE DIRECTOR OF QUALITY ASSURANCE | $12,615.38 |
| 20 | J | K | SR. DIR OF MSAT AND TECHNICAL OPERATIONS | $14,103.08 |
| 21 | P | K | SCIENTIST I | $8,461.54 |
| 22 | S | M | SR. DIR OF GMP OPERATIONS | $14,240.00 |
| 23 | N | N | QC MANAGER, MICROBIOLOGY | $6,923.08 |
| 24 | J | O | CELL THERAPY SPECIALIST II | $5,852.23 |
| 25 | L | P | SIR DIR OF STRATEGIC INNOVATION | $12,538.46 |
| 26 | J | P | MSAT SCIENTIST I | $6,538.46 |
| 27 | R | P | QC ANALYST, EM | $5,867.31 |
| 28 | T | S | CONTROLLER | $14,657.69 |
| 29 | L | S | QC ANALYST III | $6,153.85 |
| 30 | E | S | AP & PAYROLL SPECIALIST | $5,878.92 |

*The amounts listed in this column reflect the gross amount to be paid. The amount actually received by each employee will reflect appropriate withholdings, and any other required payments, which amounts Buyer will calculate and remit to the appropriate parties.

|    | First | Last | TITLE | Amount to be Paid* |
|----|-------|------|-------|--------------------|
| 31 | B | T | QUALITY ASSURANCE SPECIALIST I | $5,911.92 |
| 32 | L | T | QUALITY ASSURANCE SPECIALIST II | $6,608.08 |
| 33 | M | W | SR DIR OF CLINICAL OPERATIONS | $15,384.62 |
| 34 | A | W | SR. LAB MANAGER | $7,446.15 |
| 35 | A | W | PURCHASING COORDINATOR | $3,939.20 |
| 36 | R | Y | SCIENTIST II | $8,715.38 |

$314,044.58

## SCHEDULE 6
## ASSUMED OBLIGATIONS OF VENDORS AND OTHER CREDITORS

| Vendor | Total Open Balance |
|---|---|
| **Vendor** | |
| Advarra, Inc | $1,580.00 |
| Aixial US Inc | $81,943.97 |
| AllCells LLC | $7,636.00 |
| Automated Building Solutions, Inc. | $1,599.94 |
| BioLegend | $1,257.82 |
| BioLife Solutions, Inc. | $10,455.09 |
| BioReliance Corporation | $20,888.80 |
| Brightly Software, Inc. | $6,349.48 |
| Canopy Biosciences LLC | $4,272.42 |
| CenterPoint Energy (auto debit) | $35.53 |
| Centigrade Service | $1,608.32 |
| Cogent Communications, Inc. (01) | $481.43 |
| Cogent Communications, Inc. (02) | $2,523.73 |
| CPA Global Limited | $2,053.21 |
| Cryogene, Inc | $25,754.15 |
| Cryoport Systems, Inc | $32,287.18 |
| Dark Horse Consulting Group, Inc. | $55,622.50 |
| Equinix, Inc | $8,376.30 |
| Fisher Scientific | $18,063.28 |
| Heat Transfer Solutions, Inc | $17,379.00 |
| Histowiz, Inc. | $98.00 |
| JG BioConsult LLC | $780.00 |
| LabCorp | $10,945.38 |
| Longwood University | $10,000.00 |
| Medidata Solutions, Inc. | $3,760.84 |
| Mettler-Toledo Rainin, LLC | $2,330.27 |
| Microbiologics, Inc | $2,078.35 |
| Miltenyi Biotec Inc. | $59,976.46 |
| New England Biolabs, Inc. | $397.28 |
| Professional Janitorial Services of Houston, Inc | $31,384.88 |
| RAE Security Southwest, LLC | $823.60 |
| Rights Chain | $13,421.40 |
| Robbin Frnka | $4,387.50 |
| Safe Harbor Pharmacovigilance LLC | $13,494.17 |
| Saint-Gobain Performance Plastics Corp. | $12,551.53 |
| Thermo Fisher Scientific | $807.59 |
| Thompson Safety LLC | $432.28 |
| Uline | $472.66 |
| Versiti Inc | $5,115.00 |
| WCG Clinical, Inc | $624.00 |
| World Courier Inc | $19.89 |
| **Total - Vendor** | **$474,069.23** |