**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| KIROMIC BIOPHARMA, INC., | Case No. 25-10552 (MFW) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON APRIL 14, 2025 AT 2:00 P.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESS ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE eCOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:**
> **https://www.deb.uscourts.gov/ecourt-appearances**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

MATTER GOING FORWARD:

1. Chapter 7 Trustees Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363(b) and (f); and (B) Granting Related Relief (the "Sale Motion") [D.I. 18; filed: 4/4/2025]

   Response Deadline:    April 14, 2025 at 2:00 p.m. ET

   Related Documents:

   A)   Motion to Shorten Notice Period and Schedule an Expedited Hearing Regarding the Sale Motion [D.I. 19; filed 4/4/2025];

   B)   Joinder and Statement in Support of the Sale Motion by S.hield Cap1tal Funding LLC [D.I. 21; filed 4/4/2025];

   C)   Order Granting Trustee's Motion to Shorten Notice Period and Schedule an Expedited Hearing Regarding the Sale Motion [D.I. 22; entered 4/8/2025];

   D)   Notice of Hearing on the Sale Motion [D.I. 23; filed 4/8/2025]

   E)   Notice of Filing of Schedules to Proposed Asset Purchase Agreement [D.I. 25; filed 4/10/2025];

    F)    Notice of Executory Contracts and Unexpired Leases That May be Assumed and Assigned Pursuant to Section 365 of the Bankruptcy Code in Connection With the Sale of Substantially All of the Estate's Assets, and the Proposed Cure Amounts [D.I. 26; filed 4/10/2025]

<u>Status:</u>    This matter is going forward.

**COZEN O'CONNOR**

Dated: April 10, 2025

*/s/ Gregory F. Fischer*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Proposed Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee*

2