# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| KIROMIC BIOPHARMA, INC., | Case No. 25-10552 (MFW) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Gregory F. Fischer, hereby certify that on April 10, 2025 I caused a true and correct copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on April 14, 2025 at 2:00 P.M. (ET)* to be filed & served via CM/ECF upon all parties registered to receive notification of such filings.

COZEN O'CONNOR

Dated: April 10, 2025

/s/ Gregory F. Fischer
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Proposed Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee*